**Appendix K**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Beaumont___**DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 1 5 2007

DAVID J MALAND, CLERK

BY

DEPUTY____BC

1.This application is being made for the following: Case # 1-03-cr-00173

Style: United States v. Shannon Wayne Agofsky

2. Applicant is representing the following party/ies: Shannon Wayne Agofsky

3.Applicant was admitted to practice in N.Y._____ (state) on Jan. 16, 1981_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

N.Y., N.J., U.S. Supreme Court, 2d & 3d Circuits, D.N.J., S.D.N.Y., E.D.N.Y.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Claudia Van Wyk_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date February 14, 2007          Signature ___Claudia Van Wyk___

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Claudia Van Wyk

State Bar Number 012401981

Firm Name:     Gibbons P.C.

Address/P.O. Box:    One Gateway Center

City/State/Zip: Newark, N.J. 07102-5310

Telephone #:   973-596-4811

Fax #:   973-639-6231

E-mail Address: cvanwyk@gibbonslaw.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This

application has been approved for the court on: _____ Feb. 20, 2007 _____

_____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____ B. Carter _____

Deputy Clerk

**Receipt for Payment**

Receipt No: 149-0003607

ORIGINAL

# United States District Court

for the

Eastern District of Texas at Beaumont

Date: **Thursday, February 15, 2007**

Received from:

**Claudia Van Wyk**

**Gibbons PC**

**One Gateway Center**

**Newark, NJ 07102-5310**

| Account | Amount |
|---|---|
| 6855XX | **$25.00** |
| | |
| **Total** | **$25.00** |

| Account | | Description |
|---|---|---|
| 085000 | - | Attorney Admission Fees |
| 086400 | - | New Case Fee |
| 086900 | - | Filing Fees |
| 121000 | - | Conscience Fund |
| 129900 | - | Gifts |
| 143500 | - | Interest |
| 322340 | - | Sale of Publications |
| 322350 | - | Copy Fees |
| 322360 | - | Miscellaneous Fees |
| 322380 | - | Recoveries of Court Costs |
| 322386 | - | Cost of Prosecution |
| 504100 | - | Crime Victims Fund |
| 508800 | - | Immigration Fees |
| 510000 | - | Civil Filing Fee (1/2) |
| 5100PL | - | Partial Filing Fee (PLRA) |
| 510100 | - | Registry Fee |
| 604700 | - | Registry Funds/General and Special Funds |
| 613300 | - | Unclaimed Monies |
| 6855XX | - | Deposit Funds |

Payment method: **Check**

Case or other reference: **1:03cr173  USA v. Agofsky**

Comments: **Firm Check # 7259**

Received by: **pkb**