

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL ACTION NO. 1:03-CR-173-TH** |
| | § | |
| **SHANNON WAYNE AGOFSKY** | § | |

## <u>ORDER APPOINTING POST-CONVICTION COUNSEL</u>

Before the Court is a *Motion for Appointment of Counsel to Pursue Post-Conviction Remedies* [Clerk's Docket No. 233] filed February 20, 2007. Having considered the motion, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that the *Motion for Appointment of Counsel to Pursue Post-Conviction Remedies* [Clerk's Docket No. 233] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3599 Claudia Van Wyk of Newark, New Jersey and Jennifer Merrigan, of Kansas City, Missouri are hereby **APPOINTED** to represent Mr. Agofsky in any available post-conviction proceedings, including 28 U.S.C. § 2255 proceedings and, if necessary, clemency proceedings. The effective date of this appointment is February 1, 2007.

**SO ORDERED.**

**SIGNED** this the **23** day of **February, 2007.**

_____
Thad Heartfield
United States District Judge