**Appendix K**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Revised: 1/24/07

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Beaumont __DIVISION__

**FEB 2 6 2007**

**APPLICATION TO APPEAR PRO HAC VICE**

DAVID J MALAND, CLERK
BY
DEPUTY_____

FEE PAID
#25.00
Receipt # 1-1-3676

1. This application is being made for the following: Case # ____1:03-CR-00173____

Style:____United States v. Agofsky____

2. Applicant is representing the following party/ies: ____Shannon Agofsky, Petitioner____

3. Applicant was admitted to practice in __MO__ (state) on __October 14, 2004__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    ____Missouri State Courts, Eighth Circuit Court of Appeals____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ____Jennifer A. Merrigan____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 2/16/07        Signature _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Jennifer A. Merrigan__

State Bar Number __MO BAR #56733__

Firm Name: __Public Interest Litigation Clinic__

Address/P.O. Box: __305 E. 63rd Street__

City/State/Zip: __Kansas City, MO 64113__

Telephone #: __816.363.2795__

Fax #: __816.363.2799__

E-mail Address: __jmerrigan@pilc.net__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: __February 27, 2007__

_____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By ____B. Carter____

Deputy Clerk

## Receipt for Payment

Receipt No: T-190003676

# United States District Court

for the

Eastern District of Texas at Beaumont

Date:                **Monday, February 26, 2007**

Received from:

**Jennifer A. Merrigan**

**Public Interest Litigation Clinic**

**305 E. 63rd Street**

**Kansas City, MO  64113**

| Account | Amount |
|---------|--------|
| 6855XX  | **$25.00** |
| | |
| **Total** | **$25.00** |

| Account | | Description |
|---------|---|-------------|
| 085000 | - | Attorney Admission Fees |
| 086400 | - | New Case Fee |
| 086900 | - | Filing Fees |
| 121000 | - | Conscience Fund |
| 129900 | - | Gifts |
| 143500 | - | Interest |
| 322340 | - | Sale of Publications |
| 322350 | - | Copy Fees |
| 322360 | - | Miscellaneous Fees |
| 322380 | - | Recoveries of Court Costs |
| 322386 | - | Cost of Prosecution |
| 504100 | - | Crime Victims Fund |
| 508800 | - | Immigration Fees |
| 510000 | - | Civil Filing Fee (1/2) |
| 5100PL | - | Partial Filing Fee (PLRA) |
| 510100 | - | Registry Fee |
| 604700 | - | Registry Funds/General and Special Funds |
| 613300 | - | Unclaimed Monies |
| 6855XX | - | Deposit Funds |

Payment method:        **Check**

Case or other reference:    **1:03cr173 PHV fee**

Comments:            **ck # 10504**

ORIGINAL

Received by:            **dlc**