

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 1:03-CR-173-TH |
| | § | |
| SHANNON WAYNE AGOFSKY | § | |

## ORDER GRANTING MOTION FOR LEAVE

Before the Court is a *Motion to Proceed Ex Parte on Request for Funds to Investigate* [Clerk's Docket No. 239] filed March 27, 2007. Having considered the motion, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the *Motion to Proceed Ex Parte on Request for Funds to Investigate* [Clerk's Docket No. 239] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that leave to proceed ex parte with respect to the motion seeking funds to investigate is hereby **GRANTED**.

**SO ORDERED.**

**SIGNED** this the 29 day of **March, 2007.**

_____
Thad Heartfield
United States District Judge