**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | No.    1:03-cr-00173 |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**MOTION TO AUTHORIZE FUNDS FOR TRAVEL**

COMES NOW defendant, by counsel, and moves this Court to authorize funds to enable counsel to travel to Terre Haute, Indiana to visit with the above-captioned client, Mr. Agofsky. In support of this motion, counsel for Mr. Agofsky state as follows:

1.    Mr. Agofsky is incarcerated in the United States Penitentiary at Terre Haute under sentence of death pursuant to a conviction for the murder of inmate Luther Plant.  On February 23, 2007, following denial of certiorari on January 22, 2007, this Court granted a motion for appointment of counsel to represent Mr. Agofsky in preparing and filing his petition under 18 USC § 2255.

2.    Counsel has spent the last few months familiarizing themselves with the case, collecting discovery, and reading the trial transcripts.  It is important for counsel to meet Mr. Agofsky face to face and to discuss with him in person case strategy.  Because Mr. Agofsky has been in Beaumont for resentencing, counsel feels that it is of the utmost importance to visit their client as soon as possible.  They have sought permission with the Bureau of Prisons

to have a legal visit with Mr. Agofsky on Monday April 23, 2007 or Tuesday April 24, 2007.

3.      Counsel thus ask that the court authorize funds for travel to Terre Haute, Indiana.  This will include airfare to Indianapolis, Indiana, one night lodging in Indianapolis and a rental car to travel from Indianapolis to Terre Haute and back.  Ms. Merrigan will be traveling from Kansas City, Missouri and Ms. VanWyk will be traveling from Newark, New Jersey. Travel will be booked at the Court's preference through Omega World Travel or TravCo.

WHEREFORE, for all the foregoing reasons, movant respectfully requests that this Court enter an order authorizing Jennifer A. Merrigan and Claudia VanWyk to travel to Terre Haute, Indiana to visit with Mr. Agofsky as set forth above.

Respectfully submitted,


/s/ Claudia VanWyk
CLAUDIA VAN WYK
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Telephone (973) 596-4811
Facsimile (973) 639-6231


/s/ Jennifer A. Merrigan
JENNIFER MERRIGAN, MO Bar #56733
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

John Burch Stevens, Jr
U S Attorney's Office
350 Magnolia
Suite 150
Beaumont, TX 77701-2237

Joseph Robert Batte
U S Attorney's Office - Beaumont
350 Magnolia
Suite 150
Beaumont, TX 77701

/s/ Jennifer A. Merrigan