

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL ACTION NO. 1:03-CR-173-TH** |
| | § | |
| **SHANNON WAYNE AGOFSKY** | § | |

# <u>ORDER AUTHORIZING FUNDS FOR TRAVEL</u>

Before the Court is a *Motion to Authorize Funds for Travel* [Clerk's Docket No. 248] filed April 12, 2007.  Having considered the motion, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the *Motion to Authorize Funds for Travel* [Clerk's Docket No. 248] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that the expenditure of funds by Claudia Van Wyk and Jennifer Merrigan to travel to Terre Haute, Indiana to visit Mr. Agofsky in connection with post-conviction representation is hereby **APPROVED**.

**SO ORDERED.**

**SIGNED** this the **19** day of **April, 2007.**

_____
Thad Heartfield
United States District Judge