## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | No. 1:07cv511 |
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |
| | § | |

### ORDER

This matter comes before the Court *sua sponte*.  Defendant Shannon Wayne Agofsky filed a motion to alter or amend his sentence, pursuant to 28 U.S.C. Sec. 2255.  At the time he filed this motion his direct appeal of his capital sentence was still pending.  While there is no barrier to a federal district court's deciding a 2255 motion while an appeal is pending, it should do so only in extraordinary circumstances, given the potential for conflict with the direct appeal. *See U.S. v. Prows*, 448 F.3d 1223 (10th Cir. 2006).

IT IS THEREFORE ORDERED that the parties brief whether such extraordinary circumstances exist in this case.  Agofsky shall submit his brief on this issue on or before September 30, 2007, and the United States shall submit its brief on or before October 21, 2007.

**SIGNED** this the 22 day of **August, 2007.**

Thad Heartfield
United States District Judge