IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| Petitoner | § | |
| | § | CIVIL NO. 1:07CV511 |
| V. | § | JUDGE HEARTFIELD |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent | § | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, the Respondent, by and through the Acting United States Attorney for the

Eastern District of Texas and the undersigned Assistant United States Attorney, and files this Notice

of Attorney Appearance and requests that Assistant United States Attorney Traci L. Kenner be listed

as lead counsel of record in the above-referenced cause.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that Assistant

United States Attorney Traci L. Kenner be listed as lead counsel for the Respondent, United States

of America, in the above-referenced cause.

Respectfully submitted,

JOHN L. RATCLIFFE
ACTING UNITED STATES ATTORNEY


*/s/ Traci L. Kenner*
Traci L. Kenner
Assistant United States Attorney
Bar Card No. 11307070
110 North College, Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF SERVICE

On this the 30th day of August, 2007, I, Traci L. Kenner, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Traci L. Kenner*
Traci L. Kenner
