**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF**
**TEXAS BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **No. 1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY.** ) | |
| ) | |
| ) | |
| _____ ) | |

## ORDER GRANTING PERMISSION TO

## FILE, STAY, AND HOLD §2255 MOTION IN ABEYANCE

## WHILE NEW APPEAL IS PENDING

Upon consideration of the foregoing Motion, it is hereby ORDERED:

1.  that defendant may file his projected motion pursuant to 28 U.S.C. §2255 during his new appeal; and IT IS FURTHER ORDERED that the Court shall stay the proceedings on the motion and hold it in abeyance until after the conclusion of the new appeal and the disposition of any petitions for rehearing *en banc* and *certiorari*, or the expiration of the time for filing a *certiorari* petition;

2.  that defendant's counsel, investigator, and mitigation specialist may continue the investigation and preparation of the projected §2255 motion while the new appeal is pending; and

3.  that the statute of limitations for the filing of the projected §2255 motion will not begin to run until the conclusion of direct review.

Motion To File, Stay, and Hold §2255 Motion in Abeyance in the above captioned case, and for other relief, is hereby GRANTED.