**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF**
**TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR FUNDS**
**TO CONTINUE INVESTIGATION**

Upon consideration of the foregoing Motion For Funds To Investigate, it is

hereby ORDERED funds are hereby authorized for investigator, Constance Lindsey, and

mitigation specialist, Marilyn Romanowski.

Motion for funds to continue investigation in the above captioned case is hereby
GRANTED.