# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | No. 1:07cv511 |
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |
| | § | |

## ORDER GRANTING IN PART MOTION TO STAY PROCEEDINGS AND MOTION TO PERMIT CONTINUED INVESTIGATION WHILE APPEAL FROM RECONVICTION AND RE-SENTENCING IS PENDING

This matter comes before the Court on Defendant Shannon Wayne Agofsky's ("Agofsky's") unopposed motion to file, stay and hold §2255 motion in abeyance while new appeal is pending (docket entry # 20-1), and his motion to permit continued investigation while appeal from reconviction and re-sentencing is pending ( docket entry # 21-1), both filed on October 1, 2007.  The Court, having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, finds that it the motions are well-taken in part and they will be granted in part.

IT IS THEREFORE ORDERED that Agofsky's counsel, investigator and mitigation specialist may continue the investigation essential to the preparation of his Sec. 28 U.S.C. § 2255 motion until that motion is filed; no investigation or mitigation specialist expenses shall be pre-allowed beyond the filing of the motion until further order of the Court.

IT IS FURTHER ORDERED that Agofsky file his 28 U.S.C. § 2255 motion on or before January 22, 2008.

IT IS FURTHER ORDERED that all proceedings in this case except for preparation and filing of the motion to alter or amend sentence are STAYED until further order of the Court. Counsel for the United States of America will advise the Court of the conclusion of Agofsky's current appeal within 15 days from the date of that conclusion.

**SIGNED** this the 9 day of **October, 2007.**

Thad Heartfield
United States District Judge