## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR ALL SEALED PROCEEDINGS, MOTIONS, AND ORDERS

Upon consideration of the foregoing Motion For All Sealed Proceedings, Motions, and

Orders, it is hereby:

ORDERED, that the defense is authorized to access *ex parte* motions and orders and other

proceedings or docket entries sealed at the request of the defense or on behalf of the defense.