**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | |
| | | No. 1:07cv511 |
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR JURY**
**QUESTIONNAIRES AND THE LIST OF PEREMPTORY STRIKES**
**OF THE DEFENSE AND THE GOVERNMENT**

This matter comes before the Court on Defendant Shannon Wayne Agofsky's ("Agofsky's) unopposed motion for jury questionnaires and the list of peremptory strikes of the defense and the government (docket entry # 34), filed on December 17, 2007.  The Court, having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, finds that it is well-taken and it will be granted, subject to the following restrictions.

Agofsky's counsel shall bear the cost of producing of two copies of the jury questionnaires and the list of peremptory strikes by the government and the defense in case No. 1:03cr173.  Counsel shall preserve the confidentiality of the names and the personal information of the venirepersons contained in these documents.  They may not make additional copies of these documents, and they may not discuss the information contained in them with anyone other than each other.  If a claim is brought which is based upon information contained in these documents, the pleadings must be filed under seal.  Counsel shall return their copies of these documents to the Court as soon as briefing on Agofsky's 28 U.S.C. § 2555 motion is completed.

SO ORDERED.

**SIGNED** this the 20 day of **December, 2007.**

Thad Heartfield
United States District Judge