# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                    §

V.                                       §

UNITED STATES OF AMERICA                 §                    NO. 1:07-CV-511

## MODIFIED ORDER GRANTING UNOPPOSED MOTIONS FOR JURY QUESTIONNAIRES AND THE LIST OF PEREMPTORY STRIKES OF THE DEFENSE AND THE GOVERNMENT

This matter comes before the Court on Defendant Shannon Wayne Agofsky's ("Agofsky's) unopposed motion for jury questionnaires and the list of peremptory strikes of the defense and the government (docket entry # 34), filed on December 17, 2007.  On December 20, 2007, the Court entered an order granting the motion.  The Court now finds it in the interest of justice to withdraw that order and enter this modified order in its stead.

The Court will supply Agofsky's counsel with two copies of the jury questionnaires of the prospective jurors who were individually questioned, and two copies of the list of peremptory strikes by the defense and by the prosecution, in case No. 1:03cr173.  Counsel shall preserve the confidentiality of the names and the personal information of the prospective jurors contained in these documents.  They may not make additional copies of these documents, they may not

1

discuss the information contained in them with anyone other than each other and their client, and they may not show to anyone else any notes they take concerning the information in the documents. The Petitioner, Shannon Wayne Agofsky, shall not be given possession of these documents, nor may he make notes concerning their content. Violation of this order may generate appropriate sanctions.

If Agofsky raises a claim based upon information contained in these documents, his pleadings shall be filed under seal. Counsel shall return their copies of these documents, including any notes, to the Court as soon as briefing on Agofsky's 28 U.S.C. § 2555 motion is completed.

**SIGNED** this the **9** day of **January, 2008.**


Thad Heartfield
United States District Judge

2