UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:07-cv-00511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO FILE OVER LENGTH MOTION**

Comes now, Mr. Agofsky, through counsel Claudia Van Wyk and Jennifer Merrigan, and asks this court permission to file an over length motion.  In support, Mr. Agofksy states the following:

1.      Mr. Agofsky is currently incarcerated on death row in Terre Haute, Indiana.  Mr. Agofsky was sentenced to death.  The issues in a death penalty case are numerous and complicated, and Mr. Agofsky's is no exception.  "Death, in its finality, differs more from life imprisonment than a 100-year prison term differs from one of only a day to two.  Because of this qualitative difference, there is a corresponding difference in the need for reliability in the determination that death is the appropriate punishment." *Woodson v. North Carolina*, 428 U.S. 280, 305 (1976).

2.      Mr. Agofsky's motion under 28 U.S.C. 2255 is due on January 22, 2008.

3.      Motions filed pursuant to 28 U.S.C. 2255 must contain a high level of factual specificity.  Rule 2 of the rules governing 28 U.S.C. 2255 requires that such motions "specify all the grounds for relief which are available to the movant and of which he has or, by the exercise of reasonable diligence, should have knowledge and shall set forth in summary form the facts supporting each of the grounds thus specified."

3.      Local Rule 7 requires that counsel seek permission to file briefs in excess of 30 pages.  Local Civ. R. 7(a)(1).

4.      Counsel, with help from their appointed investigator and mitigation specialist, reviewed thousands of pages of documents and have interviewed numerous witnesses, who       could       have       been       called       at       Mr.       Agofsky's       trial. They have uncovered and developed numerous grounds for relief.  Rule 2 of the rules governing 18 U.S.C. 2255, requires that Mr. Agofsky allege these grounds with factual specificity.  *See also Saunders v. U.S.*, 236 U.S. 950, 952 (Where defendant failed in his

2255 motion to name specific witnesses trial counsel neglected to call and what they would have testified to, neither a hearing nor relief under 2255 was warranted).

5.      Mr. Agofsky presents 4 constitutional grounds containing 19 claims total.  Many of these claims are factual in nature.  Because trial counsel called only 5 lay witnesses at Mr. Agofsky's federal capital trial, this petition must cover numerous potential witnesses.  In total, the petition addresses the potential testimony of 47 witnesses who could have testified at Mr. Agofsky's capital trial.  Pursuant to Rule 2 governing the rules of habeas corpus, Mr. Agofsky has identified these witnesses as well as their potential testimony.  Counsel respectfully represents that these claims are meritorious, warrant review, and that counsel cannot competently assert these claims in 30 pages.

6.      The government, through Traci Kenner, does not object to this motion.

Accordingly, Mr. Agofsky prays this court for leave to file an over length motion and for any other relief as the Court believes necessary.

Respectfully submitted this 17 day of January, 2008,


/s/ Claudia Van Wyk_____
CLAUDIA VAN WYK
N.J. Bar #012401981
Gibbons, P.C.
One Gateway Center
Newark, New Jersey  07102-5310
Telephone: (973) 596-4811
Facsimile: (973) 639-6231
cvanwyk@gibbonslaw.com


/s/ Jennifer Merrigan_____
JENNIFER MERRIGAN
MO Bar #56733
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799
JMerrigan@pilc.net

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States, <u>AUSA Traci Kenner</u>, by filing via CM/ECF.

/s/ Jennifer Merrigan_____

JENNIFER MERRIGAN, MO Bar #56733

305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

Dated: January 17, 2007