**CERTIFICATE OF SERVICE**

This will certify that, on today's date, this motion and appendix were served upon the United States, <u>AUSA Traci Kenner</u>, by filing via CM/ECF, and that a paper copy of the same were sent via federal express to:


Traci Kenner
Assistant United States Attorney
110 North College, Suite 700
Tyler, Texas  75702


/s/Claudia Van Wyk_____
CLAUDIA VAN WYK
N.J. Bar #012401981
Gibbons, P.C.
One Gateway Center
Newark, New Jersey  07102-5310
Telephone: (973) 596-4811
Facsimile: (973) 639-6231
cvanwyk@gibbonslaw.com


Dated: January 17, 2007