**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v | )      **No. 1:07-cv-511** |
| | ) |
| **SHANNON WAYNE AGOFSKY,** | )      **CAPITAL CASE** |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

This will certify that, on today's date, this motion and appendix were served upon the United States, AUSA Traci Kenner, by filing via CM/ECF, and that a paper copy of the same were sent via federal express to:

Traci Kenner
Assistant United States Attorney
110 North College, Suite 700
Tyler, Texas  75702

/s/Claudia Van Wyk_____
CLAUDIA VAN WYK
N.J. Bar #012401981
Gibbons, P.C.
One Gateway Center
Newark, New Jersey  07102-5310
Telephone: (973) 596-4811
Facsimile: (973) 639-6231
cvanwyk@gibbonslaw.com

Dated: January 17, 2007