# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | No. 1:07cv511 |
| | § | |
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |
| | § | |

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED 30 PAGE MAXIMUM

This matter comes before the Court on Defendant Shannon Wayne Agofsky's ("Agofsky's") motion for leave to file a motion to alter or amend sentence which exceeds the 30 page maximum allowed under this District's local rules. The Court, noting that the motion is unopposed, finds that it is well-taken and it will be granted.

The Clerk is directed to file Agofsky's motion to alter or amend his sentence, which was submitted along with this motion. The motion to alter or amend sentence is deemed filed as of January 17, 2008, the date it was submitted to the Court.

**SIGNED** this the 18 day of **January, 2008.**


_____
Thad Heartfield
United States District Judge