

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:07-CV-511-TH** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## TRANSFER ORDER

The Court **TRANSFERS** to the docket of Judge Richard A. Schell the above-captioned civil action brought pursuant to 28 U.S.C. § 2255 seeking vacatur of the sentence of death entered by this Court in criminal case number 1:03-CR-173.

**SO ORDERED.**

**SIGNED** this the 25 day of **February, 2008.**

_____
Thad Heartfield
United States District Judge