UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No.   1:07-cv-00511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## MOTION TO AUTHORIZE FUNDS FOR TRAVEL

COMES NOW defendant, by counsel, and moves this Court to authorize funds to enable counsel to travel to Terre Haute, Indiana to visit with the above-captioned client, Mr. Agofsky. In support of this motion, counsel for Mr. Agofsky state as follows:

1.     Mr. Agofsky is incarcerated in the United States Penitentiary at Terre Haute under sentence of death pursuant to a conviction for the murder of inmate Luther Plant. On February 23, 2007, following denial of certiorari on January 22, 2007, this Court granted a motion for appointment of counsel to represent Mr. Agofsky in preparing and filing his petition under 18 USC § 2255.

2.     Counsel filed Mr. Agofsky's 2255 motion on January 17, 2008.  The motion is 200 pages, with 300 page Appendix.

3.     Counsel have not yet been able to discuss the motion with their client because Mr. Agofsky was temporarily transferred out of USP Terre Haute.  He has now returned.  Counsel request funds to meet with their client at Terre Haute in order to engage in such a discussion.  Counsel reasonably believe that a timely face-to-face meeting with their client is necessary in order to advise him of the current status of his habeas case.  There are issues of both strategy and fact that counsel need to discuss with their client.

4.         Counsel thus ask that the court authorize funds for travel to Terre Haute, Indiana to meet with their client.  This will include airfare to Indianapolis, Indiana, two nights lodging in Terre Haute at the federal government rate (approximately $70/ night), and a rental car and fuel to travel from Indianapolis to Terre Haute and back.  Ms. Merrigan will be traveling from Kansas City, Missouri and Ms. VanWyk will be traveling from Newark, New Jersey.  Travel will be booked at the Court's preference through TravCo or independently with a later request for reimbursement.  Counsel also request that expenses in the form of airport parking and $30/ day for meals also be granted.

WHEREFORE, for all the foregoing reasons, movant respectfully requests that this Court enter an order authorizing Jennifer A. Merrigan and Claudia VanWyk to travel to Terre Haute, Indiana to visit with Mr. Agofsky as set forth above.

Respectfully submitted,


/s/ Claudia VanWyk_____
CLAUDIA VAN WYK
Gibbons, PC
One Gateway Center
Newark, NJ 07102
Telephone (973) 596-4811
Facsimile (973) 639-6231


/s/ Jennifer A. Merrigan_____
JENNIFER MERRIGAN, MO Bar #56733
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States, AUSA Traci Kenner, by filing via CM/ECF.

/s/ Jennifer Merrigan
JENNIFER MERRIGAN, MO Bar #56733
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

Dated: March 12, 2008