**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF**
**TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No.    1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR FUNDS**
**TO TRAVEL**

Upon consideration of the foregoing Motion For Funds To Travel, it is hereby

GRANTED.  Funds are hereby authorized for attorneys Claudia VanWyk and Jennifer

Merrigan to visit their client, Shannon Agofsky, at Terre Haute, Indiana.


Motion for funds to travel in the above captioned case is hereby GRANTED.


**SIGNED this the 31st day of March, 2008.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE