## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

_____

UNITED STATES OF AMERICA,     :       No. 1:07-cv-00511

           Plaintiff,       :

                            :     Hon. Richard A. Schell, U.S.D.J.

       -v-                   :

                            :     **Capital Case**

SHANNON WAYNE AGOFSKY,      :

                                :

      Defendant-Petitioner.   :

                                :

_____   :

### ORDER GRANTING UNOPPOSED MOTION
### FOR APPOINTMENT OF ADDITIONAL COUNSEL

The Court having considered the foregoing *Motion* for appointment of additional counsel at no cost to the Court, and the government having stated that it does not oppose the motion, it is hereby

ORDERED that the foregoing *Motion* is GRANTED.  The Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania is appointed as additional counsel for this matter.