# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:07-cv-00511 |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Hon. Richard A. Schell, U.S.D.J. |
| -v- | : |  |
|  | : | **Capital Case** |
| SHANNON WAYNE AGOFSKY, | : |  |
|  | : |  |
| Defendant-Petitioner. | : |  |
|  | : |  |

_____

## ORDER GRANTING UNOPPOSED MOTION
### FOR APPOINTMENT OF ADDITIONAL COUNSEL

The Court having considered the foregoing *Motion* for appointment of additional counsel at no cost to the Court, and the government having stated that it does not oppose the motion, it is hereby

ORDERED that the foregoing *Motion [de #49]* is GRANTED.  The Capital Habeas Corpus Unit of the Federal Community Defender for the Eastern District of Pennsylvania is appointed as additional counsel for this matter.

**SIGNED this the 9th day of September, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE