**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** Movant, | § | |
| | § | |
| vs. | § | No. 1:07cv511 |
| | § | |
| **UNITED STATES OF AMERICA,** Respondent. | § | |
| | § | |

**ORDER VACATING STAY AND SETTING BRIEFING SCHEDULE**

This matter comes before the Court *sua sponte*.  On October 9, 2007, the Court stayed these proceedings pending completion of the appeal in *United States of America v. Agofsky*, No.1:03cr173.  On October 15, 2008, the Supreme Court of the United States denied Agofsky's petition for a writ of *certiorari* in that case.

IT IS THEREFORE ORDERED that the stay imposed upon these proceedings is VACATED.  IT IS FURTHER ORDERED that the Respondent shall file his response to Agofsky's motion to vacate, set aside or correct his sentence within 120 days from the date of entry of this Order.  Agofsky may, if he chooses, reply to the response, provided he does so within 90 days from the date the response is filed.

**SIGNED this the 21st day of October, 2008.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE