**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

<u>ORDER</u>

Upon consideration of the Government's Motion to Unseal, or to be Granted Access to All Sealed Motions, Orders, and Proceedings , it is hereby:

ORDERED that the Government's Motion to Unseal, or to be Granted Access to All Sealed Motions, Orders, and Proceedings, is hereby granted.