**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

GOVERNMENT'S MOTION TO BE GRANTED ACCESS TO
JURY QUESTIONNAIRES AND THE LIST OF PEREMPTORY STRIKES
OF THE DEFENSE AND THE GOVERNMENT

The United States of America, by undersigned counsel, respectfully moves this Court

to grant the government access to one copy of the questionnaires of the prospective jurors

who were individually questioned and one copy of the list of peremptory strikes by the

defense and by the prosecution, in case No. 1:03-CR-173.

I.

Copies of the requested documents were made available to Shannon Agofsky's habeas

counsel by modified Court order on January 9, 2008.[1]  (Doc. # 36 – 1:07-CV-511).

---

[1] The Court's January 9, 2008 "Modified Order Granting Unopposed Motions for
Jury Questionnaires and the List of Peremptory Strikes of the Defense and the
Government" provides that it will supply "Agofsky's counsel with two copies of the jury
questionnaires of the prospective jurors who were individually questioned, and two copies
of the list of peremptory strikes by the defense and by the prosecution, in case No

II.

The government requests access to these documents to adequately respond to Agofsky's motion for post-conviction habeas relief under 28 U.S.C. § 2255, in which his habeas counsel allege that Agofsky's trial counsel failed to conduct an adequate voir dire and that challengeable jurors were seated on the final jury.[2]  In several instances throughout the motion, habeas counsel refer to the questionnaires.[3]  (*See e.g.* Doc. # 51 at 54, 57, 59).  In order for the government to conduct a fair and meaningful review of Agofsky's claims, the government requires access to the requested documents.

For these reasons, the United States respectfully requests this Court grant the government access to one copy of the questionnaires of the prospective jurors who were individually questioned, and one copy of the list of peremptory strikes by the defense and by the prosecution, in case No. 1:03-CR-173.

---

1:03cr173."  (Doc. # 36 – 1:07-CV-511).

[2]  The Court's order was prompted by Agofsky's December 18, 2007 motion for jury questionnaires and the lists of peremptory strikes of the defense and the government. (Doc. # 34 – 1:07-CV-511).

[3]  Agofsky filed his initial Motion to Vacate Sentence on January 17, 2008, and filed his Amended Motion for Relief From Judgment on October 6, 2008.  (Docs. # 38, # 51 – 1:07-CV-511).

Respectfully submitted,

REBECCA  A. GREGORY
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2008, a true and correct copy of the

foregoing  ***GOVERNMENT'S   MOTION   TO   BE   GRANTED   ACCESS   TO   JURY***

***QUESTIONNAIRES AND THE LIST OF PEREMPTORY STRIKES OF THE DEFENSE AND***

***THE GOVERNMENT***  has been served on counsel for Defendant/Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113


/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

3