IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 1:07-cv-511 |
| v. | § | |
| | § | JUDGE  RICHARD A. SCHELL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

ORDER

Upon consideration of the Government's Motion to be Granted Access to Jury Questionnaires and the List of Peremptory Strikes of the Defense and the Government it is hereby:

ORDERED that Government's Motion to be Granted Access to Jury Questionnaires and the List of Peremptory Strikes of the Defense and the Government  is hereby granted.