**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

**RESPONDENT'S MOTION TO UN-SEAL DEFENDANT/PETITIONER'S**
**AMENDED MOTION FOR RELIEF FROM JUDGMENT**
**PURSUANT TO 28, U.S.C. § 2255**

Respondent,  the United States of America, by and thru Rebecca A. Gregory, United States

Attorney for the Eastern District of Texas, and the undersigned, Assistant United States Attorney

for the Eastern District of Texas, files this Motion to Un-Seal Defendant/Petitioner' s Amended

Motion for Relief from Judgment Pursuant to Title 28, U.S.C. §2255, and as grounds would show

the Court as follows:

I.

Respondent's response to the Petition for Writ of Habeas Corpus is due on or before

February 18, 2009.

II.

Defendant/Petitioner filed his Amended Motion for Relief under Title 28, U.S.C. §2255 on October 6, 2008. (see, *Civil Docket Sheet for Case #1:07-cv-511,*hereinafter referred to as "Attachment  A").[1] Defendant/Petitioner filed his motion under seal.  (Attachment A,  p. 7, ¶51).

In his motion,  habeas counsel for  Defendant/Petitioner states that they are filing the motion under seal because "it refers to sealed pleadings and questionnaires that the Court has ordered released to post-conviction counsel but which other wise remain under seal." (Defendant/Petitioner's Motion, p. 4, fn.1).

III.

Respondent now moves this Court to unseal Defendant/Petitioner's motion, so as to allow Respondent to effectively address the numerous allegations of ineffective assistance of counsel and prosecutorial misconduct alleged therein.  Further, Respondent intends to attempt to interview trial counsel, appellate counsel, and counsel for the government at the time of  the trial of this case, in an attempt to respond to the allegations in Defendant/Petitioner's motion.  To best facilitate a timely and effective response, Respondent would like to  provide copies of the motion to the following parties; Agofsky's trial attorneys G. Patrick Black and Douglas M. Barlow, Agofsky's appellate counsel Brent E. Newton, and former Assistant United States Attorney John B. Stevens.  However, Respondent can not begin the process of formulating a response while Defendant/Petitioner's motion remains sealed.

---

[1] A substantially similar original motion was filed on January 17, 2008 (*see,* Attachment A, p.6,)

IV.

In addition, it appears that the sealing of Defendant/Petitioner's motion was done in error in the first place.  A review of the attached docket sheet in this matter does not show any order of this Court placing the motion under seal, as would be required.[2]   A review Defendant/Petitioner's motion, appendix, and attached exhibits does not reveal a reference to any sealed documents, including any references to specific strike lists or jury questionnaires, such that might require sealing even of those documents.  Further, the sealing, at Petitioner's  request, of the *entirety* of a 255 page habeas motion is unprecedented and would serve no other purpose than to frustrate Respondent's attempts to address the merits of the motion in a timely fashion.

V.

The undersigned Assistant United States Attorney has contacted counsel for Defendant/Petitioner to ascertain whether or not they oppose this motion and has received no response as of the date of the filing of this motion.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court grants this motion to Un-seal Defendant/Petitioner's Amended Motion for Relief from Judgment Pursuant to 28, U.S.C. §2255.

---

[2] As best as can be surmised from the docket sheet, it appears that when counsel for Defendant/Petitioner filed the original motion with the United States District Clerk in Beaumont, Texas on January 17, 2008,  she requested that the motion be filed "under seal"and the clerk simply complied with that request, without any further direction, and certainly absent any order, from this or any other Court.

Respectfully submitted,

REBECCA  A. GREGORY
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2008, a true and correct copy of the

foregoing *Respondent's Motion to Unseal Defendant/Petitioner's Amended Motion for Relief*

*from Judgment Pursuant to 28, U.S.C. § 2255*  has been served on counsel for

Defendant/Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney