**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

<u>ORDER</u>

Upon consideration of the Respondent's Motion to Un-Seal Defendant/Petitioner's

Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255, it is hereby:

ORDERED that Defendant/Petitioner's Amended Motion for Relief from Judgment

Pursuant to 28 U.S.C. § 2255, is hereby unsealed.