## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| **SHANNON WAYNE AGOFSKY,** § | |
| § | |
| **Petitioner,** § | |
| § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** § | |
| § | **JUDGE  RICHARD A. SCHELL** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Respondent.** § | |
| _____ § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that, on the 4th of December, 2008, I attempted to confer with Attorneys

for the Defendant, and received no response.

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/
_____
Joseph R. Batte
Assistant United States Attorney