

**U. S. Department of Justice**

*United States Attorney*
*Eastern District of Texas*

---

*110 N. College, Suite 700*
*Tyler, Texas 75702-7237*

*Phone (903) 590-1400*
*Fax    (903) 590-1439*

October 17, 2008

**Via facsimile transmission to (214) 872-4828**

Honorable Richard A. Schell
United States Courthouse
7940 Preston Road
Plano, Texas  75024

　　　　　Re:  Shannon Wayne Agofsky v. United States, No. 1:07CV511

Dear Judge Schell:

　　　This is to advise the Court that I have inadvertently disclosed materials in this case that were filed under seal.  I apologize and assure you that the disclosure was unintentional.

　　　Because Mr. Agofsky's direct appeal was still pending, this proceeding pursuant to 28 U.S.C. § 2255 was stayed on October 9, 2007, with the understanding that Mr. Agofsky would be permitted to continue investigation and file a motion while the case was held in abeyance.  Mr. Agofsky filed a Motion for Relief From Judgment Pursuant to 28 U.S.C. § 2255 on January 17, 2008.  Although the docket sheet reflects that the motion and attachments were filed under seal, there is no motion to file under seal as required by Local Rule CV-5 (a)(7) or order permitting filing under seal.

　　　In September 2008, I was speaking with Federal Public Defender G. Patrick Black, one of Mr. Agofsky's trial counsel.  During the conversation, Mr. Black asked about the § 2255 proceeding, and when I told him that a motion had been filed, he asked to see it.  I provided a copy to him.

　　　I assure the Court that I did not recall that Mr. Agofsky's § 2255 motion had been filed under seal when I provided a copy to Mr. Black.  Sealing § 2255 motions is not common practice in this district, and without going back and checking the docket sheet, it is impossible to tell that the motion was filed under seal.  It did not occur to me to check until yesterday when I was reviewing Mr. Agofsky's amended motion, which was also filed under seal.  Nevertheless, I accept full responsibility for the disclosure.

　　　This morning, I contacted Claudia Van Wyk, one of Mr. Agofsky's habeas counsel, and advised her of the disclosure.  I also contacted Mr. Black.  He assures me that, due to his heavy caseload, he has not looked at the copy of the motion.  Mr. Black will return the copy to me

<div style="border:1px solid red; color:red">

December 15, 2008
Exhibit 1

</div>

Honorable Richard A. Schell
Page 2

unread, although he correctly pointed out that, to the extent the motion is based upon ineffective assistance of counsel, the government must be able to provide copies to trial counsel in order to respond to Mr. Agofsky's claims.  In the event the Court enters a show cause order after lifting the stay in this case, the United States will file a motion regarding disclosure of the amended motion to the attorneys whose representation is challenged by Mr. Agofsky.

If you need any further information, please do not hesitate to contact me.  Again, I apologize for the inadvertent disclosure.

Respectfully,

REBECCA A. GREGORY
UNITED STATES ATTORNEY

Traci L. Kenner
Assistant United States Attorney

TLK
Enc.
cc:    Ms. Claudia Van Wyk
       Federal Community Defender Office
       Capital Habeas Unit
       Suite 545W- The Curtis Center
       601 Walnut Street
       Philadelphia, PA 19106
       Fax: (215) 928-0826

       Ms. Jennifer A. Merrigan
       Public Interest Litigation Clinic
       305 E. 63rd Street
       Kansas City, MO 64113
       Fax: (816) 363-2799

       Mr. G. Patrick Black
       Federal Public Defender
       110 N. College, Suite 1122
       Tyler, TX 75702
       Fax: (903) 531-9625