IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| Petitioner, | § | No. 1:07cv511 |
| vs. | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

**ORDER GRANTING IN PART RESPONDENT'S MOTION TO
UNSEAL DEFENDANT/PETITIONER'S AMENDED MOTION FOR RELIEF
FROM JUDGMENT PURSUANT TO 28 U.S.C. § 2255**

This matter comes before the court on the respondent's motion to unseal petitioner

Shannon Wayne Agofsky's ("Agofsky's") amended motion for relief from judgment pursuant to

28 U.S.C. § 2255 (docket entry # 60), filed on December 4, 2008.  Having considered the

circumstances alleged and authorities cited in the motion and response, and noting that the

motion is unopposed, the court finds that it is well-taken in part and it will be granted in part.

On December 20, 2007, the court granted Agofsky's request for access to the jury

questionnaires, and for access to the list of peremptory strikes made by the prosecution and

defense at his trial.  In its order, the court stated that if Agofsky used any of the information from

the jury questionnaires, the pleadings containing that information must be filed under seal.

Agofsky's 28 U.S.C. § 2255 motion, which did contain such information, was properly filed

1

under seal. The United States of America now seeks to unseal Agofsky's motion in order to allow potential witnesses to familiarize themselves with the circumstances at issue in Agofsky's claims.

IT IS THEREFORE ORDERED that the United States of America may show to and discuss with its witnesses the motion and its attached exhibits. The rule imposed on Agofsky, however, also applies to the United States; if it divulges any of the information contained in the jury questionnaires in its pleadings, those pleadings shall be filed under seal.

**SIGNED this the 17th day of December, 2008.**

Richard A. Schell
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE