# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY** | § | |
| vs. | § | No. 1:07cv511 |
| **UNITED STATES OF AMERICA** | § | |

### ORDER GRANTING UNOPPOSED MOTIONS TO UNSEAL OR BE GRANTED ACCESS TO SEALED MOTIONS, ORDERS, PROCEEDINGS, JURY QUESTIONNAIRES AND THE LIST OF PEREMPTORY STRIKES OF THE DEFENSE AND THE GOVERNMENT

This matter comes before the court on the United States of America's unopposed motions to unseal or be granted access to all sealed motions, orders and proceedings  (docket entry # 58) as well as the jury questionnaires and lists of the peremptory strikes by the defense and prosecution (docket entry # 59), in movant Agofsky's trial.  The court, having considered the circumstances alleged and authorities cited by the parties, and noting that the motions are unopposed, finds that they are well-taken and they will be granted, subject to the limitation set forth by the court in its order of December 17, 2008: If any information contained in the jury questionnaires is included in any pleadings filed in this case, those pleadings must be filed under seal.

**SIGNED this the 11th day of January, 2009.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE