# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,              §
                                    §
            Petitioner,             §
                                    §
                                    §    CIVIL ACTION NO. 1:07-cv-511
v.                                  §
                                    §    JUDGE  RICHARD A. SCHELL
                                    §
UNITED STATES OF AMERICA,           §
                                    §
            Respondent,             §
_____    §


**RESPONDENT'S MOTION TO ORDER TRIAL AND APPELLATE COUNSEL TO
SUBMIT AFFIDAVITS IN RESPONSE TO DEFENDANT-PETITIONER'S CLAIMS
OF INEFFECTIVE ASSISTANCE OF COUNSEL IN DEFENDANT-PETITIONER'S
AMENDED MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO 28, U.S.C. § 2255**


Respondent,  the United States of America, by and thru Rebecca A. Gregory, United States

Attorney for the Eastern District of Texas, and the undersigned, Assistant United States Attorney

for the Eastern District of Texas, files this Motion to Order Trial and Appellate Counsel to submit

Affidavits in Response to Defendant-Petitioner's Claims of ineffective Assistance of Counsel in

Defendant/Petitioner' s Amended Motion for Relief from Judgment Pursuant to Title 28, U.S.C.

§2255, and as grounds would show the Court as follows:

I.

Respondent's response to the Petition for Writ of Habeas Corpus is due on or before

February 18, 2009.

II.

Defendant/Petitioner filed his Amended Motion for Relief under Title 28, U.S.C. §2255 on October 6, 2008. (see, *Civil Docket Sheet for Case #1:07-cv-511,*hereinafter referred to as "Attachment A").[1] Defendant/Petitioner filed his motion under seal. (Attachment A, p. 7, ¶51).

Respondent filed its motion to unseal Defendant/Petitioner's motion, so as to allow Respondent to effectively address the numerous allegations of ineffective assistance of counsel and this Court granted said motion on December 17, 2008.

III.

In his §2255 motion, Defendant/Petitioner makes numerous claims of ineffective assistance of counsel on the part of both his trial and appellate counsel. In order to effectively respond to those claims, Respondent needs to know the position of trial and appellate counsel as to each of those claims, in order that the Court may consider them in determining the  merits of each claim. The most practical way of accomplishing this is to secure affidavits from trial and appellate counsel. For purposes of responding to Defendant/Petitioner's §2255 motion the attorney-client privilege should be waived. Where petitioner in a §2255 motion asserts claims of ineffectiveness of counsel, evidence of petitioner's statements or actions with counsel is highly relevant. *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2054, 2066 (1984). When circumstances of a claim make communications between  petitioner and his attorney relevant, petitioner may not successfully

---

[1] A substantially similar original motion was filed on January 17, 2008 (*see,* Attachment A, p.6,).

invoke the attorney-client privilege. *Laughner v. United States,* 373 F.2d 326, 327 (5th Cir. 1967).


IV.

The undersigned Assistant United States Attorney has contacted counsel for

Defendant/Petitioner, Ms. Claudia Van Wyk, and they **oppose** this motion.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court

grants this motion to Order Trial and Appellate Counsel to Submit Affidavits in Response to

Defendant/Petitioner's Claims of Ineffective Assistance of Counsel in Defendant-Petitioner's

Amended Motion  for Relief from Judgment Pursuant to 28, U.S.C. §2255.


Respectfully submitted,

REBECCA  A. GREGORY
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2009, a true and correct copy of the

motion has been served on counsel for Defendant/Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney