**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

<u>ORDER</u>

Upon consideration of the Respondent's Motion to Order Trial and Appellate Counsel to Submit Affidavits in Response to Defendant-Petitioner's Claims of Ineffective Assistance of Counsel in Defendant/Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255, it is hereby:

ORDERED that Respondent's motion is GRANTED.  It is further

ORDERED that Federal Public Defender G. Patrick Black, Attorney Douglas M. Barlow, and Assistant Federal Public Defender Brent E. Newton shall submit affidavits under oath to the Respondent and Defendant/Petitioner in response to the allegations of ineffective assistance of counsel no later than_____2009.