# Appendix 1

January 2008

**RESUME**

ROBERT P. SCHUWERK
207 Bonnieview Street
Austin, Texas 78704
(512) 441-9178

**PROFESSIONAL EXPERIENCE**

### Law School Instruction

Professor, University of Houston Law Center, January 1982 - present

Through August 2006, approximately 120 courses taught, with emphasis on Professional Responsibility, Personal and Professional Ethics, Criminal Law, Texas Civil Procedure, Administrative Law, and Remedies/Class Actions.

### Consulting

Plotkin & Jacobs, Ltd., 1981-2000, as attorney <u>re</u> nationwide securities fraud class action, nationwide ERISA and RICO class action, consolidated RICO cases involving over 400 individual plaintiffs and 30 defendants, consumer fraud and insurance fraud class actions

1986-present, as non-testifying consultant and testifying expert witness on legal tort and disciplinary liability, class actions, and capital punishment issues

Exhibit 2
January 26, 2009

1

**<u>Legal Practice</u>**

Plotkin & Jacobs, Ltd., 1977-1981

Illinois Law Enforcement Commission, 1973-1977

Law clerk for Honorable Fred J. Cassibry of the United States District Court for the Eastern District of Louisiana, 1972-1973

**<u>Teaching</u>**

Mathematics, Chicago area high schools, 1965-1968

**EDUCATION**

J.D., University of Chicago School of Law, 1972; Order of the Coif; Law Review Staff and Associate Editor; two published comments, including Jerome N. Frank prize for best comment written by a third year student

M.A.T.M. (Masters of Arts in Teaching of Mathematics), University of Chicago School of Education, 1966

B.S., Mathematics, University of Chicago, 1964

**PROFESSIONAL ACTIVITIES AND AFFILIATIONS**

**<u>Bar Admissions</u>**

Illinois, Texas

**<u>Professional Activities and Awards</u>**

Recipient of the Presidents' Award, conferred by the past and present presidents of the State Bar of Texas on the one attorney who has been of greatest service to the Bar in the past year; 1999-2000 Bar Year

Presidential Citation, State Bar of Texas 2003-2004 Bar Year, for work on Referral Fee Task Force

Member and chair of drafting subcommittee of the Texas Disciplinary Rules of Professional Conduct Committee ("TDRPC Committee"), State Bar of Texas committee for review and revision of Texas Disciplinary Rules of Professional Conduct, 1991-2004; Committee chair, 1994-2004; member and subcommittee chair, 2004-date

Member State Bar of Texas Task Force regarding referral fees and related advertising practices, 2003-2005

Member Supreme Court of Texas Task Force examining the ABA Ethics 2000 Commission's revisions to the ABA's Model Rules of Professional Conduct and making suggestions for possible revisions to the Texas Disciplinary Rules of Professional Conduct in light of that work, 2003-date

Presidential Citation, State Bar of Texas, 1994-1995 Bar Year, for work on Article VII of the Texas Disciplinary Rules of Professional Conduct and related litigation.

1993 recipient of Ethel M. Baker Faculty Award for promoting constructive interchange between the Law Center and the practicing bar

Member, drafting subcommittee of National Conference of Bar Examiners responsible for preparing Multistate Professional Responsibility Examination (MPRE), 1990-1994

Member and assistant reporter, State Bar of Texas committee for review and revision of Texas Code of Professional Responsibility, 1984-1989

Member, State Bar of Texas Grievance Committee 4-F, 1986-1989

Numerous CLE lectures in field of legal ethics

## <u>Publications[1]</u>

### <u>Books</u>

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS, RECUSAL AND DISQUALIFICATION OF JUDGES 2007-2008(with Lillian B. Hardwick) (Thomson * West 2007).*

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS, RECUSAL AND DISQUALIFICATION OF JUDGES 2006-2007(with Lillian B. Hardwick) (Thomson * West 2006).*

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS, RECUSAL AND DISQUALIFICATION OF JUDGES (with Lillian B. Hardwick) (Thomson * West 2005).*

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS, RECUSAL AND DISQUALIFICATION OF JUDGES (with Lillian B. Hardwick) (Thomson * West 2004).*

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS, RECUSAL AND DISQUALIFICATION OF JUDGES (with Lillian B. Hardwick) (Thomson * West 2003).*

HANDBOOK OF TEXAS LAWYER AND JUDICIAL ETHICS: ATTORNEY TORT STANDARDS, ATTORNEY ETHICS STANDARDS, JUDICIAL ETHICS STANDARDS (with Lillian B. Hardwick) (Thomson * West 2002).

### <u>Articles</u>

"Ethical Issues Involving Attorneys' Fees and Engagement Letters", 35 The Advocate 21 (2006)

"The Law Professor As Fiduciary: What Duties Do We Owe To Our Students?", 45 S. TEX. L. REV. 753 (2004)

---

[1] All works marked with an asterisk (*) constitute substantial revisions to prior versions of the same publication.

"A Malpractice Primer", (ch. 7, pt. I, pp. 130-150 of A Guide to the Basics of Law Practice (2000) (Beryl P. Crowley & Mitch Winick, eds.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation.[*] (substantially unrevised editions also published in 2001, 2002, 2003, 2004, 2005, and 2006)

"A Malpractice Primer", (ch. 9, pt. 1, pp. 127-147 of A Guide to the Basics of Law Practice (1999) (Beryl P. Crowley & Mitch Winick, eds.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation.[*]

"A Malpractice Primer", (ch. 9, pt. I, pp. 167-186 of A Guide to the Basics of Law Practice (1998) (Beryl P. Crowley & Mitch Winick, eds.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation.

"Reflections on Ethics and Mediation," 38 S. TEX. L. REV. 757-768 (1997)

"A Commentary on the Texas Disciplinary Rules of Professional Conduct" in Texas Lawyers' Professional Ethics (3d ed. 1997) at 1-1 to 1-149 (published by the Texas Young Lawyers' Association)

"The Personal Dimension of Professional Responsibility", 58 J.L. AND CONTEMP. PROBS. 87 (1996) (with John Mixon)

"A Malpractice Primer", (ch. 9, pt. 1, pp. 173-189 of A Guide to the Basics of Law Practice (1997) (Beryl P. Crowley & Mitch Winick, eds.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation).

"A Malpractice Primer" (ch. 7, pp. 118-137 of A Guide to the Basics of Law Practice (1996) (W. Frank Newton, ed., published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation).[*]

"A Malpractice Primer" (ch. 4, pp. 72-86 of A Guide to the Basics of Law Practice (1995) (W. Frank Newton, ed.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation)

"A Malpractice Primer" (ch. 4, pp. 101-144 of A Guide to the Basics of Law Practice (1994) (W. Frank Newton, ed.), published by The Texas Center for Legal Ethics and Professionalism and the Texas Bar Foundation)

"Perspectives From the Law Center: Lawyer Professionalism and Legal Education" (1993), printed and distributed by the University of Houston Law Center and the University of Houston Law Alumni Association

"A Guide to the Texas Disciplinary Rules of Professional Conduct," 27A U. Houston L. Rev. 1 (1990) (co-authored with Professor John F. Sutton, Jr.)

"Future Class Actions," 39 BAYLOR L. REV. 64 (1987)

"Illinois' Experience with Determinate Sentencing: A Critical Reappraisal, Part 2: Efforts to Impose Substantive Limitations on the Exercise of Judicial Sentencing Discretion," 34 DEPAUL L. REV. 241 (1985)

"Illinois' Experience with Determinate Sentencing: A Critical Reappraisal, Part 1: Efforts to Structure the Exercise of Discretion in Bargaining for, Imposing, and Serving Criminal Sentences," 33 DEPAUL L. REV. 631 (1984)

Comment, "The Philadelphia Plan: A Study in the Dynamics of Executive Power," 39 U. CHI. L. REV. 723 (1972)

Comment, "Private Participation in Department of Justice Antitrust Proceedings," 39 U. CHI. L. REV. 143 (1971)