**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   No.   1:07-CV-0511 |
| | ) |
| **SHANNON WAYNE AGOFSKY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER GRANTING CROSS-MOTION**
**TO CONDUCT DEPOSITIONS OF FORMER COUNSEL, INVESTIGATOR, AND**
**MENTAL HEALTH EXPERT**

Upon consideration of the foregoing Cross-Motion by Shannon Agofsky to Conduct

Depositions of Former Counsel, Investigator, and Mental Health Expert, it is hereby:

ORDERED, that the motion is granted.