### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

### ORDER

Upon consideration of the Petitioner's (1) Cross-Motion to Conduct Depositions of Former Counsel, Investigator, and Mental Health Expert; and (2) Motion to Set a Schedule for Discovery, and Respondent's Motion for Court Ordered Affidavits, it is hereby:

ORDERED that Petitioner's Cross-Motion to Conduct Depositions is  DENIED.

It is further

ORDERED that Petitioner's Motion to Set a Schedule for Discovery is DENIED.

It is further

ORDERED that Respondent's Motion to Order Trial and Appellate Counsel to Submit Affidavits in Response to Defendant/Petitioner's Claims of Ineffective Assistance of Counsel in Defendant/Petitioner's Amended for Relief from Judgment Pursuant to 28, U.S.C. §2255 is GRANTED.

It is further

ORDERED that Federal Public Defender G. Patrick Black, Attorney Douglas M. Barlow,

and Assistant Federal Public Defender Brent E. Newton shall submit affidavits under oath to the

Respondent and Defendant/Petitioner in response to the allegations of ineffective assistance of

counsel no later than_____2009.