IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY** | § | |
| vs. | § | No. 1:07cv511 |
| **UNITED STATES OF AMERICA** | § | |
| | § | |

**ORDER GRANTING SHANNON AGOFSKY'S MOTION
TO SET A SCHEDULE FOR DISCOVERY**

This matter comes before the court on movant Shannon Wayne Agofsky's ("Agofsky's") motion to set a schedule for discovery (document # 67), filed on January 26, 2009.  Having considered the circumstances alleged and authorities cited in the motion and in the response, the court finds that the motion is well-taken and it will be granted.

Within thirty days after the United States of America files its response to Agofsky's motion for relief from judgment, the parties shall file with the court a schedule with dates for the exchange of all agreed upon discovery, the submission of a list identifying areas of discovery to which the parties cannot agree, and the filing, if necessary, of formal discovery motions.

**SIGNED this the 9th day of February, 2009.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE