**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF
TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No.    1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

### ORDER GRANTING MOTION BY SHANNON AGOFSKY FOR RECONSIDERATION OF COURT'S ORDER GRANTING AFFIDAVITS AND DENYING DEPOSITIONS OF FORMER COUNSEL

Upon consideration of the foregoing Motion to Reconsider the Court's Order Granting Affidavits and Denying Depositions of Trial Counsel it is hereby GRANTED.

Motion to Reconsider is hereby GRANTED. Counsel is hereby GRANTED leave to conduct depositions of former counsel for Mr. Agofsky.