**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

<u>ORDER</u>

Upon consideration of the Government's Opposition to Agofsky's Motion to

Reconsider the Court's Order Granting Affidavits and Denying Depositions of Former Counsel;

and Government's Motion for the Court to Reconsider its Order Granting Depositions of

Investigator Jay Bennett and Dr. Dan Roberts it is hereby:

ORDERED that the Government's Motion for the Court to Reconsider the Court's

Order Granting Depositions of Investigator Jay Bennett and Dr. Dan Roberts is

GRANTED.