## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent,** | § | |
| _____ | § | |

## GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TOPETITIONER'S AMENDED MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO 28, U.S.C. § 2255

Respondent,  the United States of America, by and thru Rebecca A. Gregory, United States Attorney for the Eastern District of Texas, and the undersigned, Assistant United States Attorney for the Eastern District of Texas, files this Agreed Motion for Extension of Time to File Response to Petitioner's Amended Motion for Relief from Judgement Pursuant to 28, U.S.C. §2255, and as grounds would show the Court as follows:

I.

The Government's response to Agofsky's Writ of Habeas Corpus is due on or before February 18, 2009.

II.

Agofsky  filed his Amended Motion for Relief under Title 28, U.S.C. §2255 on October 6, 2008.  Agofsky  filed his motion under seal.  (Attachment A,  p. 7, ¶51).  The Government  filed its motion to unseal Agofsky's  motion, so as to allow Respondent to effectively address the numerous

allegations of ineffective assistance of counsel and this Court granted said motion on December 17, 2008.  On January 14, 2009, the Government filed its Motion to Order Agofsky's former Trial and Appellate Counsel to Submit Affidavits in Response to Petitioner's Claims of Ineffective Assistance of Counsel.  This Court subsequently granted the Government's motion on February 9, 2009, and ordered trial and appellate counsel to submit affidavits to both parties by March 15, 2009.

III.

In light of the voluminous nature of Agofsky's 202-page Amended §2255 Motion; the frustrations incumbent upon the Government's ability to coherently respond to said motion prior to getting said motion unsealed and affidavits ordered; and the Court's subsequent deadline for the providing of those affidavits, the Government is necessarily precluded from producing an intelligent response motion by February 18, 2009.  As a  result, the Government asks this Court for a ninety-day (90) extension of time to file its response motion.

Counsel for Petitioner has advised  that Agofsky  is not opposed to this extension of time. The undersigned Assistant United States Attorney has contacted counsel for Agofsky, Ms. Claudia Van Wyk, and they **do not oppose** this motion.

**WHEREFORE, PREMISES CONSIDERED,** the Government prays that the Court grants this Agreed Motion for Extension of Time to File Response to Agofsky's Amended Motion  for Relief from Judgment Pursuant to 28, U.S.C. §2255.

Respectfully submitted,

REBECCA  A. GREGORY
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2009, a true and correct copy of the

motion has been served on counsel for Petitioner as follows:

Claudia Van Wyck                          Jennifer Merrigan, Esq.
Federal Community Defender Office          305 E. 63rd Street
For the Eastern District of Pennsylvania   Kansas City, MO 64113
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

## CERIFICATE OF CONFERENCE

I hereby certify that I have discussed this motion with opposing counsel and they are not
opposed to it.

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

-3-