### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,                    §
             Movant,

      vs.                                              §
                          No. 1:07cv511

UNITED STATES OF AMERICA,              §
             Respondent.

                               §

                               §

### ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO AMENDED MOTION FOR RELIEF FROM JUDGMENT

This matter comes before the court on respondent United States of America's ("the Government's") motion for a 90 day extension of time to file its response to movant Shannon Wayne Agofsky's ("Agofsky's") amended motion for relief from judgment pursuant to 28 U.S.C. §2255. The court, having considered the circumstances alleged and authority cited by the government, and noting that the motion is unopposed, finds that it is well-taken and it will be granted.

IT IS THEREFORE ORDERED that the government must file its response to Agofsky's Sec. 2255 motion on or before May 21, 2009.

**SIGNED this the 17th day of February, 2009.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE