**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.    **1:07-CV-0511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME**
**FOR DEPOSITIONS AND GOVERNMENT'S RESPONSE**

Upon consideration of the foregoing Motion by Shannon Agofsky to Extend Time for

Depositions and Government's Response, it is hereby ORDERED, that the motion is granted.