IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY          §

    vs.        §

                  No. 1:07cv511

UNITED STATES OF AMERICA  §

               §

               §

## ORDER GRANTING MOTION TO EXTEND TIME FOR DEPOSITIONS AND GOVERNMENT'S RESPONSE

This matter comes before the court on petitioner Shannon Wayne Agofsky's ("Agofsky's") motion to extend by 45 days the deadlines for taking the depositions of Jay Bennett and Dr. Dan Roberts, and for respondent United States of America ("the government") to file its response to Agofsky's motion to vacate sentence pursuant to 28 U.S.C. §2255. The court, having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, finds that it is well-taken and the motion [de#80] will be GRANTED.

IT IS THEREFORE ORDERED that Agofsky depose Bennett and Roberts on or before May 15, 2009, and the government file its response to Agofsky's motion to vacate sentence on or before July 6, 2009.

**SIGNED this the 16th day of March, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE