## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 1:07-cv-511 |
| | § | JUDGE  SCHELL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |

## GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO CONDUCT DEPOSITIONS AND FOR FILING RESPONSE

Respondent,  the United States of America, by and through the United States Attorney for the Eastern District of Texas and the undersigned Assistant United States Attorney, files this Agreed Motion for Extension of Time in Which to Conduct Depositions and For Filing Response, and as grounds would show the Court the following:

### I.

Agofsky filed his Amended Motion for Relief under 28 U.S.C. § 2255 on October 6, 2008.  The government's response to Agofsky's section 2255 motion is due on or before July 6, 2009.

### II.

On March 16, 2009, the Court entered an order extending the time for taking depositions of Jay Bennett and Dr. Dan Roberts until May, 15, 2009.

Lead counsel for the government, Joe Batte, is currently serving as lead prosecutor in another capital case, United States v. Ebron, Criminal No. 1:08-CR-36, in the Beaumont Division of this Court.  Jury selection began on March 23, 2009, and was completed on April 3,

2009.  Testimony started on April  20, 2009.  The trial is expected to last for another two to three weeks.  Because Batte is the only member of the government's trial team in Agofsky's prosecution who is still an Assistant United States Attorney, his presence at the depositions is critical.  Therefore, the United States respectfully moves the Court for a 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and Dr. Dan Roberts.  Considering the time it will take to transcribe the depositions, the United States also moves for a corresponding 30-day extension of time in which to file its response in order to properly evaluate the information provided by the deponents and incorporate it into the response.

Counsel for Petitioner has advised that Agofsky does not oppose the extension of time to take the depositions and to file the government's response.  Counsel further noted that Agofsky may find it necessary to supplement his motion based upon the depositions.  Given that uncertainty, counsel suggested that, as an alternative to the 30-day extension in which to file the government's response, the parties be allowed to submit a proposed schedule for filing any supplement to Agofsky's motion and for filing the government's response within two weeks after the depositions are completed.  The United States does not oppose this alternative.

### III.

For the reasons stated above, the government moves the Court for a 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and Dr. Dan Roberts and for a corresponding 30-day extension of time in which to file its Response to Agofsky's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. §2255, which would change the response deadline to August 5, 2009.  In the alternative, the government moves the Court for a 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and

Dr. Dan Roberts and that the parties be permitted to submit a proposed schedule for

supplementing Agofsky's section 2255 motion and for filing the government's response to the

section 2255 motion within two weeks after the last deposition is concluded.

Respectfully submitted,

REBECCA  A. GREGORY
UNITED STATES ATTORNEY

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
TXSBN:  11307070
110 N. College, Suite 700
Tyler, Texas 75701
(903) 590-1400 office
(903) 590-1439 fax
email:  Traci.Kenner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2009, a true and correct copy of the motion has been served on counsel for Petitioner as follows:

Claudia Van Wyk                              Jennifer Merrigan, Esq.
Federal Community Defender Office            305 E. 63rd Street
For the Eastern District of Pennsylvania     Kansas City, MO 64113
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## CERIFICATE OF CONFERENCE

      I hereby certify that I have discussed this motion with Ms. Claudia Van Wyk, counsel for Mr. Agofsky, and he does not oppose it.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney