## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 1:07-cv-511 |
| | § | JUDGE  SCHELL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |

### ORDER

Upon consideration of the Government's Agreed Motion for Extension of Time in Which to Conduct Depositions and For Filing Response, it is hereby:

ORDERED that Respondent's motion is GRANTED as follows:

\_\_\_ A 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and Dr. Dan Roberts is granted, along with a corresponding 30-day extension of time for the government to file its Response to Agofsky's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. §2255, which would change the response deadline to August 5, 2009; or

\_\_\_ A 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and Dr. Dan Roberts is granted, and the parties shall submit a proposed schedule for supplementing Agofsky's section 2255 motion and for filing the government's response to the section 2255 motion within two weeks after the last deposition is concluded.