**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   **1:07-CV-0511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR ACCESS**
**TO SEALED CJA MATERIALS**

Upon consideration of the foregoing Motion by Shannon Agofsky for Access to Sealed CJA

materials, it is hereby:

ORDERED, that the motion is granted.