**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF
TEXAS BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No.   1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Jennifer A. Merrigan, counsel for Appellant, and hereby

notifies the Court of her changed mailing address, effective April 24, 2009:

Jennifer A. Merrigan
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113

Counsel's remaining contact information will stay the same.

Respectfully Submitted:

/s/ Jennifer Merrigan

JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/__Jennifer Merrigan____
*Counsel for Movant*