**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:07-cv-511** |
| | § | **JUDGE  SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **Respondent,** | § | |

**ORDER**

Upon consideration of the Government's Agreed Motion for Extension of Time in Which to Conduct Depositions and For Filing Response, it is hereby:

ORDERED that Respondent's motion [de #83]  is GRANTED as follows:

___ A 30-day extension of time in which to conduct the court-ordered depositions of Jay Bennett and Dr. Dan Roberts is granted, along with a corresponding 30-day extension of time for the government to file its Response to Agofsky's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. §2255, which would change the response deadline to August 5, 2009.  IT IS SO ORDERED.

**SIGNED this the 29th day of April, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE