# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR ACCESS
## TO SEALED CJA MATERIALS

Upon consideration of the Unopposed Motion by Shannon Agofsky for Access to

Sealed CJA Materials and being informed that the motion is indeed unopposed, it is hereby

ORDERED, that the motion [de #84] is granted.

**SIGNED this the 29th day of April, 2009.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE