**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **No.    1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

**JOINT MOTION TO EXTEND TIME**
**FOR DEPOSITIONS AND ADJUST POST-DEPOSITION BRIEFING SCHEDULE**

The Government and Shannon Agofsky jointly move to extend the time to complete court-authorized depositions of the defense trial investigator and mental health expert from June 15, 2009, to July 3, 2009, and further move for a two-week extension of the government's time for response from August 5 to August 19, 2009, and an opportunity for Mr. Agofsky to supplement his amended § 2255 motion, if necessary, following the depositions.   In support of this motion, Mr. Agofsky states the following:

1.  On February 10, 2009, the Court entered an order (Doc 70) granting in part Mr. Agofsky's motion for court-ordered depositions (Doc. 66) in connection with his motion for relief from judgment pursuant to 28 U.S.C. § 2255.  The Court's order provided, specifically, for depositions of the defense trial investigator, Jay Bennett, and the defense mental health expert, Dr. Dan Roberts, and required that the depositions be completed by April 1, 2009.

2.  On March 16, 2009, this Court granted Mr. Agofsky's unopposed request for an extension of time to May 15, 2009, to conduct the depositions (Doc. 82).  On April 23, the government made an unopposed request for an additional month, until June 15, based principally upon the engagement of Assistant United States Attorney Joe Batte in a capital trial in another case (Doc. 83).  The Court granted that motion on April 29, 2009, setting a new date of August 5 for the government's response (Doc. 86).

3.  While Mr. Batte's trial was under way, one of Mr. Agofsky's attorneys, Claudia Van Wyk, communicated by telephone and email with AUSA Traci Kenner to set mutually available dates for the depositions.  Following the consultation with Ms. Kenner, the defense began making arrangements to hold the depositions on June 2 and 4, 2009.  On May 21, 2009, Ms. Van Wyk spoke by phone to Mr. Batte and learned that there had been a mis-communication concerning availability and he was unavailable on June 4.

4.  The next mutually available week to conduct one deposition in Beaumont, travel between Beaumont and Austin, and conduct a second deposition in Austin is the week beginning June 29, 2009.  The parties therefore jointly move to extend the time to conduct depositions to July 3, 2009.

5.  The parties further move to adjust the previously imposed briefing schedule.  The Court's most recent order provides that the government's response to Mr. Agofsky's amended § 2255 motion is due on August 5, 2009 (Doc. 86).  The government requests an additional two weeks for its response, which would now be due on August 19, 2009.  The defense has no objection this request.  Following the depositions, it may be necessary for the defense to supplement the amended § 2255 motion to reflect additional evidence.  The government will

have no objection to a post-deposition defense supplement if the defense determines that a

supplement is necessary.

## CONCLUSION

For all these reasons, the Court should grant the parties' joint motion to extend the time for

court-authorized depositions of Jay Bennett and Dr. Dan Roberts to July 3, 2009, extend the time

for the government's response to Mr. Agofsky's § 2255 motion to August 19, 2009, and permit Mr.

Agofsky to file a post-deposition supplement to his amended§ 2255 motion, if necessary.


/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826


## CERTIFICATE OF SERVICE


I hereby certify that on May 27, 2009, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci**

**Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph**

**Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.


/s/
Claudia Van Wyk
*Counsel for Movant*