**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.     1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME**
**FOR DEPOSITIONS AND ADJUST POST-DEPOSITION BRIEFING SCHEDULE**

Upon consideration of the foregoing Joint Motion to Extend Time for Depositions and Adjust

Post-Deposition Briefing Schedule, it is hereby:

ORDERED, that:

1.  The time for court-authorized depositions of Jay Bennett and Dr. Dan Roberts is extended

to July 3, 2009;

2.  The time for the government's response to Mr. Agofsky's § 2255 motion is extended to

August 19, 2009, and

3.  Mr. Agofsky may file a post-deposition supplement to his amended § 2255 motion.