**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    No.    1:07-CV-0511 |
| | ) |
| **SHANNON WAYNE AGOFSKY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME**
**FOR DEPOSITIONS AND ADJUST POST-DEPOSITION BRIEFING SCHEDULE**

Upon consideration of the foregoing Joint Motion to Extend Time for Depositions and Adjust

Post-Deposition Briefing Schedule [de #88], it is hereby:

ORDERED, that:

1. The time for court-authorized depositions of Jay Bennett and Dr. Dan Roberts is extended

to July 3, 2009;

2. The time for the government's response to Mr. Agofsky's § 2255 motion is extended to

August 19, 2009, and

3. Mr. Agofsky may file a post-deposition supplement to his amended § 2255 motion.

**SIGNED this the 29th day of May, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE