## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

_____

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES, | : | |
| Plaintiff, | : | **No. 1:07-cv-511** |
| | : | |
| -against- | : | |
| | : | |
| SHANNON WAYNE AGOFSKY, | : | |
| | : | |
| Defendant. | : | |

_____

### NOTICE OF DEPOSITION

Please take notice that defendant's counsel will take the oral deposition of Jay Bennett at

9:00 AM on June 30, 2009, at Jan Girouard & Associates, Century Tower - Suite 108, 550

Fannin Street, Beaumont, TX 77701.

Respectfully Submitted,

/s/ Claudia Van Wyk

_____

Claudia Van Wyk
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: Philadelphia, PA
June 1, 2009

**Certificate of Service**

I, Claudia Van Wyk, hereby certify that on this 1 day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:   **Traci Lynne Kenner,** US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U S Attorney's Office - Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk

_____

Claudia Van Wyk