**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

_____

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| Plaintiff, | : | No. 1:07-cv-511 |
| | : | |
| -against- | : | |
| | : | |
| SHANNON WAYNE AGOFSKY, | : | |
| | | |
| Defendant. | : | |

_____

**NOTICE OF DEPOSITION**

Please take notice that defendant's counsel will take the oral deposition of Dr. Dan

Roberts at 9:00 AM on July 2, 2009, at Sunbelt Reporting & Litigation Services, 6448 Highway

290 East - Suite E-105, Austin, TX 78723.

Respectfully Submitted,

/s/ Claudia Van Wyk

_____

Claudia Van Wyk
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: Philadelphia, PA
       June 1, 2009

**Certificate of Service**

I, Claudia Van Wyk, hereby certify that on this 1 day of June, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:   **Traci Lynne Kenner,** US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U S Attorney's Office - Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk

_____

Claudia Van Wyk