**UNITED STATES DISTRICT Court**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:07-cv-00511 |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Hon. Richard A. Schell, U.S.D.J. |
| -v- | : |  |
|  | : | **Capital Case** |
| SHANNON WAYNE AGOFSKY, | : |  |
|  | : |  |
| Defendant-Petitioner. | : |  |
|  | : |  |
| _____ | : |  |

**UNOPPOSED MOTION TO ADMIT BILLY H. NOLAS**
**AS COUNSEL _PRO HAC VICE_ AT NO COST TO THE COURT**

Petitioner, Shannon Wayne Agofsky, through current counsel (Claudia Van Wyk), moves for appointment of Billy H. Nolas, Esq., _pro hac vice_, at no cost to the Court, and in support states the following. The Government does not oppose this _Motion_.

**Background**

1.     Petitioner, Shannon Wayne Agofsky, is a death-sentenced federal prisoner. On February 23, 2007, the Honorable Thad D. Heartfield, U.S.D.J., granted a motion for appointment of counsel to represent Mr. Agofsky in preparing and filing a motion pursuant to 18 U.S.C. § 2255, assigning Claudia Van Wyk and Jennifer

1

Merigan to represent him.

2.      On September 9, 2008, this Court granted Mr. Agofsky's motion for the assignment of additional counsel (the Capital Habeas Unit of the Federal Community Defender Office in Philadelphia, Pennsylvania) at no cost to the Court (Doc. 50).

3.      Subsequently, Billy H. Nolas of the Capital Habeas Unit was assigned to assist with Mr. Agofsky's case.

4.      In support of this request for *pro hac vice* admission of Mr. Nolas, Petitioner respectfully submits as follows:

a.      Mr. Nolas is a member in good standing of the Bars of the:

- Supreme Court of the United States of America;

- Commonwealth of Pennsylvania;

- District of Columbia;

- State of Florida;

- State of New York;

- United States Courts of Appeal including the Courts of Appeal for the Second Circuit; Third Circuit; Fourth Circuit; Fifth Circuit; Eighth Circuit; Eleventh Circuit and District of Columbia Circuit;

- Several United States District Courts, including District

Courts in Arkansas, Florida, New York, Pennsylvania and District of Columbia.

5.      Mr. Nolas is familiar with the federal law relevant to the proceedings herein and with all relevant federal and local rules of procedure, and has extensive experience in the litigation of federal *habeas corpus* cases.

7.      Mr. Nolas is familiar with Mr. Agofsky's case and is prepared to represent Mr. Agofsky in these proceedings.

8.      On June 9, 2009, I communicated by email with AUSA Joe Batte, who advised me that the government does not oppose Mr. Nolas's *pro hac vice* admission for the purpose of representing Mr. Agofsky.

WHEREFORE, Petitioner respectfully moves for *pro hac vice* admission of Billy H. Nolas.

Respectfully Submitted,

/s/ Claudia Van Wyk

Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
claudia_vanwyk@fd.org

/s/ Jennifer Merrigan

Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO 64113
816-363-2795
Fax: 816-363-2799
jmerrigan@pilc.net

Dated:      June 9, 2009
            Philadelphia, Pennsylvania

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2009, I electronically filed the foregoing motion, and a proposed order, with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk
Claudia Van Wyk
*Counsel for Movant*

Dated:   June 9, 2009