**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

SHANNON WAYNE AGOFSKY,

    Defendant-Petitioner.

_____

:
:
:
:
:
:
:
:
:
:
:
:

No. 1:07-cv-00511

Hon. Richard A. Schell, U.S.D.J.

**Capital Case**

**UNOPPOSED MOTION TO ADMIT DAVID L.  ZUCKERMAN
AS COUNSEL *PRO HAC VICE* AT NO COST TO THE COURT**

Petitioner, Shannon Wayne Agofsky, through current counsel (Claudia Van Wyk), moves for appointment of David L. Zuckerman, Esq., *pro hac vice*, at no cost to the Court, and in support states the following.  The Government does not oppose this *Motion*.

**Background**

1.    Petitioner, Shannon Wayne Agofsky, is a death-sentenced federal prisoner.  On February 23, 2007, the Honorable Thad D. Heartfield, U.S.D.J., granted a motion for appointment of counsel to represent Mr. Agofsky in preparing and filing a motion pursuant to 18 U.S.C. § 2255, assigning Claudia Van Wyk and Jennifer

1

Merrigan.

2.      On September 9, 2008, this Court granted Mr. Agofsky's motion for the assignment of additional counsel (the Capital Habeas Unit of the Federal Community Defender Office in Philadelphia, Pennsylvania) at no cost to the Court (Doc. 50). Subsequently, David Zuckerman of the Capital Habeas Unit was assigned to assist with Mr. Agofsky's case.

3.      Mr. Zuckerman is a member in good standing of the Bars of the:

- •      Commonwealth of Pennsylvania;

- •      United States District Court for the Eastern, and Middle Districts of Pennsylvania;

- •      United States Court of Appeals for the Third Circuit.

5.      Mr. Zuckerman is familiar with the federal law relevant to the proceedings herein and with all relevant federal and local rules of procedure, and has extensive experience in the litigation of federal *habeas corpus* cases.

7.      Mr. Zuckerman is familiar with Mr. Agofsky's case and is prepared to represent Mr. Agofsky in these proceedings.

8.      On June 9, 2009, I communicated by email with AUSA Joe Batte, who advised me that the government does not oppose Mr. Zuckerman's *pro hac vice* admission for the purpose of representing Mr. Agofsky.

WHEREFORE, Petitioner respectfully moves for *pro hac vice* admission

of David Zuckerman.


Respectfully Submitted,

/s/ Claudia Van Wyk
Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520
claudia_vanwyk@fd.org

/s/ Jennifer Merrigan
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO 64113
816-363-2795
Fax: 816-363-2799
jmerrigan@pilc.net


Dated:        June 9, 2009
              Philadelphia, Pennsylvania

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2009, I electronically filed the foregoing motion, and a proposed order, with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk
Claudia Van Wyk
*Counsel for Movant*


Dated:   June 9, 2009