**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:07-cv-00511 |
|  | : |  |
| Plaintiff, | : |  |
|  | : | Hon. Richard A. Schell, U.S.D.J. |
| -v- | : |  |
|  | : | **Capital Case** |
| SHANNON WAYNE AGOFSKY, | : |  |
|  | : |  |
| Defendant-Petitioner. | : |  |
|  | : |  |
| _____ | : |  |

**ORDER GRANTING
MOTION TO ADMIT COUNSEL PRO HAC VICE**

The Court having considered the foregoing *Motion* for appointment of David Zuckerman as counsel *pro hac vice* at no cost to the Court, it is hereby

ORDERED that the foregoing *Motion* is GRANTED.