**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

UNITED STATES OF AMERICA,          :          No. 1:07-cv-00511

         Plaintiff,          :

              :          Hon. Richard A. Schell, U.S.D.J.

    -v-          :

              :          **Capital Case**

SHANNON WAYNE AGOFSKY,          :

              :

    Defendant-Petitioner.  :

              :

_____          :


**ORDER GRANTING**
**MOTION TO ADMIT COUNSEL PRO HAC VICE**


The Court having considered the foregoing *Motion* for appointment of Billy H. Nolas as counsel *pro hac vice* at no cost to the Court, it is hereby

ORDERED that the foregoing *Motion* is GRANTED.


**SIGNED this the 11th day of June, 2009.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE