**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | No.    1:07-cv-00511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

**AGREED MOTION TO EXTEND**
**POST-DEPOSITION BRIEFING SCHEDULE**

Shannon Agofsky moves, with the government's agreement, to extend the time for Mr. Agofsky's post-deposition supplement and the government's response to his amended motion pursuant to 28 U.S.C. § 2255, and to set a date for reply.   In support of this motion, Mr. Agofsky states the following:

1.  On February 10, 2009, the Court entered an order (Doc 70) granting in part Mr. Agofsky's motion for court-ordered depositions (Doc. 66) in connection with his motion for relief from judgment pursuant to 28 U.S.C. § 2255.  The Court's order provided, specifically, for depositions of the defense trial investigator, Jay Bennett, and the defense mental health expert, Dr. Dan Roberts, and required that the depositions be completed by April 1, 2009.

2.  On March 16, 2009, this Court granted Mr. Agofsky's unopposed request for an extension of time to May 15, 2009, to conduct the depositions (Doc. 82).  On April 23, the

-1-

government made an unopposed request for an additional month, until June 15, based principally upon the engagement of Assistant United States Attorney Joe Batte in a capital trial in another case (Doc. 83).  The Court granted that motion on April 29, 2009, setting a new date of August 5 for the government's response (Doc. 86).  Thereafter, because of a mis-communication about mutually available dates for the depositions, the parties jointly moved to extend the time for the depositions through July 3, 2009, to extend the government's time for a response to August 19, 2009, and to permit Mr. Agofsky to file a post-deposition supplement (Doc. 88).  The Court granted that motion on May 29, 2009 (Doc. 90).  The depositions were held on June 30 and July 2, 2009.

5.  Because of the volume of evidence elicited at the depositions and problems created by summer vacation schedules, Mr. Agofsky requests permission to file the post-deposition supplement no later than August 24, 2009.  On July 9, 2009, one of Mr. Agofsky's undersigned counsel, Claudia Van Wyk, spoke by phone to AUSA Joe Batte and Libby Lange of the Department of Justice Capital Case Unit.  In a follow-up call, Ms. Lange advised Ms. Van Wyk that the government agrees to a filing date of August 24 for Mr. Agofsky's supplement.  The government reserves the right to argue that additional factual allegations contained in the supplement constitute amendments to the § 2255 motion.

6.  The government requests, with Mr. Agofsky's agreement, 45 days from the filing of Mr. Agofsky's post-deposition supplement to respond to Mr. Agofsky's amended § 2255 motion, as supplemented.

7.  Mr. Agofsky requests, with the government's agreement, 21 days from the filing of the government's response to file a reply.

-2-

## CONCLUSION

For all these reasons, the Court should grant Mr. Agofsky's motion to extend the post-deposition briefing schedule by permitting him to file his post-deposition supplement by August 24, 2009, granting  the government 45 days following the filing of the supplement to file its response, and granting Mr. Agofsky 21 days following the filing of the government's response to file a reply.

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/_____
Claudia Van Wyk
*Counsel for Movant*