UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | No.    1:07-CV-0511 |
| ) | |
| SHANNON WAYNE AGOFSKY,        ) | |
| ) | |
| Defendant.        ) | |
| _____ ) | |

**ORDER GRANTING AGREED MOTION TO EXTEND
POST-DEPOSITION BRIEFING SCHEDULE**

Upon consideration of the foregoing Agreed Motion to Extend Post-Deposition Briefing Schedule, it is hereby:

ORDERED, that:

1. Mr. Agofsky shall file a post-deposition supplement to his amended § 2255 motion no later than August 24, 2009;

2. The government shall file a response no later than 45 days after the filing of the post-depostion supplement; and

3. Mr. Agofsky shall file a reply no later than 21 days after the filing of the government's response.