UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,   )
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　　　No.　　1:07-CV-0511
　　　　　　　　　　　　　　　　　)
SHANNON WAYNE AGOFSKY,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　)
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　)

**ORDER GRANTING AGREED MOTION TO EXTEND
POST-DEPOSITION BRIEFING SCHEDULE**

Upon consideration of the foregoing Agreed Motion to Extend Post-Deposition Briefing

Schedule, it is hereby ORDERED that the motion [de #97] is GRANTED and further

ORDERED, that:

1.  Mr. Agofsky shall file a post-deposition supplement to his amended § 2255 motion no

later than August 24, 2009;

2.  The government shall file a response no later than 45 days after the filing of the post-

depostion supplement; and

3.  Mr. Agofsky shall file a reply no later than 21 days after the filing of the government's

response.

**SIGNED this the 15th day of July, 2009.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE