**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| **v.** ) | **No.    1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Movant.** ) | |
| _____ ) | |

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with government attorneys Joe Batte and Libby Lange concerning Mr. Agofsky's motion for a protective order, by leaving a telephone message for Mr. Batte on July 28, 2009 and emailing Mr. Batte and Ms. Lange on July 29, 2009.  I received no response.


/s/ Claudia VanWyk_____

Claudia VanWyk