**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| **v.** ) | **No.    1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Petitioner.** ) | |
| _____ ) | |

**AGREED MOTION TO EXTEND**
**POST-DEPOSITION BRIEFING SCHEDULE**

Shannon Agofsky moves, with the Government's agreement, to extend the time for Mr.

Agofsky's post-deposition supplement; for the Government's response to his amended motion

pursuant to 28 U.S.C. § 2255; and for Mr. Agofsky's reply.  In support of this motion, Mr. Agofsky

states the following:

1. On February 10, 2009, the Court entered an order (Doc. 70) granting in part Mr. Agofsky's

motion for court-ordered depositions (Doc. 66) in connection with his motion for relief from

judgment pursuant to 28 U.S.C. § 2255.  The Court's order provided specifically for depositions of

the defense trial investigator, Jay Bennett, and the defense mental health expert, Dr. Dan Roberts,

and required that the depositions be completed by April 1, 2009.

2. Following a series of uncontested motions and Orders from this Court permitting short

extensions of time for the completion of these depositions (Docs. 82, 83, 86, 88, and 97), the

depositions were held on June 30 and July 2, 2009.

3. On July 15, 2009, this Court granted the parties' Agreed Motion to allow Mr. Agofsky

to file his post-deposition Supplement on August 24, 2009, with the Governments' Response to follow 45 days later, and Mr. Agofsky's Reply due 21 days thereafter. (Doc. 98).

4.     On August 4, 2009, Claudia Van Wyk, Mr. Agofsky's principal counsel at the Office of the Federal Defender,  had a family emergency which will require her to be away from the office for a indeterminate period of time.  Accordingly, on August 4, Amy Donnella,  Assistant Federal Defender- Capital Habeas Unit, communicated with Joe Batte and Libby Lange of the Department of Justice, Capital Case Unit, counsel for Respondent, who graciously agreed  to support Mr. Agofsky's request for a extension of time to file his post-deposition Supplement on September 10, 2009.  In so agreeing, the Government reserves the right to argue that additional factual allegations contained in the supplement constitute amendments to the § 2255 motion.

5.  Correspondingly, Petitioner agrees to support the Government's request that it have until November 13, 2009 to respond to Mr. Agofsky's amended § 2255 motion, as supplemented.

6.  Petitioner also requests, with the Government's agreement, 21 days from the filing of the Government's Response to File a Reply.

## CONCLUSION

For these reasons, Mr. Agofsky asks that the Court grant his motion to extend the post-deposition briefing schedule by permitting him to file his post-deposition supplement by September 10, 2009, by permitting the Government to file its response by November 13, 2009, and by granting Mr. Agofsky 21 days following the filing of the Government's response to file his reply.

/s/ _____          /s/ _____
JENNIFER MERRIGAN                     CLAUDIA VAN WYK
MO Bar #56733                         NJ Bar #012401981
Public Interest Litigation Clinic     Assistant Federal Defender Office
305 E. 63rd Street                    Federal Community Defender Office
Kansas City, MO 64113                 Capital Habeas Unit
Telephone (816) 363-2795             601 Walnut Street, Suite 545W
Facsimile (816) 363-2799             Philadelphia, PA 19106
                                      Telephone (816) 928-0520
                                      Facsimile (816) 928-0826

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, I served a true and correct copy of the foregoing

motion on counsel for Respondent at the following addresses:

Lynne Kenner                          Joseph Robert Batte
U.S. Attorney's Office                U.S. Attorney's Office
110 N. College, Suite 700            350 Magnolia, Suite 150
Tyler, TX 75702                       Beaumont, TX 77701

/s/ _____
Amy Gershenfeld Donnella
Counsel for Petitioner