**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| v. | ) | No.    **1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Petitioner.** | ) | |
| _____ | ) | |

**PROPOSED ORDER**

Upon consideration of Mr. Agofsky's Agreed Motion to Extend Post-Deposition Briefing Schedule to 28 U.S.C. § 2255, it is hereby:

ORDERED that Petitioner's motion is GRANTED.  Petitioner shall have until September 10, 2009 to File his Supplement to Amended Motion for Relief From Judgment Pursuant to 28 U.S.C. § 2255; Respondent shall have until November 13, 2009 to file its Response to the Amended Motion; and Petitioner shall have 21 days thereafter to file his reply.

So ORDERED, this _____ day of August, 2009.

_____
Richard A. Schell
United States District Judge