## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 1:07-CV-511 |
| v. | § | |
| | § | JUDGE RICHARD A. SCHELL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| _____ | § | |

### ORDER

Upon consideration of the Petitioner's Motion for Protective Order Limiting Disclosure of Deposition Transcripts and Affidavits of Trial Counsel, it is hereby:

ORDERED that Petitioner's Motion for protective Order Limiting Disclosure of Deposition Transcripts and Affidavits of Trial Counsel is DENIED.

It is further

ORDERED that neither party may disclose or forward the Deposition transcripts of Dan Roberts and Jay Bennett or the Affidavits of G. Patrick Black or Douglas M. Barlow, to any prospective witness in this cause of action without prior approval of the Court.