**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | No. 1:07cv511 |
| | § | |
| **SHANNON WAYNE AGOFSKY** | § | |
| | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING SCHEDULE**

This matter comes before the court on defendant Shannon Wayne Agofsky's "Agreed Motion To Extend Post-Deposition Briefing Schedule" (docket entry #100), filed on August 5, 2009.  The court, having considered the motion and noting that it is unopposed, hereby orders that the motion is GRANTED.

IT IS THEREFORE ORDERED that Agofsky shall file his supplement to his amended motion for relief from judgment pursuant to 28 U.S.C. § 2255 on or before September 10, 2009 and that the United States of America shall file its response to the amended motion on or before November 13, 2009, and that Agofsky shall file his reply to that response on or before December 4, 2009.

**SIGNED this the 11th day of August, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE