**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| v. | ) | No.    1:07-cv-00511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO SUSPEND LOCAL RULE**
**GOVERNING ATTACHMENTS TO ELECTRONICALLY FILED DOCUMENTS**

Shannon Agofsky moves, with the government's consent, to suspend Local Rule CV-5, sections (4) and (6), by permitting non-electronic filing and service of the Appendix to the Supplement to his Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255.    In support of this motion, Mr. Agofsky states the following:

1.    On February 10, 2009, this Court granted Mr. Agofsky's motion for court-authorized depositions of the trial investigator, Jay Bennett, and the trial mental health expert, Dr. Dan Roberts. Simultaneously, the Court granted the government's motion for court-ordered affidavits to be submitted by Mr. Agofsky's trial attorneys, G. Patrick Black, Esq., and Douglas M. Barlow, Esq., and his appellate attorney, Brent E. Newton, Esq. (Doc. 70).    All three attorneys served their affidavits on counsel for the defense and the government in March 2009.    Bennett's and Roberts's depositions took place on June 30 and July 2, 2009.    The Court entered an order on July 16, 2009

-1-

(Doc. 98), granting Mr. Agofsky's unopposed motion to submit a post-deposition Supplement to his Amended § 2255 Motion.  The Supplement is due on September 10, 2009 (Doc. 102).

2.  Local Rule CV-5 provides in relevant part:

(4)    **File Size Limitations.**  No single electronic file, whether containing a document or an attachment, may exceed five megabytes in size. Documents and/or attachments in excess of five megabytes must be divided into multiple files and accurately described to the court. . . .

(6)    **Attachments and Exhibits.**  Filing Users must submit separately in electronic form each exhibit or attachment, unless the court permits conventional filing.

3.   Postconviction counsel are assembling the Appendix to be submitted with the Supplement to Mr. Agofsky's Amended § 2255 Motion.  The deposition transcripts and their exhibits are voluminous, accounting for over 1800 pages of the Appendix.  Mr. Agofsky plans to submit additional supplementary material, including the attorneys' affidavits, as well.  In order to comply with Rule CV-5(4) by submitting the Appendix in the form of files no more than five megabytes in size, counsel have determined that it would be necessary to break the Appendix into over 100 pieces and to make dozens of separate docket entries to file all of those pieces electronically.

4.  On September 3, 2009, Ms. Van Wyk communicated by email with AUSA Joseph Batte. He told her that the government has no objection to service of the Appendix to the Supplement in non-electronic form.  The government prefers to receive the Appendix on a searchable CD.

5.   Accordingly, Mr. Agofsky requests that the Court suspend Local Rule CV-5 by permitting non-electronic filing of the Appendix to the Supplement.  He requests permission to (1) file the Supplement electronically; (2) file one paper copy of the Appendix by mail with the Court;

and (3) serve a searchable CD containing the entire Appendix by mail on the government.

## CONCLUSION

For all these reasons, the Court should grant Mr. Agofsky's motion to suspend Local Rule

CV-5 by permitting non-electronic filing of the Appendix to the Supplement to his Amended § 2255

Motion.


/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO 64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826


## CERTIFICATE OF SERVICE


I hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci**

**Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph**

**Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.


/s/ _____
Claudia Van Wyk
*Counsel for Movant*