**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v | ) | **No. 1:07-cv-511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | **CAPITAL CASE** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING SUPPLEMENTAL MOTION TO VACATE SENTENCE**

**FILED PURSUANT TO 28 U.S.C. § 2255**

Upon consideration of the foregoing MOTION TO VACATE SENTENCE FILED PURSUANT TO 28 U.S.C. 2255, it is hereby

ORDERED.

Motion To Vacate Sentence is GRANTED.