## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO SUSPEND LOCAL RULE GOVERNING ATTACHMENTS TO ELECTRONICALLY FILED DOCUMENTS

Upon consideration of the foregoing motion to suspend Local Rule CV-5, by permitting non-electronic filing of the Appendix to the Supplement to the Amended  § 2255 Motion, it is hereby:

ORDERED, that the motion is hereby GRANTED.  Movant shall:

(1)  file the Supplement electronically;

(2)  file one paper copy of the Appendix to the Supplement by mail with the Court; and

(3)  serve a searchable CD, containing the entire Appendix, by mail on the government.

**SIGNED this the 12th day of September, 2009.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE