## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | 1:07-CV-511 |
| SHANNON WAYNE AGOFSKY | § | |

## AFFIDAVIT OF TRIAL COUNSEL
## PURSUANT TO ORDER OF COURT

On this the 29th day of September, 2009, personally appeared Douglas M. Barlow, known to me, who upon his oath, did depose and state as follows:

"My name is Douglas M. Barlow, and I am above the age of eighteen years and competent to make this affidavit. I am a licensed attorney in the State of Texas, and am admitted to practice before the Texas Supreme Court, the United States District Courts for the Eastern, Southern, and Northern Districts of Texas, the United States Courts of Appeals, Fifth and Tenth Circuits, and The United States Supreme Court. I have been actively practicing criminal law for 29 years, and I am board certified by the Texas Board of Legal Specialization in criminal law. I have served as lead counsel for accused defendants in criminal cases, including misdemeanor, felonies, as well as capital felonies, in over five thousand cases. I have been counsel for the accused in approximately 29 capital murder cases at the trial level, as well as counsel for the accused in approximately 24 capital murder appeals or other postconviction

1

Exhibit 1
Affidavit of Douglas Barlow
Page 1

matters.  I additionally serve on the Region II Article 26.052 Select Committee charged with the responsibility of establishing the standards for qualification for appointment as counsel in death penalty cases and I was the primary preparer of the qualification test approved by the prior committee for use by the Jefferson County Bar Association for the qualification of death penalty lawyers in Southeast Texas. I serve as the Federal Criminal Justice Act District Representative for the Eastern District of Texas to the Office of Administration of Federal Courts in Washington D.C.  I have also served on other committees in other capacities in the area of criminal law, as well as speaking to legal CLE groups in and out of state as an expert in criminal trials, appeals and other criminal law matters.  I am competent to practice criminal law as a specialist.

"The order of this Court directs me to submit a supplemental affidavit indicating the precise date and circumstances of the loss or destruction of materials in my Agofsky file that have been lost or destroyed.  Those facts are set out in detail in the previous affidavit and are reiterated herein, in compliance with the order.  As set out in my affidavit previously prepared herein, I previously advised counsel for Agofsky that much of the file that I had retained had been destroyed by a hurricane.  In fact, many of the large boxes containing records of capital murder files I maintained were in a storage office in my office building, and one-half of the building was destroyed during Hurricane Rita which struck on September 24, 2005.  I had previously forwarded some of the materials to the office of the Federal Defender, G. Patrick Black, after the conclusion of our representation at trial, but I still had one or more

2

Exhibit 1
Affidavit of Douglas Barlow
Page 2

large boxes that were destroyed during the hurricane, and therefore were unavailable.

The last request that I recall receiving from habeas counsel was on December 7, 2007, consisting of a blank fax for me to provide all of the records as custodian, or certify that there were no records. Habeas counsel called me and indicated that she simply "needed something in writing to show her boss as to why they were not coming to Beaumont". I do not recall ever receiving another request, visit, telephone call, or any valid release or waiver of the attorney/client privilege to provide information to habeas counsel, or any other counsel until January, 2009. In January, 2009, I had a telephone conversation with one David Zuckerman, a Federal Defender in Philadelphia. Mr. Zuckerman said he had undertaken the task to assist habeas counsel, who had contacted me in 2007. I related the same information to him, and explained that I had not heard from habeas counsel in over one year, and I was still more than happy to cooperate. I thought perhaps he had assumed the role of counsel since prior habeas counsel in 2007 had abandoned any effort to provide a release to consult with trial counsel.

"I swear that the above information is true and correct to the best of my knowledge and belief."

_____
DOUGLAS M. BARLOW

Subscribed and Sworn to Before Me the undersigned authority on this the 29th day of September, 2009.

_____
Notary Public in and for
The State of Texas



LAURA BULLOCK
MY COMMISSION EXPIRES
November 20, 2010

3

Exhibit 1
Affidavit of Douglas Barlow
Page 3