# PUBLIC INTEREST LITIGATION CLINIC

**305 East 63rd Street**
**Kansas City, MO 64113**

(816) 363-2795
(816) 363-2799 Fax

pilc@pilc.net
http://www.pilc.net

June 29, 2007

**Attorneys**
*Kent E. Gipson*
*Joseph W. Luby*
*Jennifer A. Merrigan*
*Lori Leon*

*Sean D. O'Brien, Of Counsel*

Douglas A. Barlow
485 Milam
Beaumont, TX 77701

Re: Shannon Agofksy

Mr. Barlow:

I am contacting you regarding your copy of Mr. Agofsky's file. I spoke with you and sent a follow up letter on 6/15/07. I understand that you have been in trial, and so I wanted to touch base with and see if any progress has been made toward getting us the complete file. In all of the documents that we have received from Mr. Black, we have no documents or reports pertaining to experts. Mr. Black informed us that you were primarily responsible for expert witnesses. Thus, we are especially interested in any reports or documents pertaining to the experts that you may have in your possession.

If you have any questions or concerns, please do not hesitate to contact me.

Thank you,

Jennifer Merrigan

Exhibit 2
Letter to Douglas Barlow
Page 1

I have enclosed the originals plus one copy of your writings. Erin is working on making the edits that you sent us to your journal. She was very impressed with your editing skills and said that you had a real knack for it. Take care. Let me know who the DHO is, if you know. Otherwise, I'll start putting something together for him/her.

Claudia thanks you for your regards, and sends an uppity hello. As always, please do not hesitate to call or write should you need anything.

Sincerely yours,

Jennifer Merrigan

Exhibit 2
Letter to Douglas Barlow
Page 2