## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | No.    **1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

### CERTIFICATE OF CONFERENCE

I hereby certify that yesterday, October 26, I attempted to confer with AUSA Joe Batte. I contacted Mr. Batte via email, advised him of the instant motion to compel, and attached a copy of the motion. As of this writing, I have not heard back from Mr. Batte.

/s/ Jennifer Merrigan
Jennifer Merrigan
*Counsel for Movant*