**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO 28 U.S.C. § 2255**

The United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas (hereinafter "the Government"), and the undersigned Assistant United States Attorney files this Unopposed Motion for Extension of Time to File Response to Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255, and as grounds would show the Court as follows:

I.

The Government's response to Agofsky's amended motion pursuant to 28 U.S.C. § 2255 is presently due on or before November 13, 2009.  (Doc. 102).  The Government requests an additional 75 days, until January 27, 2010, to file its response.

II.

On October 6, 2008, Agofsky filed his amended motion pursuant to 28 U.S.C. § 2255.  (Doc. 51).  The Government's response was initially due to be filed on February 18, 2009.  (Doc. 57).  On

February 10, 2009, the Government requested, and the Court ordered, that Agofsky's former trial and appellate counsel provide affidavits responding to Agofsky's ineffective assistance claims, which counsel served on both parties in March 2009.  (Docs. 65, 70).  At Agofsky's request, the Court also ordered the depositions of defense investigator Jay Bennett and defense mental health expert Dr. Dan Roberts, to be completed by April 1, 2009.  (Docs. 66, 70).  The Court subsequently granted the parties' joint requests to extend the time to complete the depositions; granted Agofsky's request to file a post-deposition supplement to his amended § 2255 motion; and adjusted the parties' briefing schedules.  (Docs. 80, 82, 83, 86, 88, 90, 97, 98, 100, 102).  The parties deposed Jay Bennett on June 30, 2009, and Dr. Roberts on July 2, 2009.  On September 9, 2009, Agofsky filed his Supplement to Defendant's Amended Motion for Relief from judgment pursuant to 28 U.S.C. § 2255.  (Doc. 105).

III.

The Government has been diligently preparing its response to Agofsky's 202-page amended motion, with its 539 pages of exhibits filed in support.  These efforts were diverted this summer, however, as the Government spent substantial time preparing for, and participating in, the depositions of Mr. Bennett and Dr. Roberts.  Moreover, Agofsky's recently-filed 282-page supplement to his amended motion (with 3,326 pages of exhibits) substantially expands and updates his pre-existing claims based, in part, on information contained in Bennett and Roberts's depositions and former counsels' affidavits.  In turn, the Government must now devote a significant amount of time revising large portions of its response, in addition to completing its answers to the amended motion.  Analyzing and addressing Agofsky's two complex and lengthy

pleadings–the amended motion and the supplement (each with voluminous exhibits)–is extraordinarily time consuming.

The Government also requests more time because Agofsky's supplement raises new record-based arguments, expanded claims unrelated to the two depositions or to former counsels' affidavits, and entirely new Points.  Because the Government objects to these portions of Agofsky's supplemental pleading, it has devoted time to preparing, and will be filing with the Court shortly, a motion seeking to strike portions of the supplement.  While the Government is confident in the merits of its procedural arguments, it is compelled by procedure and an abundance of caution to begin formulating substantive responses on all the issues.  Allowing for the Court's Order granting or denying all or parts of the Government's motion to strike, the Government requests 75-days to adequately and effectively respond to Agofsky's claims.  Thus, the Government asks this Court for an extension of time, until January 27, 2010, to file its response.

The undersigned Assistant United States Attorney has contacted counsel for Agofsky, Ms. Claudia Van Wyk, and habeas counsel **do not oppose** the Government's request for an extension of time to file its response.

IV.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court grant this Unopposed Motion for Extension of Time to File Response to Agofsky's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255.

-3-

`

Respectfully submitted,

John M. Bales
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2009, a true and correct copy of the motion

has been served on counsel for Defendant-Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

-4-

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have discussed this motion with opposing counsel, and they are not

opposed to the Government's request for an extension of time to file its response.


/s/ Joe Batte
JOE BATTE
Assistant United States Attorney