## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-CV-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Libra Lange, Trial Attorney, United States Department of Justice, and

hereby files this Notice of Attorney Appearance as co-counsel for the United States in this

matter.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that Libra Lange

be listed as co-counsel for the Respondent, United States of America, in the above-referenced

cause.

Respectfully submitted,
JOHN M. BALES
United States Attorney

JOE BATTE
Assistant United States Attorney

TRACI L. KENNER
Assistant United States Attorney

/s/ Libby Lange
LIBRA (LIBBY) LANGE
Trial Attorney
TXSBN: 11910100
United States Department of Justice
1331 F. Street, NW, 3rd Floor
Washington, D.C.  20530
Phone: 202-353-0580
Fax: 202-353-9779
Libby.Lange@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 28th day of October 2009, I hereby certify that the foregoing Entry of Appearance

was filed electronically with the Clerk of the District Court by using the CM/ECF system, which will

send a notice of electronic filing to all counsel of record in this case.

/s/ Libby Lange
LIBRA (LIBBY) LANGE
Trial Attorney
United States Department of Justice

-2-