### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

### ORDER

Upon consideration of the Government's Unopposed Motion for Extension of Time to File Response to Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255 [de# 109], it is hereby:

ORDERED that Respondent's motion is GRANTED.  Respondent must file its response to Defendant/Petitioner's amended motion on or before January 27, 2010.

It is further ORDERED that Defendant/Petitioner's Reply to Government's Response to Petitioner's Amended Motion for relief from Judgment Pursuant to 28 U.S.C. §2255 is due on or before February 17, 2010.

**SIGNED this the 29th day of October, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE