IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 1:07-cv-511 |
| v. | § | |
| | § | JUDGE  RICHARD A. SCHELL |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| _____ | § | |

## ORDER

Upon consideration of the Government's "Motion to Strike Portions of 'Supplement to Defendant's Amended Motion for Relief From Judgment Pursuant to 18 U.S.C. § 2255,'" it is hereby:

ORDERED that the Government's motion to strike portions of Shannon Agofsky's September 9, 2009 Supplement to his amended § 2255 motion is GRANTED.

The Court FINDS, as set out in the Government's motion, that:

The following arguments, claims, and Points in Defendant's Supplement violate the parties' agreement and Federal Rule of Civil Procedure 15(d):

1. The five new arguments added to Point I.I.2; the four new arguments added to Point I.I.3; newly-raised Point I.I.4; and newly-raised Point I.I.5;

2. The new argument added to Point II.B.2;

3. The new arguments added to Point II.G.3, and newly-raised Point II.G.5;

4. The new arguments added to Points III.C.1. - III.C.4;

5. The new claim added to Point V; and

6.  The newly-raised Points VI, VII, VIII, IX.

The Court further FINDS that Defendant/Petitioner may not amend his motion a second time without leave of court or the Government's written consent.

The Court further FINDS that, excluding the new argument added to Point II.B.2 and newly-raised Point IX, the above arguments, claims, and Points in Defendant's Supplement are barred as amendments under Federal Rules of Civil Procedure 15(a) and 15(c) because they were filed after the one-year limitations period, and they do not relate back to previously-raised claims.

It is thereby

ORDERED that the Court strikes the arguments, claims, and Points in Defendant/Petitioner's September 9, 2009 Supplement for the reasons set out above.