UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER DENYING MOTION TO STRIKE
AND GRANTING CROSS-MOTION TO AMEND**

Upon consideration of the Shannon Agofsky's opposition to the government's motion to strike and cross-motion to amend, it is hereby ORDERED that:

1.  The government's motion to strike each of the challenged claims is DENIED;

2.  Mr. Agofsky's cross-motion to amend is GRANTED; and

3.  The government is ordered to respond to each of the challenged claims.