**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| **v.** ) | **No.  1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Movant.** ) | |
| _____ ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE**

Pursuant to Local Rule 7(l), Shannon Agofsky respectfully requests leave, with the government's agreement, to file a response to the government's motion to strike that exceeds the 15-page limitation.  In support, Mr. Agofsky states the following:

1. On November 5, 2009, the government filed a Motion to Strike eleven categories of claim from Mr. Agofsky's Supplement to his Motion for Relief from Judgment pursuant to 28 U.S.C.  § 2255.  The government's motion to strike addresses approximately one-fourth of the Supplement.

2. The government advances two principal arguments: that the challenged claims constitute amendments, not supplements, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and that, viewed as amendments, they are out of time because the statute of limitations began to run upon denial of Mr. Agofsky's first certiorari petition, not his second.  Mr. Agofsky has found it necessary to advance six arguments in opposition: that the claims are appropriately made as either supplements or amendments, that the government's argument about the statute of limitations is wrong, and that the claims are also timely for three other reasons.  In addition to discussing the legal standards supporting these six arguments, he applies them to each of the eleven challenged category of claims.

The resulting opposition and cross-motion to amend is 34 pages long.

3. Rule 7(a)(2) limits non-dispositive motions to a maximum of 15 pages.  Rule 7(l) provides that parties may request permission for leave to file motions which exceed this length at the time of filing.

4.  On November 17, 2009, I exchanged emails with Assistant United States Attorney Joe Batte and Libby Lange, Trial Attorney, U.S. Department of Justice.  Ms. Lange responded on behalf of herself and Mr. Batte that the government does not oppose Mr. Agofsky's motion to file an over-length pleading.

5.  Because of the number and variety of types of claims challenged by the government, and the numerous arguments required to respond, Mr. Agofsky submits that an over-length response is necessary to assist the Court in resolving all of the issues implicated in the government's motion.

WHEREFORE, Mr. Agofsky respectfully requests leave to file a motion exceeding the 15 page limit.

Respectfully submitted,

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

Dated: November 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701; and **Libra Joy Lange**, U.S. Department of Justice - Criminal Division, 1331 F. Street, N.W., 3rd Floor, Washington , DC 20004.

/s/  Claudia Van Wyk
CLAUDIA VAN WYK
*Counsel for Movant*