**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING UNOPPOSED MOTION**
**TO FILE OVER-LENGTH RESPONSE**

Upon consideration of the Shannon Agofsky's unopposed motion to file an overlength opposition and cross-motion in response to the government's motion to strike, it is hereby ORDERED that Mr. Agofsky's motion to file an over-length pleading is GRANTED.