# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING UNOPPOSED MOTION
## TO FILE OVER-LENGTH RESPONSE

Upon consideration of the Shannon Agofsky's unopposed motion to file an overlength opposition and cross-motion in response to the government's motion to strike, it is hereby ORDERED that Mr. Agofsky's motion to file an over-length pleading [de #114]  is GRANTED.

**SIGNED this the 20th day of November, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE