**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No.    1:07-CV-0511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER GRANTING MOTION TO DEFER RULING
## PENDING SUPREME COURT DECISION

Upon consideration of the foregoing motion to defer ruling on the Government's Motion to

Strike pending the Supreme Court's decision in *Magwood v. Culliver*, it is hereby:

ORDERED, that the motion is hereby GRANTED.