**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

**RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION TO DEFER RULING
PENDING DECISION OF SUPREME COURT**

The United States of America, by and through John M. Bales, United States Attorney for

the Eastern District of Texas ("the Government"), and the undersigned attorneys would show:

On December 21, 2009, Shannon Agofsky moved this Court to defer its ruling on the

Government's "Motion to Strike Portions of 'Supplement to Defendant's Amended Motion for

Relief from Judgment Pursuant 28 U.S.C. § 2255'" ("Supplement"), until the United States

Supreme Court decides *Magwood v. Culliver*, 555 F.3d 968 (11th Cir. 2009), *cert. granted*, 2009

WL 2421590 (U.S. Nov. 16, 2009) (No. 09-158).  (Docs. 112, 119).  Agofsky asserts that

*Magwood*  "may provide definitive guidance" regarding the Government's assertion in its Motion

to Strike that certain of Agofsky's newly-raised claims in his Supplement are barred by the one-

year statute of  limitations under 28 U.S.C. § 2255.  (Docs. 112, 113, 117, 118, 119).

The Supreme Court granted certiorari in *Magwood* to consider whether, "[w]hen a person

is resentenced after having obtained federal habeas relief from an earlier sentence, is a claim in a

1

federal habeas petition challenging that new sentencing judgment a 'second or successive' claim under 28 U.S.C. § 2244(b) if the petitioner could have challenged his previously imposed (but now vacated) sentence on the same constitutional grounds?" *Id.*  The Government requests this Court not to hold the proceedings in Agofsky's case in abeyance until the Supreme Court issues a ruling on an issue that is different, albeit possibly-related, to one of the several issues raised by the Government in its Motion to Strike.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court deny Agofsky's Motion to Defer Ruling Pending Decision of Supreme Court.

Respectfully submitted,
John M. Bales
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

/s/ Libby Lange
LIBRA (LIBBY) LANGE
Trial Attorney
TXSBN: 11910100
United States Department of Justice
1331 F. Street, NW, 3rd Floor
Washington, D.C.  20530
Phone: 202-353-0580
Fax: 202-353-9779
libby.lange@usdoj.gov

Case 1:07-cv-00511-ALM   Document 120   Filed 12/29/09   Page 3 of 3 PageID #:  2561

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of December, 2009, a true and correct copy of the motion has been served on counsel for Defendant-Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City MO 64113

/s/ Libby Lange
LIBBY LANGE
Trial Attorney
United States Department of Justice

3