Case 1:07-cv-00511-RAS Document 119-4 Filed 12/21/2009 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   No.   **1:07-CV-0511** |
| | ) |
| **SHANNON WAYNE AGOFSKY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER GRANTING MOTION TO DEFER RULING
## PENDING SUPREME COURT DECISION

Upon consideration of Agofsky's motion to defer ruling on the Government's motion to

strike pending the Supreme Court's decision in *Magwood v. Culliver*, it is hereby:

ORDERED, that the motion [de#119] is hereby GRANTED.


**SIGNED this the 7th day of January, 2010.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE