**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | §__ | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSE TO PETITIONER'S AMENDED MOTION FOR RELIEF
FROM JUDGMENT PURSUANT TO 28 U.S.C. § 2255**

The United States of America, by and through John M. Bales, United States

Attorney for the Eastern District of Texas (hereinafter "the Government"), and the

undersigned attorneys file this Unopposed Motion for Extension of Time to File Response

to Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255, and

as grounds would show the Court as follows:

I.

The Government's response to Agofsky's amended motion pursuant to 28 U.S.C.

§ 2255 is presently due on or before January 27, 2010.  (Doc. 111).  The Government

requests an additional 29 days, until February 26, 2010, to file its response.

II.

On October 6, 2008, Agofsky filed his 202-page amended motion pursuant to 28 U.S.C. § 2255, with 539 pages of exhibits filed in support.  (Doc. 51).  On September 9, 2009, Agofsky filed his 282-page Supplement to Defendant's Amended Motion for Relief from Judgment pursuant to 28 U.S.C. § 2255, with 3,326 pages of exhibits filed in support. (Doc. 105).  On November 5, 2009, the Government moved to strike portions of Agofsky's Supplement. (Doc. 112).  Responsive pleadings were filed by both parties in connection with the Government's motion.  (Docs. 113, 117, 118).  On December 21, 2009, Agofsky moved to defer a ruling on the Government's motion to strike until the Supreme Court issues its ruling in *Magwood v. Culliver*, 555 F.3d 968 (11th Cir. 2009), *cert. granted*, 2009 WL 2421590 (U.S. Nov. 16, 2009).  (Doc. 119).  The Court granted this motion on January 7, 2010.  (Doc. 121).

III.

The Government has substantially completed a draft of its response.  In view of the size and complexity of this case, the effort put forth to meet the pending deadline has been enormous. While the Government attempted to leave sufficient time for extensive reviews, additional time is needed for thorough assessments and revisions to be completed by both the U.S. Attorney's Office and the Justice Department's Capital Case Unit.  Thus, the Government asks this Court for an extension of time, until February 26, 2010, to file its response.

The undersigned Assistant United States Attorney has contacted counsel for Agofsky, Ms. Claudia Van Wyk, and habeas counsel **do not oppose** the Government's request for an extension of time to file its response.  Habeas counsel request, however, that they be given an additional 30 days to reply, in addition to the 21 days previously granted by the Court.

IV.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court grant this Unopposed Motion for Extension of Time to File Response to Agofsky's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255.

Respectfully submitted,
John M. Bales
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

Libby Lange
LIBRA (LIBBY) LANGE
TXSBN: 11910100
1331 F. Street, NW, 3rd Floor
Washington, D.C.  20530
Phone: 202-353-0580
Fax: 202-353-9779
libby.lange@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2010, a true and correct copy of the

motion has been served on counsel for Defendant-Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed this motion with opposing counsel, and they

are not opposed to the Government's request for an extension of time to file its response.

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney