# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

## ORDER

Upon consideration of the Government's Unopposed Motion for Extension of Time to File Response to Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255, it is hereby:

ORDERED that Respondent's motion is GRANTED.  Respondent may file its response to Defendant/Petitioner's amended motion on or before February 26, 2010.  Defendant/Petitioner may have an additional 30 days, in addition to the 21 days previously granted by the Court, to file its reply.