**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **SHANNON WAYNE AGOFSKY,** § | |
| § | |
| **Petitioner,** § | **CIVIL ACTION NO. 1:07-cv-511** |
| § | |
| **v.** § | |
| § | **JUDGE  RICHARD A. SCHELL** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Respondent.** § | |
| _____ § | |

<u>ORDER</u>

Upon consideration of the Government's Unopposed Motion for Extension of Time to
File Response to Petitioner's Amended Motion for Relief from Judgment Pursuant to 28 U.S.C.
§ 2255, it is hereby:

ORDERED that Respondent's motion [de# 122]  is GRANTED.  Respondent may file its
response to Defendant/Petitioner's amended motion on or before February 26, 2010.  Defendant
/Petitioner may have an additional 30 days, in addition to the 21 days previously granted by the
court, to file its reply.

**SIGNED this the 25th day of January, 2010.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE