**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONSE IN EXCESS OF 30 PAGES**

The United States of America, by and through John M. Bales, United States Attorney for the

Eastern District of Texas (hereinafter "the Government"), and the undersigned attorneys file this

Unopposed Motion For Leave to File Response in of Excess Pages, and as grounds would show the

Court as follows:

I.

The Government's response to Defendant's Amended Motion for Relief from Judgment

Pursuant to 28 U.S.C. § 2255 is presently due on or before February 26, 2010.  (Doc. 123).  The

Government requests permission to file a response that exceeds the 30 page maximum allowed under

this District's local rules.  Local Civ. R. 7(a)(1).

II.

The District Court previously granted Agofsky's request to file a § 2255 amended motion

that exceeded the 30 page maximum.  (Doc. 43).  Agofsky has filed a 202-page § 2255 amended

motion and a 282-page supplement.  (Docs. 51, 105).   The Government has required more than 30 pages to competently respond to Agofsky's two complex and lengthy pleadings.

III.

The undersigned Assistant United States Attorney has contacted counsel for Agofsky, Ms. Claudia Van Wyk, and habeas counsel **do not oppose** the Government's request to file a response that exceeds the District's 30 page maximum.

IV.

**WHEREFORE, PREMISES CONSIDERED,** Respondent prays that the Court grant this Unopposed Motion for Leave to File a Response in Excess of 30 Pages.

Respectfully submitted,
John M. Bales
UNITED STATES ATTORNEY

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
TXSBN:  01918070
350 Magnolia Avenue, Suite 150
Beaumont, Texas 77701-2237
(409) 839-2538 office
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

/s/ Libby Lange
LIBRA (LIBBY) LANGE
Trial Attorney
TXSBN: 11910100
United States Department of Justice
1331 F. Street, NW, 3rd Floor
Washington, D.C.  20530
Phone: 202-353-0580
Fax: 202-353-9779
libby.lange@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2010, a true and correct copy of the motion

has been served on counsel for Defendant-Petitioner as follows:

Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Libby Lange
LIBBY LANGE
Trial Attorney
United States Department of Justice

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have discussed this motion with opposing counsel, and they are not

opposed to the Government's request to file a response that exceeds the 30 page maximum.

s/ Libby Lange
LIBBY LANGE
Trial Attorney
United States Department of Justice

-3-