# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| | § | |

## ORDER

Upon consideration of the Government's Unopposed Motion for Leave to File a Response in Excess of 30 Pages, it is hereby:

ORDERED that Respondent's motion [de #125] is GRANTED.

**SIGNED this the 1st day of March, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE