**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
| ) | |
| **Respondent,**    ) | |
| ) | |
| **v.**    ) | **No.    1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,**    ) | |
| ) | |
| **Movant.**    ) | |
| _____    ) | |

**UNOPPOSED MOTION**
**TO DEFER PREVIOUSLY ORDERED DISCOVERY PROCESS**
**AND OPPOSITION TO GOVERNMENT'S PREMATURE REQUEST**
**FOR SUMMARY DENIAL OF § 2255 MOTION**

Shannon Agofsky moves this Court, with the agreement of the government, for an order deferring the onset of its previous schedule for discovery until Mr. Agofsky has replied to the government's response and the Court has ruled on the government's Motion to Strike. In addition, he opposes the government's premature request for summary denial of his Amended § 2255 Motion and Supplement. In support of his requests for relief, Mr. Agofsky states the following:

On February 9, 2009, the Court set a schedule for discovery in this matter (Doc. 71). The Order provided:

> Within thirty days after the United States of America files its response to Agofsky's motion for relief from judgment, the parties shall file with the court a schedule with dates for the exchange of all agreed upon discovery, the submission of a list identifying areas of discovery to which the parties cannot agree, and the filing, if necessary, of formal discovery motions.

Following court-authorized depositions in June and July 2009, Mr. Agofsky filed a