**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO DEFER
PREVIOUSLY ORDERED DISCOVERY PROCESS**

Upon consideration of the foregoing motion to defer the onset of the Court's previous schedule for discovery until after Mr. Agofsky has replied to the government's response and the Court has ruled on the government's Motion to Strike., it is:

ORDERED, that the motion is hereby GRANTED.  The parties shall submit a joint schedule for discovery to the Court no later than 30 days after Mr. Agofsky has filed his reply or the Court has ruled on the government's Motion to Strike, whichever is later.