**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| v. | ) | No.    1:07-cv-00511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY**

Shannon Agofsky moves this Court, with the agreement of the government, for a sixty-day extension of time to reply to the government's Response in Opposition to his motion pursuant to 28 U.S.C. § 2255.  In support of his request for relief, Mr. Agofsky states the following:

Mr. Agofsky filed his Motion for Relief from Judgment, pursuant to  28 U.S.C. § 2255, on January 17, 2008 (Doc. 38) and an Amended § 2255 Motion on October 6, 2008.  Doc. 50. Following court-authorized depositions in June and July 2009, Mr. Agofsky filed a Supplement to the amended motion on September 9, 2009 (Doc. 105).  On November 5, 2009, the government moved to strike certain claims in the Supplement (Doc.  112).  Responsive pleadings in connection with the government's motion were completed by November 24, 2009 (Docs. 113, 117, 118).  On January 7, 2010 (Doc. 121), the Court granted Mr. Agofsky's motion to defer ruling on the Motion to Strike until the Supreme Court has decided *Magwood v. Culliver*, No.

-1-

09-158, 130 S.Ct. 624 (November 16, 2009) (granting writ of certiorari).

Following the Court's grant of the government's unopposed motion for an extension of time to February 26, 2010 (Docs. 122, 123), the government filed its Response in Opposition to Mr. Agofsky's Amended § 2255 Motion and Supplement on February 26 (Doc. 124, filed under seal).  Under the Court's current Order, Mr. Agofsky's response is due on or before April 18, 2010.

The government's response is 372 pages long and has required extensive work to prepare Mr. Agofsky's reply.  Due to several independent circumstances, we will be unable to file by the due date.  After the Court signed the order setting dates for the government's response and Mr. Agofsky's reply, one of his undersigned counsel, Claudia Van Wyk, entered a contract to buy a house, with a closing date of April 23, five days after the current due date for the reply brief.  The demands of relocating to Philadelphia from the town out of state where she has lived for 29 years – in addition to other responsibilities –  have caused her to fall behind in preparing the reply brief.  As the closing date approaches, it will be necessary for her to take several days off from work just before the current April 18 due date.

Mr. Agofsky's other undersigned counsel, Jennifer Merrigan, recently was appointed acting director of her organization, the Public Interest Litigation Clinic in Kansas City, following the director's resignation.  In addition, she represents a death row inmate whose petition for certiorari following habeas review was denied on April 5, and who is expected to receive a death warrant within days or weeks.  For those reasons, in addition to other responsibilities, Ms. Merrigan is unavailable to contribute to the drafting of the reply brief at this time.

Co-counsel from the Office of the Federal Defender, Billy Nolas and David Zuckerman,

both have other commitments that will prevent their devoting substantial time to Mr. Agofsky's reply brief over the next two months.  In addition to other responsibilities, Mr. Nolas has three scheduled evidentiary hearings in capital cases between April 27 and May 27, for which the presiding judges have allotted over three weeks of court time.  Mr. Zuckerman is also a participant in one of those hearings, scheduled for April 27 to 30.  Additionally, he has four substantial pleadings due in other cases in April and May.

On April 5 and 6, 2010, undersigned counsel, Claudia Van Wyk, spoke by telephone and exchanged emails with Libby Lange of the U.S. Department of Justice.  Ms. Lange indicated that the government does not oppose Mr. Agofsky's request for a 60-day extension.

**CONCLUSION**

For the reasons above, the Court should enter an Order granting a 60-day extension, to June

17, 2010, for the filing of Mr. Agofsky's Reply to the government's Response.

**Dated:** April 7, 2010

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO 64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
Pa. Bar #95130
BILLY H. NOLAS
Pa. Bar #83177
Assistant Federal Defenders
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2010, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which sent notification of such filing to the following:

**Libra (Libby) Lange**, Trial Attorney, U.S. Department of Justice, 1331 F Street, 3d Floor,

Washington, D.C.  20530,  **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350

Magnolia, Suite 150, Beaumont, TX 77701, and **Traci Lynne Kenner**, US Attorney's Office,

110 North College, Suite 700, Tyler, TX 75702;.


       /s/ Claudia Van Wyk
       Claudia Van Wyk

       *Counsel for Movant*

-5-