UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,  )
                              )
          Plaintiff,      )
                              )
     v.                  )     No.    1:07-CV-0511
                              )
SHANNON WAYNE AGOFSKY,  )
                              )
         Defendant.    )
_____  )

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Upon consideration of the foregoing Unopposed Motion for Extension of Time to File Reply,

it is hereby:

ORDERED, that the time for the filing of Mr. Agofsky's Reply to the Government's

Response in Opposition to his Amended § 2255 Motion and Supplement is extended to June 17,

2010.