UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,  )
                               )
        Plaintiff,        )
                               )
    v.                   )     No.    1:07-CV-0511
                               )
SHANNON WAYNE AGOFSKY,     )
                               )
        Defendant.    )
_____  )

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Upon consideration of the foregoing Unopposed Motion for Extension of Time to File Reply,

it is hereby ordered that the motion [de #131] is GRANTED:

ORDERED, that the time for the filing of Mr. Agofsky's Reply to the Government's

Response in Opposition to his Amended § 2255 Motion and Supplement is extended to June 17,

2010.

**SIGNED this the 8th day of April, 2010.**

_Richard A. Schell_
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE