**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| v. | ) | No.  1:07-cv-00511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY**

Pursuant to Local Rule 7(l), Shannon Agofsky respectfully requests leave, with the government's agreement, to file a Reply to the government's Response in Opposition to his § 2255 Motion that exceeds the 10-page limitation.  In support, Mr. Agofsky states the following:

1.      This Court previously granted Mr. Agofsky's request to file a Motion for Relief from Judgment, pursuant to 28 U.S.C. § 2255, in excess of 30 pages (Doc. 43).  He has filed an Amended § 2255 Motion (Doc. 50) of 202 pages and a Supplement (Doc. 105) of 282 pages.

2.      The government, with Mr. Agofsky's consent and the Court's permission, has filed a 372-page Response in Opposition (Docs. 124, 125, 127).

3.      The government's response is not only lengthy but also includes numerous factual assertions that require rebuttal.  To address the government's legal and factual contentions in a complete manner that will assist the Court, it has been necessary to prepare a reply of 159 pages.

4.      On June 16, 2010, I communicated by telephone and email with trial attorney Libra Lange of the U.S. Department of Justice and Assistant United States Attorney Joseph Batte.  Mr. Batte told me that the government has no objection to Mr. Agofsky's filing an overlength reply.

WHEREFORE, Mr. Agofsky respectfully requests leave to file a motion exceeding the 10-page limit for replies to responses to dispositive motions.

Respectfully submitted,


/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826


Dated: June 17, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701; and **Libra Joy Lange**, U.S. Department of Justice - Criminal Division, 1331 F. Street, N.W., 3rd Floor, Washington , DC 20004.

/s/  Claudia Van Wyk
CLAUDIA VAN WYK
*Counsel for Movant*