# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,) | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING UNOPPOSED MOTION
## TO FILE OVER-LENGTH REPLY

Upon consideration of the Shannon Agofsky's unopposed motion to file an over-length Reply to the Government's Response to his Motion for Relief from Judgment pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that Mr. Agofsky's motion to file an over-length pleading is GRANTED.