## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | No.    1:07-CV-0511 |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER GRANTING MOTION TO AMEND OR SUPPLEMENT

Upon consideration of the Shannon Agofsky's Motion to Amend or Supplement his § 2255

Motion in support of his Reply to the Government's Response, it is hereby ORDERED that Mr.

Agofsky's motion is GRANTED as to the following proffered declarations and documents: