**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **SHANNON WAYNE AGOFSKY,** § | |
| § | |
| **Petitioner,** § | |
| § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** § | |
| § | **JUDGE  RICHARD A. SCHELL** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Respondent.** § | |
| _____ § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO PORTIONS OF PETITIONER'S MOTION TO SUPPLEMENT OR AMEND § 2255 MOTION TO INCLUDE DECLARATIONS AND DOCUMENTS RESPONDING TO GOVERNMENT'S ALLEGATIONS**

The United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas (hereinafter "the Government"), and the undersigned attorneys file this "Unopposed Motion for Extension of Time to File its Opposition to Portions of Petitioner's Motion to Supplement or Amend § 2255 Motion to Include Declarations and Documents Responding to Government's Allegations," and as grounds would show the Court as follows:

On June 17, 2010, Agofsky filed a "Reply to Government's Response in Opposition to Amended Motion for Relief from Judgment and Supplement Pursuant to 28 U.S.C. § 2255" ("Reply"). (Doc. 133). Agofsky simultaneously filed a "Motion to Supplement or Amend § 2255 Motion to Include Declarations and Documents Responding to Government's Allegations" ("Motion to Supplement or Amend"). (Doc. 135). As noted in the Certificate of Conference in Agofsky's Motion to Supplement or Amend, the Government was unable to take a position on the motion until counsel had the opportunity to review the documents.

After completing an initial review of the submitted documents and declarations offered by Agofsky in support of his Reply, the Government has preliminarily identified documents that it intends to oppose.  The Government requests additional time to more thoroughly review all 23 of the declarations and documents (comprising 43 pages), assess Agofsky's use of each declaration or document in the context of the 158-page Reply, and set forth appropriate objections and supporting arguments.  For each document or declaration, the Government must consider – and potentially raise – any and all relevant defenses, including, for instance, any limitations– procedural– and/or *Teague*– bars.  In addition to considering the documents in the context of Agofsky's relevant prior filings, the Government must also consider the tendered declarations and documents in the context of arguments and objections previously raised by the Government in its prior pleadings, including its "Motion to Strike" portions of Agofsky's Supplement to his Amended § 2255 Motion, "Reply to Petitioner's Opposition to Motion to Strike,"and "Response in Opposition" to Agofsky's Amended § 2255 Motion." (Docs. 112, 117, 124).  As to each document or declaration it opposes, the Government must specifically counter the legal and factual arguments raised by Agofsky in his Motion to Supplement and Amend.

In view of the numerous documents and technical legal questions at issue, the Government requests until July 23, 2010, to file its opposition to Agofsky's Motion to Supplement or Amend.

The Government contacted counsel for Agofsky, Ms. Claudia Van Wyk, on June 30, 2010, and Agofsky's habeas counsel **do not oppose** the Government's request for an extension of time to file its opposition.

**WHEREFORE, PREMISES CONSIDERED,** the Government/Respondent prays that the Court grant this Unopposed Motion for Extension of Time to File Its Opposition to Portions of

Petitioner's Motion to Supplement or Amend § 2255 Motion to Include Declarations and Documents

Responding to Government's Allegations.


                                        Respectfully submitted,
                                        John M. Bales
                                        UNITED STATES ATTORNEY

                                        /s/ Joe Batte
                                        JOE BATTE
                                        Assistant United States Attorney
                                        TXSBN:  01918070
                                        350 Magnolia Avenue, Suite 150
                                        Beaumont, Texas 77701-2237
                                        (409) 839-2538 office
                                        (409) 839-2550 fax
                                        email:  joe.batte@usdoj.gov

                                        Libby Lange
                                        LIBRA (LIBBY) LANGE
                                        Trial Attorney
                                        TXSBN: 11910100
                                        United States Department of Justice
                                        1331 F. Street, NW, 3rd Floor
                                        Washington, D.C.  20530
                                        Phone: 202-353-0580
                                        Fax: 202-353-9779
                                        libby.lange@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July, 2010, a true and correct copy of the motion has

been served on counsel for Defendant-Petitioner as follows:


Claudia Van Wyck
Federal Community Defender Office
For the Eastern District of Pennsylvania
The Curtis Center, Suite 545 W
Independence Square West
Philadelphia, PA  19106

Jennifer Merrigan, Esq.
305 E. 63rd Street
Kansas City, MO  64113

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that the Government discussed this motion with opposing counsel,

Claudia Van Wyck, and she advised that habeas counsel are not opposed to the Government's

request for an extension of time until July 23, 2010, to file its opposition.

/s/ Joe Batte
JOE BATTE
Assistant United States Attorney
