**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SHANNON WAYNE AGOFSKY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO. 1:07-cv-511** |
| **v.** | § | |
| | § | **JUDGE  RICHARD A. SCHELL** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |
| _____ | § | |

<u>ORDER</u>

Upon consideration of the Government's Unopposed Motion for Extension of Time to File Its Opposition to Portions of Petitioner's Motion to Supplement or Amend § 2255 Motion to Include Declarations and Documents Responding to Government's Allegations, it is hereby:

ORDERED that Respondent's motion is GRANTED.  Respondent may file its opposition to Defendant/Petitioner's Motion to Supplement or Amend § 2255 Motion to Include Declarations and Documents Responding to Government's Allegations on or before July 23, 2010.