## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

UNITED STATES OF AMERICA,)

          Plaintiff,      )

      v.                  )      No.    1:07-CV-0511

SHANNON WAYNE AGOFSKY,    )

          Defendant.      )

## ORDER GRANTING UNOPPOSED MOTION
## TO FILE OVER-LENGTH REPLY

Upon consideration of the Shannon Agofsky's unopposed motion to file an over-length Reply to the Government's Response to his Motion for Relief from Judgment pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that Mr. Agofsky's motion to file an over-length pleading [de # 134] is GRANTED.

**SIGNED this the 2nd day of July, 2010.**

_____

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE