**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent,** ) | |
| ) | |
| **v.** ) | **No. 1:07-cv-00511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Movant.** ) | |
| ———————————————— ) | |

**RENEWED MOTION TO COMPEL COMPLIANCE**
**WITH PREVIOUS COURT ORDER**

Shannon Agofsky renews his October 27, 2009, motion to compel compliance with a

previous court order.  In support of his renewed motion he states the following:

1.  On August 14, 2009, this Court ordered Mr. Agofsky's trial attorney, Douglas Barlow,

to "preserve the records he does have and explain what happened to those that he does not have,"

in an affidavit to be served upon postconviction counsel (Doc. 103).  Mr. Barlow served an

affidavit on postconviction counsel on or about October 6.

2.  On October 27, 2009, Mr. Agofsky filed a motion to compel compliance, indicating

that Mr. Barlow's October 6 affidavit was vague and non-responsive to the Court's order (Doc.

108).  Mr. Barlow did not specify which documents he sent to his co-counsel and which

documents if any remain in his possession, and made no statement at all respecting 13 categories

of documents the Court directed him to address.  The Court has not yet ruled on Mr. Agofsky's

October 27 motion.  Mr. Agofsky respectfully requests a ruling.

## CONCLUSION

Mr. Agofsky respectfully requests that this Court order Mr. Barlow to comply with its previous Order of August 14, 2009, by stating specifically which documents have been destroyed, addressing each of the categories listed in footnote 1 of the Court's Order. Additionally, Mr. Agofsky requests that the Court direct Mr. Barlow to state exactly which documents pertaining to his former client are still in his possession, addressing each of the categories listed in footnote 1 of the Court's Order.

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, MO 64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

**Dated:** July 20, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Libra (Libby) Lange**, Trial Attorney, U.S. Department of Justice, 1331 F Street, 3d Floor, Washington, D.C.  20530,  **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701, and **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702.

/s/ Claudia Van Wyk
Claudia Van Wyk

*Counsel for Movant*