**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Movant.** | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO WITHDRAW**
**MOTION TO SUPPLEMENT OR AMEND**
**AND**
**UNOPPOSED MOTION FOR TIME**
**TO FILE REVISED MOTION**

Shannon Agofsky moves, with the government's consent, to withdraw his *Motion to Supplement or Amend § 2255 Motion to Include Declarations or Documents Responding to Government's Allegations* (Civil Docket, Doc. 135).  He further moves, with the government's consent, for 21 days to file a revised motion.  In support of these applications, he states the following:

Mr. Agofsky has filed an initial and Amended § 2255 Motion (Docs. 38, 51) and Supplement (Doc. 105).  The government moved to dismiss certain claims, contending that they were inappropriate supplements or amendments or untimely, on November 5, 2009 (Doc. 112).  Mr. Agofsky opposed the motion, and cross-moved to supplement or amend his pleadings to include the pertinent claims, on November 17 (Doc. 113).  On January 7, 2010, the Court granted Mr. Agofsky's motion to defer ruling on the government's motion to strike until the Supreme

Court could decide a potentially controlling, pending case.  Doc. 121.[1]  The government then filed its *Response in Opposition to Mr. Agofsky's Amended § 2255 Motion and Supplement* on February 26, 2010 (Doc. 124).  Mr. Agofsky's Reply to the government's Response was filed on June 17, 2010 (Doc.133).

The government's Response makes various factual allegations that call for rebuttal. Concurrently with his Reply, Mr. Agofsky filed a *Motion to Supplement or Amend § 2255 Motion to Include Declarations or Documents Responding to Government's Allegations* (Doc. 135).  On July 23, 2010, the government filed its Opposition to the motion (Doc. 141).  The government contended that a motion to include declarations or documents should have invoked Rule 7 of the Rules Governing § 2255 Cases.  The government did not advance arguments it had previously made to oppose supplementing or amending Mr. Agofsky's initial pleadings (i.e., untimeliness, noncompliance with Rule 15).  Mr. Agofsky's Reply to the government's Opposition (Doc. 141) is currently due on July 30, 2010.

During the week of July 26, the parties attempted unsuccessfully to reach an agreement about the resolution of the motion.  Nevertheless, the parties have agreed that Mr. Agofsky's initial motion (Doc. 135) should be withdrawn.  Mr. Agofsky plans to file a revised motion seeking modified relief: permission to supplement or amend his pleadings with the allegations in his Reply rather than the documents proffered in his Reply Appendix.

In a telephone call and an email message on July 29, 2010, Libby Lange, Trial Attorney, U.S. Department of Justice, stated that the government does not object to Mr. Agofsky's

---

[1]  That case, *Magwood v. Patterson*, ___ U.S. ___, 130 S. Ct. 2788 (2010), was decided on June 24, 2010.  Mr. Agofsky filed a supplemental authority letter concerning its relevance on June 30.  Doc. 137.

withdrawal of his Motion to Supplement or Amend (Doc. 135), but reserves the right to oppose any new or revised motion to supplement or amend related to the Reply brief filed June 17, 2010. In a voicemail message on July 30, 2010, Ms. Lange further stated that the government does not oppose a grant of time to file a new or revised motion on or before August 20, 2010.

Rule 5 of the Rules Governing § 2255 Cases requires that a movant have the opportunity to file a Reply, which may include matter traditionally set forth in a "traverse," that is, factual responses to the government's factual allegations. *See* Rule 5, Rules Governing § 2255 Cases & Comment, 2004 Amendments. As Mr. Agofsky's proposed revised motion will explain in detail, all or most of the factual allegations in his Reply – all of which are based on declarations or documents proffered in his Reply Appendix – are traverses to allegations in the government's answer and therefore included as of right. All of them, in any case, are timely and satisfy the criteria for supplements or amendments set forth in Rule 15 of the Rules of Civil Procedure. Mr. Agofsky seeks permission, therefore, to withdraw his previous motion (Doc. 135) and file a revised motion to supplement or amend his pleadings to include the allegations in his Reply.

Undersigned counsel begins a previously scheduled vacation tomorrow, July 31, 2010, and expects other cases to demand her immediate attention upon her return in the second week in August. Mr. Agofsky therefore requests permission, with the government's consent, to file his revised motion no later than August 20, 2010.

## CONCLUSION

For the reasons above, Mr. Agofsky's motion for permission to withdraw his *Motion to Supplement or Amend § 2255 Motion to Include Declarations or Documents Responding to Government's Allegations* (Doc. 135), and to file a revised motion no later than August 20, 2010, should be granted.

Respectfully submitted,

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
NJ Bar #012401981
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826

Dated: July 30, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701; **Libra Joy Lange**, U.S. Department of Justice - Criminal Division, 1331 F. Street, N.W., 3rd Floor, Washington , DC 20004; and **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702.

/s/  Claudia Van Wyk

CLAUDIA VAN WYK

*Counsel for Movant*