**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,)** | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | No.    **1:07-CV-0511** |
| ) | |
| **SHANNON WAYNE AGOFSKY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER GRANTING UNOPPOSED MOTION**
**TO WITHDRAW MOTION TO SUPPLEMENT OR AMEND**
**AND TO FILE REVISED MOTION WITHIN 21 DAYS**

Upon consideration of Shannon Agofsky's unopposed motion to withdraw his previously

filed motion to supplement or amend (Doc. 135) and to file a revised motion within 21 days, it is

hereby ORDERED that:

1. Mr. Agofsky may withdraw his Motion to Supplement or Amend (Doc. 135); and

2. Mr. Agofsky may file a revised Motion to Supplement or Amend no later than

August 20, 2010.