**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**) | | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.    1:07-CV-0511 |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW MOTION TO SUPPLEMENT OR AMEND
AND TO FILE REVISED MOTION WITHIN 21 DAYS**

Upon consideration of Shannon Agofsky's unopposed motion to withdraw his previously

filed motion to supplement or amend (Doc. 135) and to file a revised motion within 21 days, it is

hereby ORDERED that the motion [de #142] is GRANTED and:

1. Mr. Agofsky may withdraw his Motion to Supplement or Amend (Doc. 135); and

2.  Mr. Agofsky may file a revised Motion to Supplement or Amend no later than

August 20, 2010.

**SIGNED this the 5th day of August, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE