**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    No.    1:07-CV-0511 |
| | ) |
| **SHANNON WAYNE AGOFSKY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER GRANTING MOTION TO SUPPLEMENT OR AMEND**

Upon consideration of the Shannon Agofsky's revised motion to supplement or amend, it is hereby ORDERED:

1. That Mr. Agofsky may reply as of right to the following allegations:


AND

2. That Mr. Agofsky's motion to supplement or amend is GRANTED as to the following allegations: