IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY          §
                               §
vs.                            §      Civil No. 1:07-CV-511
                               §
UNITED STATES OF AMERICA       §

**NOTICE TO THE COURT OF WITHDRAWAL OF COUNSEL**

COMES NOW the United States of America, by and through John M. Bales, United

States Attorney for the Eastern District of Texas, and Joseph R. Batte, the undersigned

Assistant United States Attorney, on behalf of the United States of America, and notices the

Court of the withdrawal of counsel, Libra Joy Lange, as counsel for Plaintiff, United States

of America, in this cause, and would show the Court that:

I.

Libra Joy Lange is no longer employed with the Department of Justice and should

no longer be noticed on this case.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Street, Suite 150
Beaumont, Texas 77701-2248
(409) 839-2538
(409) 839-2550 fax
email:  joe.batte@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this the 9th day of September 2010, I certify that a true and correct copy of the foregoing Notice to the Court of Withdrawal of Counsel was sent via electronic filing to all counsel of record.


/s/ Joseph R. Batte
Joseph R. Batte