# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF
## TEXAS BEAUMONT DIVISION

UNITED STATES OF AMERICA   )
)
)
       v.            )     No.   1:07-cv-00511
)
SHANNON WAYNE AGOFSKY.  )
)
)
_____ )

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Jennifer A. Merrigan, counsel for Appellant, and hereby

notifies the Court of her changed mailing address and electronic mailing address,

effective October 1, 2010:

Jennifer A. Merrigan
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
jmerrigan@dplclinic.com; dplc@dplclinic.com

Counsel's remaining contact information will stay the same.

Respectfully Submitted:

/s/ Jennifer Merrigan
JENNIFER MERRIGAN
MO Bar #56733
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO  64113
Telephone (816) 363-2795
Facsimile (816) 363-2799

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, US Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702;and **Joseph Robert Batte,** U S Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/__Jennifer Merrigan____
*Counsel for Movant*