UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | No. 1:07-cv-00511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Movant. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION
FOR ALTERNATIVE RELIEF
OF DEFERRING RULINGS ON PENDING MOTIONS**

Shannon Agofsky previously moved (Doc. 150), with the government's consent, to stay

and abate proceedings in this capital post-conviction motion while he litigates newly available

eyewitness evidence of his innocence of his prior murder conviction in Oklahoma.   He now

moves, again with the government's consent, for alternative relief: he requests in the alternative

that the court defer ruling on the pending motions in this matter until the Oklahoma litigation is

concluded.   In support of this motion, Mr. Agofsky states the following:

1.  Mr. Agofsky's motion for relief from judgment, pursuant to 28 U.S.C. § 2255, is

pending before this Court.  Doc. Nos. 38, 50, 105.[1]  The Government's response and Mr.

Agofsky's reply have been filed (Doc. Nos. 124, 133), and the parties have fully briefed a

motion by the Government to strike certain claims.  Doc. Nos. 112, 113, 117-20.  The Court has

ruled that, after it decides the motion to strike, it will set a schedule for discovery with input

_____

[1]  These proceedings were previously stayed while Mr. Agofsky's resentencing appeal
was pending.  Doc. Nos. 24, 57.

from the parties.  Doc. No. 130.

2.  On October 24, 2011, Mr. Agofsky moved to stay and abate these proceedings while he litigates newly available evidence of his innocence of an Oklahoma murder conviction that was alleged by the government in this capital case in support of the aggravating factors.  Doc. 150.  That motion is still pending.

3.  As explained in Mr. Agofsky's motion to stay and abate, the new evidence may affect this Court's resolution of the government's pending motion to strike certain claims, the government's defenses, the projected motion for an evidentiary hearing, and the projected discovery motion.

4.  Mr. Agofsky is prepared to file an initial application for post-conviction relief, based on the newly available eyewitness statements and related evidence, in Oklahoma state court.[2] Doc. 150, Exhibit 1.  If the Court grants Mr. Agofsky's motion, he will also seek the approval of the Administrative Office of the Courts, as required by its revised protocol of November 10, 2008, for the necessary expenditure of funds by the Office of Defender Services.

5.  Counsel are in the process of researching whether, to protect Mr. Agofsky's rights before the expiration of applicable statutes of limitations, he must file parallel pleadings in Oklahoma or Missouri federal courts.  Counsel will advise the court of any such filings.

6.  The most appropriate initial forum to develop the new evidence and associated legal claims is the state court where the evidence is located and the litigation took place.  Therefore, if the Court does not grant Mr. Agofsky's motion to stay and abate these proceedings, he requests in the alternative that it defer ruling on the pending motions until the Oklahoma litigation ends.

---

[2]  Mr. Agofsky has never previously filed a post-conviction application in Oklahoma.

## CONCLUSION

For the reasons above, this Court should enter an order either (1) staying Mr. Agofsky's

§ 2255 proceedings and holding them in abeyance to allow him an opportunity to litigate his

proposed claims in Oklahoma, or (2) deferring ruling on pending motions in Mr. Agofsky's

§ 2255 proceedings until the conclusion of proposed litigation in Oklahoma.

                                                        Respectfully submitted,

/s/ Jennifer Merrigan                    /s/ Claudia Van Wyk
JENNIFER MERRIGAN                        CLAUDIA VAN WYK
MO Bar #56733                            NJ Bar #012401981
Public Interest Litigation Clinic        Assistant Federal Defender
305 E. 63rd Street                       Federal Community Defender Office
Kansas City, MO 64113                    Capital Habeas Unit
Telephone (816) 363-2795                 601 Walnut Street, Suite 545W
Facsimile (816) 363-2799                 Philadelphia, PA 19081
                                         Telephone (215) 928-0520
                                         Facsimile (215) 928-0826

Dated: January 31, 2012

## CERTIFICATE OF SERVICE

I certify that on January 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk
CLAUDIA VAN WYK

*Counsel for Movant*

## CERTIFICATE OF CONFERENCE

On January 30, and 31, 2012, undersigned counsel, Ms. Van Wyk, spoke by telephone and communicated by email with AUSA Joseph Batte, in compliance with Local Rule CV-7(h). He advised her that the government does not oppose this motion.

/s/ Claudia Van Wyk
CLAUDIA VAN WYK

*Counsel for Movant*