UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    1:07-CV-0511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING UNOPPOSED MOTION
FOR ALTERNATIVE RELIEF**

Upon consideration of the foregoing Unopposed Motion for Alternative Relief:

ORDERED, that the motion for alternative relief and to defer rulings on pending motions is GRANTED.  Counsel for Shannon Agofsky is directed to pursue post-conviction relief in Oklahoma no later than 30 days from the date of this order and to litigate those claims expeditiously in all appropriate forums.  Counsel for Mr. Agofsky will advise the Court of the conclusion of Agofsky's Oklahoma proceedings within 30 days from the date of that conclusion.