**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.    **1:07-cv-0511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER GRANTING UNOPPOSED MOTION**
**TO SEAL SHANNON AGOFSKY'S MOTION**
**TO STAY AND HOLD PROCEEDINGS IN ABEYANCE**

Upon consideration of the foregoing Unopposed Motion to Seal Shannon Agofsky's motion

to stay and hold proceedings in abeyance, it is hereby

ORDERED, that the motion to seal the motion to stay and hold proceedings in abeyance, and

related documents and pleadings, is GRANTED.  The motion to seal (Doc. 151), the motion to stay

and hold proceedings in abeyance (Doc.150), any responsive or related pleadings by the government

or Mr. Agofsky, and any appended exhibits or attachments to the foregoing documents, shall be filed

UNDER SEAL.

**SIGNED this the 13th day of February, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE