UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )       No.    1:07-CV-0511
                                     )
SHANNON WAYNE AGOFSKY,               )
                                     )
            Defendant.               )
_____    )

**ORDER GRANTING UNOPPOSED MOTION
TO STAY AND HOLD PROCEEDINGS IN ABEYANCE**

Upon consideration of the Unopposed Motion to Stay and Hold Proceedings in Abeyance (Doc. 150), it is hereby:

ORDERED, that the motion to stay and hold proceedings in abeyance is GRANTED. Counsel for Shannon Agofsky is directed to pursue post-conviction relief in Oklahoma no later than 30 days from the date of this order and to litigate those claims expeditiously in all appropriate forums.

IT IS FURTHER ORDERED that all proceedings in this case are STAYED until further order of the Court.  Counsel for Mr. Agofsky shall advise the Court of the conclusion of Agofsky's Oklahoma proceedings within 30 days from the date those proceedings are concluded.

**SIGNED this the 13th day of February, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE