## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | No. 1:07cv511 |
| | § | |
| SHANNON WAYNE AGOFSKY | § | |
| Defendant. | § | |

## ORDER

This matter comes before the court on defendant Shannon Wayne Agofsky's ("Agofsky's") unopposed motion for alternative relief of deferring ruling on pending motions (docket entry #154), filed on January 31, 2012.  Having considered the circumstances alleged and authorities cited in the motion, the court finds that it is moot by virtue of the court having stayed these proceedings by its order (docket entry #156) dated February 14, 2012. IT IS THEREFORE ORDERED that the unopposed motion for alternative relief of deferring ruling on pending motions is DENIED.

**SIGNED this the 14th day of February, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE