# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| Plaintiff, | § | |
| v. | § | No. 1:07cv511 |
| | § | |
| **SHANNON WAYNE AGOFSKY** | § | |
| Defendant. | § | |

## ORDER

This matter comes before the court on defendant Shannon Wayne Agofsky's ("Agofsky's") unopposed motion to lift the stay imposed by the court on February 14, 2012 for the purpose of deposing his brother Joseph Agofsky.  Having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, the court finds that it is well taken and it will be granted.

The parties shall depose Joseph Agofsky by March 1, 2013.  The stay shall resume upon completion of the deposition.

**SIGNED this the 30th day of January, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE