**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

SHANNON WAYNE AGOFSKY                         §
                                              §
            Petitioner,                       §
                                              §
v.                                            §          CIVIL ACTION NO. 1:07-cv-511
                                              §
UNITED STATES OF AMERICA,                     §
                                              §
            Respondent.                       §

**O R D E R**

Comes now for consideration, Petitioner Shannon Wayne Agofsky's *ex parte* motion to authorize funds for travel (dkt #32).  More specifically, counsel moves the court to authorize funds to enable her to travel to Terre Haute, Indiana to meet with Agofsky.  Counsel further moves the court for funds to enable her to travel to Portland, Oregon to interview a witness.  Counsel subsequently filed a similar motion (dkt #45), which was granted (dkt #47) to the extent that funding was authorized with respect to counsel's request to travel to meet with Agofsky.  In light of these circumstances, the present motion is moot.  It is therefore

**ORDERED** that Petitioner's *ex parte* motion to authorize funds for travel (dkt #32) is **DENIED** as moot.

**SIGNED this the 16th day of July, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE