**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § § § | |
| Petitioner, | § § | |
| v. | § § § | CIVIL ACTION NO. 1:07-cv-511 |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § § § | |

### O R D E R

Comes now for consideration, Petitioner Shannon Wayne Agofsky's motion to compel compliance with court order (docket entry #108) and renewed motion to compel compliance with previous court order (docket entry #140). He complains that his trial attorney, Doug Barlow, did not fully comply with an order entered on August 14, 2009 (docket entry #103). Although Mr. Barlow complied with the order to the extent that he filed an affidavit, he did not specify which documents he sent to his counsel and which documents, if any, remain in his possession. Further, Mr. Barlow did not make any statement respecting 13 categories of documents the court directed him to address. The motions therefore have merit. It is therefore

**ORDERED** that Petitioner Shannon Wayne Agofsky's motion to compel compliance with court order (docket entry #108) and renewed motion to compel compliance with previous court order (docket entry #140) are **GRANTED**. It is further

**ORDERED** that trial counsel Douglas Barlow has thirty days from the entry of this order to provide Agofsky's present counsel with an affidavit stating which documents pertaining to Agofsky's case have been destroyed or are still in his possession, addressing each of the categories listed in footnote 1 of the court's August 14, 2009 order and listed below:

a. Any and all previous drafts of the March 13, 2009 affidavit, in any form, electronic or otherwise;

b.  Any and all letters, emails, written notes of telephone calls, memoranda or other writings or records reflecting any contact or communications with the United States Attorney's Office regarding preparation and submission of the affidavit;

c.  Any and all letters, emails, written notes of telephone calls, memoranda or other writings or records reflecting any contact or communications with Federal Public Defender Pat Black or his staff regarding preparation and submission of the affidavit;

d.  Any and all letters, emails, written notes of telephone calls, memoranda or other writings or records reflecting any contact or communications with Brent Newton, Esq., or Mr. Newton's associates, regarding preparation and submission of the affidavit;

e.  Any and all letters, emails, written notes of telephone calls, memoranda or other writings or records reflecting reaction to Petitioner's Petition for Habeas Corpus Relief including annotations on any written or electronic copy of the Petition;

f.  Any and all letters, emails, written notes of telephone calls, memoranda or other writings or records reflecting any contact or communications with the United States Attorney's Office, Brent Newton and/or Pat Black regarding allegations made in the Petition, whether or not in anticipation of the affidavit or depositions;

g.  Counsel's entire trial file, including all letters received and sent, discovery, memoranda, emails, handwritten notes, pleadings (including prior drafts), and research, including contact or communications with other members of the legal team, in any form including written and electronic;

h.  Any and all records of billings, in the above case including prior drafts of petitions, whether or not filed or payment received;

i.  Any and all materials or evidence, in any form, that tends to support or refute any of the assertions made by counsel in his affidavit;

j.  If any of the above items have been previously lost or destroyed, Mr. Barlow shall submit a supplemental affidavit, unvetted by the United States

Attorney's Office, indicating the precise date and circumstances of the loss or destruction of said materials; and

k.   Any computer in an unaltered stated, on which any of the above requested materials may have been created or electronically preserved whether or not said files have been previously deleted.

**SIGNED this the 16th day of July, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE