**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

SHANNON WAYNE AGOFSKY                §
                                     §
        Petitioner,                  §
                                     §
v.                                   §        CIVIL ACTION NO. 1:07-cv-511
                                     §
UNITED STATES OF AMERICA,            §
                                     §
        Respondent.                  §

**O R D E R**

Comes now for consideration, the Government's unopposed motion for extension of time to file its opposition to portions of Petitioner's motion to supplement or amend § 2255 motion to include declarations and documents responding to Government's allegations (docket entry #138). The Government stated that it needs more time to file a response in light of the voluminous records submitted by Petitioner and asked that the deadline be extended to July 23, 2010.  The motion is reasonable.  It is therefore

**ORDERED** that the Government's unopposed motion for extension of time to file its opposition to portions of Petitioner's motion to supplement or amend § 2255 motion to include declarations and documents responding to Government's allegations (docket entry #138) is **GRANTED** and the deadline for the Government to file a response was extended to July 23, 2010. The court notes that the Government did indeed file its opposition on July 23, 2010.

**SIGNED this the 16th day of July, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE