## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07-cv-511 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

### O R D E R

Comes now for consideration, Petitioner Shannon Wayne Agofsky's unopposed motion to expand the record and restore stay and abeyance (dkt #161).  Previously, on January 30, 2013, the stay was lifted for the limited purpose of preserving the testimony of a witness who was critically ill with pancreatic cancer.  Petitioner now moves to expand the record with the witness' deposition testimony, deposition exhibits, and death certificate, and to restore the stay and abeyance while he challenges a prior conviction in Oklahoma.  The motion is reasonable.  It is therefore

**ORDERED** that Petitioner's motion to expand the record and restore stay and abeyance (dkt #161) is **GRANTED**.  It is further

**ORDERED** that the record is expanded to include Petitioner's motion exhibits 1-5.  It is further

**ORDERED** that the stay and abeyance proceedings originally entered on February 14, 2012 (dkt #157) is **RESTORED**.  It is finally

**ORDERED** that all proceedings are **STAYED** until further order of the court.  Counsel for Petitioner shall advise the court of the conclusion of Petitioner's Oklahoma proceedings within 20 days from the date of that conclusion.

**SIGNED this the 15th day of July, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE