**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 1:07-cv-00511 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Hon. Richard A. Schell, U.S.D.J. |
| SHANNON WAYNE AGOFSKY, | : | Capital Case |
| | : | |
| Defendant-Petitioner. | : | |
| | : | |

_____

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Defendant-Petitioner, Shannon Wayne

Agofsky, in the captioned matter.


/s/ BILLY H. NOLAS
BILLY H. NOLAS
Federal Community Defender Office for the
  Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Billy_nolas@fd.org

Dated:  Philadelphia, PA
        June 3, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2015, I electronically filed the foregoing document using the Court's EM/ECF system.  Electronic notice will be provided to the following individuals:

Traci Lynne Kenner
US Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

Joseph Robert Batte
US Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

/s/ BILLY H. NOLAS
BILLY H. NOLAS