**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 1:07-cv-00511 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Hon. Richard A. Schell, U.S.D.J. |
| SHANNON WAYNE AGOFSKY, | : | Capital Case |
| | : | |
| Defendant-Petitioner. | : | |
| | : | |

_____

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Defendant-Petitioner, Shannon Wayne Agofsky,

in the captioned matter.



/s/ DAVID ZUKERMAN

DAVID ZUCKERMAN

Federal Community Defender Office for the
   Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Billy_nolas@fd.org

Dated:  Philadelphia, PA
          June 8, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2015, I electronically filed the foregoing

document using the Court's EM/ECF system.  Electronic notice will be provided to the following

individuals:

> Traci Lynne Kenner
> US Attorney's Office
> 110 North College, Suite 700
> Tyler, TX 75702
>
> Joseph Robert Batte
> US Attorney's Office
> 110 North College, Suite 700
> Tyler, TX 75702

> /s/ DAVID ZUCKERMAN
> DAVID ZUCKERMAN