# IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION
### BEAUMONT DIVISION

## TRANSFER ORDER

---

The following cases are hereby **TRANSFERRED**  to the docket of the Honorable

Amos L. Mazzant, III with his permission:

1.    *Victor Hugo Saldano v. Director, TDCJ-CID,* 4:08cv193;

2.    *Shannon Wayne Agofsky v. United States of America,* 1:07cv511.

IT IS SO ORDERED.

   **SIGNED this the 17th day of May, 2016.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE