IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                    §
                                         §
          Petitioner,                    §
                                         §
                                         §
v.                                       §          CIVIL ACTION NO. 1:07-cv-511
                                         §
UNITED STATES OF AMERICA,                §
                                         §
          Respondent.                    §

## ORDER OF ADMINISTRATIVE CLOSING

The present § 2255 proceeding has been reassigned to the undersigned. The records compiled in this case reveal that the Court issued an order (Dkt #165) staying the case while Agofsky challenges a prior conviction in Oklahoma state court. For court tracking purposes, there is no need for this matter to remain on the Court's active docket while Agofsky challenges his prior conviction; thus, the case should be both stayed and administratively closed. Notwithstanding the foregoing, counsel for Agofsky should periodically file a status report concerning the progress of the proceedings challenging the prior Oklahoma conviction. It is accordingly

**ORDERED** that all proceedings are **STAYED** and the case is **ADMINISTRATIVELY CLOSED** until further order of the court. Counsel for Agofsky shall advise the court of the conclusion of Agofsky's Oklahoma proceedings within 20 days from the date of that conclusion, and the case will then be returned to the active docket. It is further

**ORDERED** that counsel for Agofsky shall file a status report concerning the progress of the proceedings challenging the prior Oklahoma conviction no later than July 1, 2016. Thereafter counsel shall file status reports every six months while the case remains stayed and administratively closed.

**SIGNED this 23rd day of May, 2016.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE