# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | ) <br> ) | |
| v. | ) <br> ) | No. 1:07-cv-00511 |
| SHANNON WAYNE AGOFSKY,<br>Movant. | ) <br> ) | CAPITAL CASE |

## ORDER

Movant Shannon Agofsky having moved for an order allowing him (1) to amend his motion to include a claim under *Johnson v. United States*, 135 S. Ct. 2551 (2015), and then (2) to renew the stay in proceedings and continue to hold them in abeyance; and the government having indicated that it does not oppose the motion; it is hereby

ORDERED that the motion is GRANTED.  The stay in proceedings is lifted to allow the amendment of Mr. Agofsky's motion for relief, pursuant to 28 U.S.C. § 2255, to include Claim X set forth in Exhibit 1 to his motion to amend. This Court's previous order staying proceedings and holding them in abeyance is reinstated.

_____

**Amos L. Mazzant**
United States District Judge