IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                    §
                                         §
        Petitioner,                      §
                                         §
v.                                       §            CIVIL ACTION NO. 1:07-cv-511
                                         §
UNITED STATES OF AMERICA,                §
                                         §
        Respondent.                      §

O R D E R

Before the Court is Agofsky's unopposed motion to suspend stay and abeyance for the limited purpose of permitting an amendment to his motion pursuant to 28 U.S.C. § 2255 (Dkt #172).  He desires to amend his motion to add a claim under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Otherwise the case should remain stayed and administratively closed while he continues with his attack on his prior murder conviction in Oklahoma.  The motion is reasonable.  It is accordingly

**ORDERED** that the unopposed motion to suspend stay and abeyance for the limited purpose of permitting an amendment to Agofsky's motion pursuant to 28 U.S.C. § 2255 (Dkt #172) is **GRANTED**.  Agofsky is permitted to amend his § 2255 motion to include Claim X as set forth in Exhibit 1 of his motion.  It is further

**ORDERED** that the Court's previous order (Dkt #171) staying and administratively closing the case is reinstated.

**SIGNED this 23rd day of June, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE