UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


UNITED STATES OF AMERICA,            )
        Respondent,                  )
                                     )
        v.                           )            No. 1:07-cv-00511
                                     )
SHANNON WAYNE AGOFSKY,               )
        Movant.                      )


## STATUS REPORT

Shannon Agofsky submits the following status report to the Court:

1.      Mr. Agofsky's motion to vacate, pursuant to 28 U.S.C. § 2255, is pending before this Court.  Doc. Nos. 38, 50, 105.  The Government's response and Mr. Agofsky's reply have been filed (Doc. Nos. 124, 133), and the parties have fully briefed a motion by the Government to strike certain claims.  Doc. Nos. 112, 113, 117-20.

2.      On February 14, 2012, this Court entered an order granting Mr. Agofsky's unopposed motion to stay and hold these proceedings in abeyance to allow him to present newly available eyewitnesses and other evidence of his innocence of a prior Oklahoma murder that had served as a ground for several aggravating factors at the capital trial in this case.  Doc. 157.  This Court recently ordered that the stay and abeyance continue.  Doc. Nos. 171, 173.  On May 23, 2016, the Court ordered that Mr. Agofsky file a report on the status of the Oklahoma proceedings on July 1, 2016, and every six months thereafter.  Doc. 171.

3.      Briefing has been completed in Oklahoma state court.  Mr. Agofsky has filed a petition for post-conviction relief and related motions, and the State has filed responsive

pleadings.  The parties are awaiting the judge's ruling.  As of this date, the proceedings remain

pending under Docket No. CRF-92-43 (Delaware Co.).


Respectfully submitted,                          Respectfully submitted,

/s/ Jennifer A. Merrigan                          /s/ Claudia Van Wyk
JENNIFER A. MERRIGAN                      CLAUDIA VAN WYK
MO Bar # 56733                                   PA Bar # 95130
P.O. Box 63928                                      Assistant Chief
Philadelphia, PA  19147                       Federal Community Defender Office
Telephone (816) 695-2214                   Capital Habeas Unit
j.merrigan@phillipsblack.org                601 Walnut Street, Suite 545W
                                                           Philadelphia, PA 19081
                                                           Telephone (215) 928-0520
                                                           Facsimile (215) 928-0826
                                                           Claudia_Vanwyk@fd.org


Counsel for Movant                             Counsel for Movant


Dated: June 28, 2017

2

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2017, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which sent notification of such filing to the following: **Traci**

**Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; **Joseph**

**Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX

77701, and **Jeffrey A. Zick**, Trial Attorney, U.S. Department of Justice, Criminal Division, 1331

F Street NW, 6th Floor, Washington, D.C. 20530.

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
*Counsel for Movant*