IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                    §
                                         §
V.                                       §   No. 1:07CV511
                                         §   Crim. No. 1:03CR00173
UNITED STATES OF AMERICA                 §

## NOTICE OF GOVERNMENT ATTORNEY WITHDRAWAL BASED ON CHANGE OF EMPLOYMENT

The United States provides notice of withdrawal of Jeffrey A. Zick as counsel for the United States in this matter.  Mr. Zick has accepted employment outside of the Department of Justice and will not be available to work on this matter.  The United States continues to be represented by Assistant United States Attorneys Traci Kenner and Joseph R. Batte.

Respectfully submitted,

Alan R Jackson
United States Attorney
Eastern District of Texas

/s/ Jeffrey A. Zick
Jeffrey A. Zick
U.S. Department of Justice
Arizona Bar No. 018712
1331 F. Street, 6th Floor
Washington, D.C. 20530
(202) 616-3942
Jeffrey.Zick@usdoj.gov

/s/  Traci Lynne Kenner
Traci Lynne Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700

**Notice of Withdrawal — Page 1**

Tyler, TX 75702
(903) 590-1400
(903) 590-1439 (fax)
Email: Traci.Kenner@usdoj.gov


 /s/  Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia, Suite 150
Beaumont, Texas 77701
(409) 839-2538
(409) 839-2550 (fax)
Email: joe.batte@usdoj.gov


## Certificate of Service

I certify that on January 18, 2018, this document was served by the Court's ECF

system on all counsel of record for Petitioner.

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Trial Attorney
U.S. Department of Justice