**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | |
| **Movant.** | ) | |

**STATUS REPORT**

Shannon Agofsky submits the following status report to the Court:

1.      Mr. Agofsky's motion to vacate, pursuant to 28 U.S.C. § 2255, is pending before this Court.  ECF Nos. 38, 50, 105.  The Government's response and Mr. Agofsky's reply have been filed (ECF Nos. 124, 133), and the parties have fully briefed a motion by the Government to strike certain claims.  ECF Nos. 112, 113, 117-20.

2.      On February 14, 2012, this Court entered an order granting Mr. Agofsky's unopposed motion to stay and hold these proceedings in abeyance to allow him to present newly available eyewitnesses and other evidence of his innocence of a prior Oklahoma murder that had served as a ground for several aggravating factors at the capital trial in this case.  ECF No. 157. This Court later ordered that the stay and abeyance continue.  ECF Nos. 171, 173.  The Court also ordered that Mr. Agofsky file a report on the status of the Oklahoma proceedings on July 1, 2016, and every six months thereafter.  ECF No. 171.

3.      Briefing has been completed in Oklahoma state court.  Mr. Agofsky has filed a petition for post-conviction relief and related motions, and the State has filed responsive

pleadings.  The parties are awaiting the judge's ruling.  As of this date, the proceedings remain

pending under Docket No. CRF-92-43 (Delaware Co.).


Respectfully submitted,

/s/ Jennifer A. Merrigan
JENNIFER A. MERRIGAN
MO Bar # 56733
P.O. Box 63928
Philadelphia, PA  19147
Telephone (816) 695-2214
j.merrigan@phillipsblack.org



Counsel for Movant


Dated: December  17, 2020

Respectfully submitted,

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
PA Bar # 95130
Assistant Federal Defender
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545W
Philadelphia, PA 19081
Telephone (215) 928-0520
Facsimile (215) 928-0826
claudia_vanwyk@fd.org


Counsel for Movant

2

## CERTIFICATE OF SERVICE

I certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
*Counsel for Movant*