IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                  §
                                       §
        Movant,                        §
                                       §
                                       §
v.                                     §          CIVIL ACTION NO. 1:07-cv-511
                                       §
UNITED STATES OF AMERICA,              §
                                       §
        Respondent.                    §

## O R D E R

Movant Shannon Wayne Agofsky was convicted of two counts of murder and sentenced to death on July 16, 2004.  On January 17, 2008, he filed his initial petition to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255.  On February 14, 2012, this Court granted Agofsky's unopposed motion to stay and hold the proceedings in abeyance to allow him to litigate a post-conviction challenge to a prior murder conviction in the Oklahoma state court, Cause No. CF-97-383 in Payne County, Oklahoma.  The prior murder served as a basis for the Government's case in aggravation in Agofsky's capital trial in this case.  On January 30, 2013, the Court granted Agofsky's motion to lift the stay for the purposes of taking a necessary deposition.  On July 16, 2013, the Court granted Agofsky's motion to reinstate the stay.  On May 23, 2016, this Court administratively closed the case while Agofsky continued his challenge to his prior conviction in the Oklahoma state court. The Court notes that this case has been stayed for approximately eight years.  It is therefore

ORDERED that the stay is lifted, and the case is returned to the active docket.  It is further

ORDERED that the parties shall file a special status report providing a progress report or explanation of the progression of Agofsky's challenge in his murder conviction in the Oklahoma state court.  The parties shall file their joint status report on or before August 31, 2021.

**SIGNED this 25th day of June, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE