**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent,** | ) | |
| v. | ) | **No. 1:07-cv-00511** |
| | ) | |
| **SHANNON WAYNE AGOFSKY,** | ) | **CAPITAL CASE** |
| **Movant.** | ) | |

**ORDER**

Shannon Agofsky having moved for temporary suspension of the stay of his motion to vacate his conviction and death sentence, pursuant to 28 U.S.C. § 2255, to allow him (1) to amend his motion to include a claim under *Borden v. United States,* 141 S. Ct. 1817 (2021), and then (2) to renew the stay in proceedings and continue to hold them in abeyance, and the Government not having objected to the motion, and the Court having considered the motion and all prior proceedings, it is

**ORDERED** that the unopposed motion to suspend stay and abeyance for the limited purpose of permitting an amendment to Agofsky's motion pursuant to 28 U.S.C. § 2255 is **GRANTED**. Agofsky is permitted to amend his § 2255 motion to include Claim X as set forth in Exhibit 1 of his motion. The Government will be permitted to respond and Agofsky will be permitted to reply on a schedule to be set by the Court.

It is further **ORDERED** that the Court's previous order staying and administratively closing the case is reinstated.

Signed this ___ day of _____, 2022

_____
Amos L. Mazzant
United States District Judge