UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v | ) | No. 1:07-cv-511 |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | **CAPITAL CASE** |
| | ) | |
| **Defendant.** | ) | **FILED UNDER SEAL** |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW Claudia Van Wyk, counsel for Movant, and hereby notifies the Court of her changed mailing address and electronic mailing address, effective June 17, 2022: Claudia Van Wyk, Senior Staff, Capital Punishment Project, American Civil Liberties Union, 201 W. Main Street, Suite 402, Durham, NC 27701; (919) 433-8533; cvanwyk@aclu.org. Counsel's remaining contact information will stay the same.

Respectfully submitted this 17th day of June, 2022

_____
CLAUDIA VAN WYK
Senior Staff, Capital Punishment Project
American Civil Liberties Union
201 W. Main Street, Suite 402
Durham, NC 27701
(919) 433-8533
cvanwyk@aclu.org

*Counsel for Petitioner*

Dated: June 17, 2022

## CERTIFICATE OF SERVICE

I certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ Claudia Van Wyk
Claudia Van Wyk
*Counsel for Petitioner*