UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 1:07-cv-511 |
| | ) | |
| v | ) | CAPITAL CASE |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOVANT'S STATUS REPORT**

Movant Shannon Agofsky submits the following status report in compliance with the Court's order of January 6, 2022, directing Mr. Agofsky to provide "a status report concerning the progress of the proceedings challenging the prior Oklahoma conviction no later than July 1, 2022." ECF No. 188.

1. Mr. Agofsky's motion to vacate, pursuant to 28 U.S.C. § 2255, is pending before this Court. ECF Nos. 38, 51, 105, 191. Related disputes regarding the content of that Motion also remain before the Court. *See* ECF Nos. 112, 113, 115, 117-21, 124, 133, 135-36, 141–144, 146-47, 159, 160, 161, 165.

2. As earlier status reports have described, *see, e.g.*, ECF Nos. 174–185, 187, Mr. Agofsky is currently litigating a state post-conviction challenge in Oklahoma. His petition includes claims related to newly discovered eyewitness evidence of his innocence and a pending amendment that includes jurisdictional claims based on *McGirt v. Oklahoma*, 140 S. Ct. 2452 (2020) (despite a state's history of encroachment on an exclusively federal prerogative, an established Indian reservation qualifies as Indian country unless Congress has clearly indicated its intention to disestablish it).

3. Mr. Agofsky's state-court litigation remains active and unlikely to resolve soon. Mr. Agofsky's motion for a stay pending the outcome of various *McGirt*-related federal and state court opinions remains pending, as does the State's motion to either deny his proposed amendment or grant the amendment and dismiss the *McGirt* claim.

4. Mr. Agofsky has also filed a protective federal habeas petition incorporating the *McGirt* claim in the United States District Court for the Western District of Oklahoma. That case has been stayed pending the conclusion of the state court proceedings. *See* ECF No. 187 at 69 (Order, *Agofsky v. Crow*, Docket No. CIV-21-670-PRW (W.D. Ok. Aug. 16, 2021)). Pursuant to court order, Mr. Agofsky is filing status reports regarding the progress of the state court proceedings with the Western District of Oklahoma every 90 days. *See id*.

5. Having submitted his complete motion pursuant to this Court's April 21, 2022 Order, *see* ECF No. 190, and with his Oklahoma proceedings still active, Mr. Agofsky respectfully requests that this Court again: (1) stay and administratively close the case; (2) order Mr. Agofsky to advise the court of the conclusion of the Oklahoma proceedings within 20 days from the date of that conclusion; and (3) order Mr. Agofsky to return to filing status reports every six months. *See* ECF Nos. 171, 189 (motion to temporarily suspend the stay and to renew the stay while Mr. Agofsky litigates an attack on his prior convictions), 190 (granting motion to temporarily suspend stay).

6.  On June 28, 2022, Mr. Agofsky's counsel, Claudia Van Wyk, communicated via email with Assistant United States Attorney Traci L. Kenner. *See* ¶ 5; Local Rule CV-7(h). Ms. Kenner indicated that the Government "oppose[s] closing the case until the court issues instructions regarding [its] amended response in accordance with its April 21 order."

Respectfully submitted this 30th day of June, 2022.

| | |
|---|---|
| /s/ David Zuckerman | /s/ Claudia Van Wyk |
| DAVID ZUCKERMAN | CLAUDIA VAN WYK |
| Assistant Federal Defender | Senior Staff, Capital Punishment Project |
| Federal Community Defender Office | American Civil Liberties Union |
| for the Eastern District of Pennsylvania | 201 W. Main Street, Suite 402 |
| 601 Walnut Street, Suite 545 West | Durham, NC 27701 |
| Philadelphia, PA 19106 | (919) 433-8533 |
| Tel: 215.928.0520 | cvanwyk@aclu.org |
| Fax: 215.928.0826 | |
| david_zuckerman@fd.org | |
| | |
| *Counsel for Movant* | *Counsel for Movant* |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ David Zuckerman
DAVID ZUCKERMAN
*Counsel for Movant*

## CERTIFICATE OF CONFERENCE

I certify that Mr. Agofsky has complied with the meet and confer requirement in Local Rule CV-7(h) and that the requests advanced in this Status Report are opposed.

/s/ David Zuckerman
DAVID ZUCKERMAN
*Counsel for Movant*