UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:07-cv-511 |
| | ) | |
| v | ) | CAPITAL CASE |
| | ) | |
| SHANNON WAYNE AGOFSKY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOVANT'S STATUS REPORT**

Movant Shannon Agofsky submits the following status report in compliance with the

Court's order of July 13, 2022, administratively closing the case and directing Mr. Agofsky to

provide "a status report concerning the progress of the proceedings challenging the prior

Oklahoma conviction no later than January 6, 2023." ECF No. 195.

1.      Mr. Agofsky's motion to vacate, pursuant to 28 U.S.C. § 2255, is pending before

this Court. ECF Nos. 38, 51, 105, 191. Related disputes regarding the content of that Motion also

remain before the Court. *See* ECF Nos. 112, 113, 115, 117-21, 124, 133, 135-36, 141–144, 146-

47, 159, 160, 161, 165.

2.      Mr. Agofsky is currently litigating a state post-conviction challenge in Oklahoma.

His petition includes claims related to newly discovered eyewitness evidence of his innocence

and a pending amendment that includes jurisdictional claims based on *McGirt v. Oklahoma*, 140

S. Ct. 2452 (2020) (despite a state's history of encroachment on an exclusively federal

prerogative, an established Indian reservation qualifies as Indian country unless Congress has

clearly indicated its intention to disestablish it).

3.      Mr. Agofsky's state-court litigation remains active and unlikely to resolve soon. Mr. Agofsky's motion for a stay pending the outcome of various *McGirt*-related federal and state court opinions remains pending, as does the State's motion to either deny his proposed amendment or grant the amendment and dismiss the *McGirt* claim.

4.      Mr. Agofsky has also filed a protective federal habeas petition incorporating the *McGirt* claim in the United States District Court for the Western District of Oklahoma. That case has been stayed pending the conclusion of the state court proceedings. *See* ECF No. 187 at 69 (Order, *Agofsky v. Crow*, Docket No. CIV-21-670-PRW (W.D. Ok. Aug. 16, 2021)). Pursuant to court order, Mr. Agofsky is filing status reports regarding the progress of the state court proceedings with the Western District of Oklahoma every 90 days. *See id*.

5.      Pursuant to this Court's July 13, 2022 Order, Mr. Agofsky will advise the Court of the conclusion of his Oklahoma proceedings within 20 days from the date of that conclusion. In the event that the proceedings do not conclude, Mr. Agofsky will file another status report six months from today.

        Respectfully submitted this 6th day of January, 2023.


/s/ David Zuckerman
DAVID ZUCKERMAN
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
david_zuckerman@fd.org

*Counsel for Movant*

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
Senior Staff, Capital Punishment Project
American Civil Liberties Union
201 W. Main Street, Suite 402
Durham, NC 27701
(919) 433-8533
cvanwyk@aclu.org

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: **Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701.

/s/ David Zuckerman
DAVID ZUCKERMAN
*Counsel for Movant*