IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| Movant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07-cv-511 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## **O R D E R**

The above named and referenced cause of action is stayed and administratively closed while Movant Shannon Wayne Agofsky pursues alleged irregularities in one of his state court murder convictions from Oklahoma.  He asserts that if he is successful in overturning this Oklahoma state murder conviction, his sentence in this case could result in a sentence other than death.  (Dkt. ##171, 173).

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Movant Shannon Wayne Agofsky in Criminal Action No. 1:03-CR-00173 to life imprisonment without the possibility of parole.  (Dkt. #201).  All other conditions and components of the previous sentence were left intact.

The commutation of Movant's death sentence calls into question the viability of his federal habeas petition pursuant to 28 U.S.C. § 2255.  In the Fourth Circuit, a federal prisoner's § 2255 Motion to Vacate was deemed moot because no live case or controversy existed after the commutation of his sentence.  *See United States v. Surratt*, 855 F.3d 218 (4th Cir.), *cert. denied*, 583 U.S. 1040 (2017) (dismissing § 2255 appeal because petitioner received a presidential commutation of his life sentence in which he received the relief he was seeking and more).  The Sixth Circuit, however, found that there could be issues which survive beyond a commutation of a sentence.

1

*Dennis v. Terris*, 927 F.3d 955, 959 (6th Cir. 2019), *cert. denied*, 140 S. Ct. 2571 (2020).  Movant should be allowed to respond as to whether any live case or controversy still exists in this cause, and specifically which issues in his live federal habeas petition, if any, are not moot.  It is

ORDERED that the Clerk of Court is directed to reopen this case and return this numbered cause to the Court's active docket.  It is further

ORDERED that Movant Agofsky shall file a response within 30-days of this Order stating what specific issues in his live federal habeas petition, if any, present a live case or controversy and are not moot under *Surratt*, 855 F.3d 218.  If Movant believes that all issues are moot or is content with the result of the commutation of his sentence, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a).  It is further

ORDERED that the Government shall file a reply within 21-days of the filing of Movant's response stating its agreement or disagreement with any issue that Movant claims is not moot.

SIGNED this 30th day of December, 2024.


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE