UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| Movant, | § | CIVIL ACTION NO. 1:07-cv-511 |
| | § | |
| v | § | CAPITAL CASE |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Movant Agofsky's UNOPPOSED MOTION FOR EXTENSION OF TIME, ECF No. 204, it is hereby ORDERED that the motion is GRANTED. Mr. Agofsky's response to the Court's December 30, 2024 Order, *see* ECF No. 202, shall be filed no later than April 29, 2025. The Government's reply thereto shall be due within 21 days of the filing of the response.