UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| Movant, | § | CIVIL ACTION NO. 1:07-cv-511 |
| | § | |
| v | § | CAPITAL CASE |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF ATTORNEY WITHDRAWAL

Movant Shannon Agofsky provides notice of the withdrawal of his attorney David L. Zuckerman as counsel for Mr. Agofsky in this matter. Mr. Zuckerman has retired from the Federal Community Defender Office for the Eastern District of Pennsylvania after forty years of service. Mr. Agofsky continues to be represented by Sam Welch, an Assistant Federal Defender at the Federal Community Defender Office for the Eastern District of Pennsylvania, Claudia Van Wyk, Senior Staff at the American Civil Liberties Union's Capital Punishment Project, and Jennifer Merrigan, a principal at Phillips Black.

Respectfully submitted this 28th day of January, 2025.

/s/ Sam Welch
SAM WELCH
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
Sam_welch@fd.org
*Counsel for Movant*

/s/ David Zuckerman
DAVID ZUCKERMAN
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
David_Zuckerman@fd.org
*Counsel for Movant*

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Traci Lynne Kenner**, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702, traci.kenner@usdoj.gov; and **Joseph Robert Batte,** U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701, joe.batte@usdoj.gov.

/s/ Sam Welch
Sam Welch
*Counsel for Movant*