IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,　　　　　§

v.　　　　　　　　　　　　　　　　§　　　　CIVIL ACTION NO. 1:07-cv-511
　　　　　　　　　　　　　　　　　　　　　　CRIM. NO. 1:03-cr-00173
UNITED STATES OF AMERICA　　　　§

## O R D E R

Before the court is Movant Agofsky's Unopposed Motion for Extension of Time.   (Dkt. #204).   Agofsky acknowledges that the court directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole.  His response was due on or about January 30, 2025.  He seeks a ninety-day extension of time.

Agofsky's counsel states that the Bureau of Prisons is moving Agofsky from the Special Confinement Unit at the United States Penitentiary, Terre Haute, to a different facility. Agofsky's counsel believes that he will not be able to communicate with Agofsky until Agofsky's housing transfer is complete.  He also states that one of his long-time counsel, Mr. David Zuckerman, Federal Community Defender Office of the Eastern District of Pennsylvania, has retired. Agofsky believes replacement counsel from the Federal Community Defender Office, Mr. Sam Welch, will need additional time to familiarize himself with the issues at hand.  He requests an extension of time of ninety-days to file his response to the Court's January 30, 2025 Order (Dkt. #202).   While Agofsky's motion for extension of time is reasonable, the amount of time requested for an extension is excessive.   It is therefore

**ORDERED** that Movant Agofsky's Unopposed Motion to Extension of Time (Doc. #204) is **GRANTED** in part and **DENIED** in part.  Movant Agofsky shall file his Response to the Court's Order on or before April 11, 2025.

**SIGNED this 4th day of March, 2025.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2