IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| V. | § | Civil No. 1:07-CV-511 |
| | § | Criminal No. 1:03-CR-173 |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO AGOFSKY'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Shannon Wayne Agofsky to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his death sentence, the government files this reply.

This case has an unusual procedural history, involving multiple motions and stays, as well as changes in counsel and judges of this Court.  Briefly, on January 17, 2008, Agofsky filed a motion to vacate, set aside, or correct sentence under Section 2255.  2255 Doc. 38-40.  Shortly thereafter, Judge Thad Heartfield, who presided over Agofsky's trial and sentenced him to death, transferred the proceeding to Judge Richard A. Schell.  2255 ECF unnumbered docket entry dated February 25, 2008.  Agofsky then filed an amended motion on October 6, 2008.  ECF Doc. 51-56.  Judge Schell ordered the government to respond.  2255 Doc. 57.  The government filed a response on February 26, 2010.  2255 Doc. 124, 126.  After extended litigation related to discovery and other issues, Judge Schell stayed the proceeding so Agofsky could pursue post-conviction relief in state court.  2255 ECF Doc. 157.

For the most part, the case has remained stayed until recently, although it was

**Reply to Response Regarding Moot Claims — Page 1**

transferred to this Court in 2016.  2255 ECF unnumbered docket entry dated May 17, 2016.  The Court ordered Agofsky to filed an amended motion, which would serve as the operative motion in this case.  2255 Doc. 190.  The Court further instructed the government not to respond until directed to.  2255 Doc. 190.  Agofsky filed his amended motion on June 17, 2022.  2255 Doc. 191, 194.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Agofsky 's death sentence to life imprisonment without the possibility of parole.  Trl. Doc. 269; 2255 Doc. 201.  On December 30, 2024, the Court entered an order directing Agofsky  to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if Agofsky  is content with the result of the commutation.  2255 Doc. 202.  The Court further directed the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Agofsky's filing.  2255 Doc. 202.

Agofsky has now responded to the Court's order.  2255 Doc. 207.  He identifies four claims that he believes remain viable in whole and three other claims that remain viable in part, asserting that the claims address the guilt phase of his trial rather than the sentencing phase.  *Id.* at 8-10.  After reviewing the response, the government agrees that—to the extent the identified claims challenge Agofsky's conviction instead of his sentence—they are not moot.  To the extent applicable, the government stands on its response to these claims.  Moreover, the government does not waive any other

**Reply to Response Regarding Moot Claims — Page 2**

substantive or procedural responses to the claims—including, but not limited to, the

procedural bar under the relation-back doctrine—that will be addressed if or when the

Court directs the government to respond to Agofsky's amended motion.

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

### CERTIFICATE OF SERVICE

I certify that on April 18, 2025, this document was served by the Court's ECF

system on Sam Welch and Claudia Van Wyk, counsel for Agofsky .

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney