IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,           §

v.                               §          CIVIL ACTION NO. 1:07-cv-511
                                            CRIM. NO. 1:03-cr-00173
UNITED STATES OF AMERICA         §

**ORDER FOR GOVERNMENT'S ANSWER OR RESPONSE**

The relevant procedural history in the above-named and numbered case is as follows:

The Court ordered Agofsky, a death sentenced inmate, to file an amended 28 U.S.C. § 2255 motion, which would serve as the operative motion in this case.  Doc. 190.  The Court further instructed the Government not to respond until directed.  Doc. 190.  Agofsky filed his amended Section 2255 motion on June 17, 2022.  Doc. 191, 194.  His case has remained closed and stayed while he pursued post-conviction litigation in an Oklahoma state court.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Agofsky's death sentence to life imprisonment without the possibility of parole.  Doc. 201.  On December 30, 2024, the Court entered an order directing Agofsky to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims were moot or if Agofsky was content with the result of the commutation.  Doc. 202.  The Court further

1

directed the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Agofsky's filing.  Doc. 202.

Agofsky identified four claims that he believes remain viable in whole and three other claims that remain viable in part, asserting that the claims address the guilt phase of his trial rather than the sentencing phase.  *Id*. at 8-10.  After reviewing the response, the Government agreed that—to the extent the identified claims challenge Agofsky's conviction instead of his sentence—the identified claims are not moot.

Given that the parties have agreed in principle that some claims remain viable after the commutation of Agofsky's death sentence, it is therefore

**ORDERED** that the United States Attorney, on behalf of the United States of America, shall have 90 days after the date of this Order to answer or respond to Agofsky's amended Section 2255 motion regarding the identified viable claims in full compliance with 28 U.S.C. § 2255 and to show cause why the relief prayed for should not be granted.  *See* Rule 4(b), Rules Governing Section 2255 Proceedings.

**SIGNED this 30th day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE