# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |
|---|---|
| SHANNON WAYNE AGOFSKY, | |
| Movant, | No. 1:07-cv-511 |
| v. | CAPITAL CASE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## UNOPPOSED MOTION FOR SCHEDULING ORDER

Mr. Agofsky respectfully submits this motion in response to the Court's May 30, 2025, Order. *See* ECF No. 210. Mr. Agofsky respectfully requests that the Court grant him sixty days to file his reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C § 2255, ECF No. 194, to be measured from the date the government files its response thereto. *See* ECF No. 210; *see also* Rules Governing Section 2255 Proceedings in the United States District Courts, Rule 5(d) ("Reply. The moving party may file a reply to the respondent's answer or other pleading. The judge must set the time to file unless the time is already set by local rule.")

///

On Wednesday, June 4, 2025, the undersigned contacted counsel for the United States to ask whether the United States would oppose Mr. Agofsky's motion to set a deadline for his reply. Counsel for the United States indicated that it does not oppose Mr. Agofsky's motion.

Respectfully submitted this 4th day of June, 2025.

/s/ Sam Welch
SAM WELCH
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
sam_welch@fd.org

*Counsel for Movant*

/s/ Claudia Van Wyk
CLAUDIA VAN WYK
Senior Staff
Capital Punishment Project
American Civil Liberties Union
201 W. Main Street, Suite 402
Durham, NC 27701
(919) 433-8533
cvanwyk@aclu.org

*Counsel for Movant*

2

## CERTIFICATE OF SERVICE

I certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Traci Lynne Kenner, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702, traci.kenner@usdoj.gov; and Joseph Robert Batte, U.S. Attorney's Office- Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701, joe.batte@usdoj.gov.

/s/ Sam Welch
SAM WELCH
*Counsel for Movant*

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirements in Local

Rule CV-7(h) and that this filing is unopposed.

/s/ Sam Welch
SAM WELCH
*Counsel for Movant*