UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,

        Movant,

        v.

UNITED STATES OF AMERICA,

        Respondent.

No. 1:07-cv-511

CAPITAL CASE

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SCHEDULING ORDER

Upon consideration of Movant Agofsky's Unopposed Motion for Scheduling Order, it is hereby ORDERED that the Motion is GRANTED. Movant Agofsky shall file a reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C § 2255, ECF No. 194, no later than sixty days after the government files its response to Movant's Motion for Relief from Judgment. *See* ECF No. 210 at 2.