## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                §
                                     §
        Movant,                      §
                                     §
v.                                   §          CIVIL ACTION NO. 1:07-cv-511
                                     §
UNITED STATES OF AMERICA,            §
                                     §
        Respondent.                  §

## O R D E R

Comes now for consideration, Movant Shannon Wayne Agofsky's Unopposed Motion for Scheduling Order (Dkt. #211), construed as a motion for extension of time to file his reply to the Government's response to Movant's § 2255 motion.  On May 30, 2025, the Court ordered the Government to file its answer or response to Movant's § 2255 motion within 90 days of the receipt of the Order.  (Dkt. #210).  Movant requests 60-days from the filing of the Government's answer or response to file his reply.  The motion is reasonable.  It is therefore

**ORDERED** that Movant's Unopposed Motion for Scheduling Order (Dkt. #211), construed as a motion for extension of time to file his reply to the Government's response to Movant's § 2255 motion is **GRANTED** and the deadline for Movant to file his reply is 60-days from the filing of the Government's answer or response to the § 2255 motion.

**SIGNED this 13th day of June, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE