IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY  §
§
V.  §  No. 1:07-CV-511
§
UNITED STATES OF AMERICA  §

**GOVERNMENT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE**

For the reasons set out below, the government moves for a 30-day extension of

time to file a response to Shannon Wayne Agofsky's amended Section 2255 motion,

moving the deadline from August 28, 2025, to September 28, 2025.[1]

## I. Proceedings

Agofsky was convicted and sentenced to death for the prison murder of a fellow

inmate. On January 17, 2008, he filed a motion to vacate, set aside, or correct sentence

under Section 2255. 2255 Doc. 38-40. Shortly thereafter, the judge who presided over

Agofsky's trial and sentenced him to death transferred the proceeding to another judge of

this Court. 2255 ECF Unnumbered Entry dated February 25, 2008. Agofsky then filed

an amended motion on October 6, 2008. ECF Doc. 51-56. The Court ordered the

government to respond. 2255 Doc. 57. The government filed a response on February 26,

2010. 2255 Doc. 124, 126. After litigation related to non-dispositive issues, the

---

[1] Because September 28, 2025, falls on a Sunday, the due date under Fed. R. Civ. P. 6(a)(1)(C)
will be September 29, 2025.

proceeding was stayed so Agofsky could pursue post-conviction relief in state court. 2255 ECF Doc. 157.

For the most part, the case has remained stayed until recently, although it was transferred again in 2016. 2255 ECF Unnumbered Entry dated May 17, 2016. The Court ordered Agofsky to filed an amended motion, which would serve as the operative motion in this case. 2255 Doc. 190. The Court further instructed the government not to respond until ordered to. 2255 Doc. 190. Agofsky filed his amended motion on June 17, 2022. 2255 Doc. 191, 194.

On December 23, 2024, Agofsky's death sentence was commuted to life imprisonment without the possibility of parole. Trl. Doc. 269; 2255 Doc. 201. The Court entered an order directing Agofsky to identify any claims in his amended Section 2255 motion that present a live case or controversy after the commutation of his sentence. 2255 Doc. 202. Agofsky responded, identifying four claims that he believes remain viable in whole and three other claims that he considers viable in part. 2255 Doc. 207 at 8-10. On May 30, 2025, the Court ordered the government to file a response to the claims identified by Agofsky by August 28, 2025. 2255 Doc. 210. For the reasons stated below, the government respectfully moves for a 30-day extension in which to file the response.

## II. Grounds for Motion

In addition to the amended response in this case, counsel to whom this response is assigned has a brief due in the Fifth Circuit on August 25, 2005, for the direct appeal in *United States v. Erik Jackson*, No. 25-40081. On August 27, 2025, counsel has an initial

response due to a Section 2255 motion filed in a capital case, *Christopher Emory Cramer v. United States*, No. 1:23-CV-355. On August 18, 2025, the Fifth Circuit ordered counsel to respond to a petition for rehearing en banc in *United States v. Jermon Rodriguez Clark*, No. 24-40830. The due date for that response is August 28, 2025, the date the response in this case is due. Finally, counsel has an initial response due to another Section 2255 filed in a capital case, *Joseph Ebron v. United States*, No. 1:14-CV-539, that is due on September 2, 2025.

Although counsel has been working diligently and should be able to file the first three items listed above by their due dates, it is not possible to file all five in this time frame. Nevertheless, counsel handled the direct appeal for this case, and that familiarity should make drafting the government's response more efficient than if it were reassigned. Thus, counsel moves for an extension in this case.

### III. Certificate of Conference

The undersigned conferred by email with Claudia Van Wyk, counsel for Agofsky, on August 14, 2025, and she does not oppose the requested extension up to and including September 29, 2005.

### IV. Conclusion

For the reasons stated above, the United States respectfully requests a 30-day extension of time in which to file a response to Agofsky's amended Section 2255 motion, to and including September 28, 2025, which will move the due date to Monday, September 29, 2025, under Fed. R. Civ. P. 6(a)(1)(C).

Respectfully submitted,

Jay R. Combs
Acting United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on August 18, 2025, this document was served by the Court's ECF

system on Claudia Van Wyk, counsel for Agofsky.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney