IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY      §
     §
V.      §    No. 1:07-CV-511
     §
UNITED STATES OF AMERICA      §

## **ORDER**

The government has moved for a 30-day extension of time, to and including September 28, 2025, which will move the due date to Monday, September 29, 2025, under Fed. R. Civ. P. 6(a)(1)(C), in which to file a response to Shannon Wayne Agofsky's amended Section 2255 motion. The motion is not opposed.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion to Extend Time to File Response is GRANTED.

It is further ORDERED that the government file a response to Shannon Wayne Agofsky's amended Section 2255 motion no later than September 29, 2025.