IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY    §

vs.    §    CIVIL ACTION NO. 1:07cv511
    CRIM. NO. 1:03-cr-00173
UNITED STATES OF AMERICA    §

O R D E R

Before the court is the Government's Unopposed Motion to Extend Time to File Response (Doc. #213) to Movant's amended § 2255 motion (Doc. #194).   In support of the motion, the Government's counsel explains that because of appellate filings for the Fifth Circuit and briefing due in other federal cases, the Government is not able to reach the response for this case on or before August 28, 2025.   The Government is requesting an additional 30 days, up to and including September 29, 2025, to file its answer or response to the amended § 2255 motion.   The request is reasonable.   It is therefore

**ORDERED** that the Government's Unopposed Motion to Extend Time to File Response (Doc. #213) is **GRANTED**.   The Government is directed to file the answer or response on or before September 29, 2025.   It is further

**ORDERED** that Movant shall file his reply, if any, 60 days from the filing of the Government's answer or response to the amended § 2255 motion.

**SIGNED this 20th day of August, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE