IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| V. | § | No. 1:07-CV-511 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED SECOND MOTION
TO EXTEND TIME TO FILE RESPONSE**

For the reasons set out below, the government moves for one additional 30-day extension of time to file a response to Shannon Wayne Agofsky's amended Section 2255 motion, moving the deadline from September 29, 2025, to October 29, 2025.

## I.  Proceedings

Agofsky was convicted and sentenced to death for the prison murder of a fellow inmate.  On January 17, 2008, he filed a motion to vacate, set aside, or correct sentence under Section 2255.  2255 Doc. 38-40.  Shortly thereafter, the judge who presided over Agofsky's trial and sentenced him to death transferred the proceeding to another judge of this Court.  2255 ECF Unnumbered Entry dated February 25, 2008.  Agofsky then filed an amended motion on October 6, 2008.  ECF Doc. 51-56.  The Court ordered the government to respond.  2255 Doc. 57.  The government filed a response on February 26, 2010.  2255 Doc. 124, 126.  After litigation related to non-dispositive issues, the proceeding was stayed.  2255 ECF Doc. 157.

For the most part, the case has remained stayed until recently, although it was

**Motion for Extension, Page 1**

transferred again in 2016.  2255 ECF Unnumbered Entry dated May 17, 2016.  The Court ordered Agofsky to filed an amended motion, which would serve as the operative motion in this case.  2255 Doc. 190.  The Court further instructed the government not to respond until ordered to do so.  2255 Doc. 190.  Agofsky filed his amended motion on June 17, 2022.  2255 Doc. 191, 194.

On December 23, 2024, Agofsky's death sentence was commuted to life imprisonment without the possibility of parole.  Trl. Doc. 269; 2255 Doc. 201.  The Court entered an order directing Agofsky to identify any claims in his amended Section 2255 motion that present a live case or controversy after the commutation of his sentence. 2255 Doc. 202.  Agofsky responded, identifying four claims that he believes remain viable in whole and three other claims that he considers viable in part.  2255 Doc. 207 at 8-10.  On May 30, 2025, the Court ordered the government to file a response to the claims identified by Agofsky by August 28, 2025.  2255 Doc. 210.  The government moved for a 30-day extension, which the Court granted, moving the due date to September 29, 2025.  2255 Doc. 213, 214.  For the reasons stated below, the government respectfully moves for one additional 30-day extension in which to file the response.

## II.  Grounds for Motion

As set out in the government's first motion for extension, counsel to whom this response is assigned had three items due on or before the August 28 due date: a brief for the direct appeal in *United States v. Erik Jackson*, No. 25-40081, due in the Fifth Circuit on August 25, 2005; the initial response due to a Section 2255 motion filed in a capital case, *Christopher Emory Cramer v. United States*, No. 1:23-CV-355, due on August 27,

**Motion for Extension, Page 2**

2025; and a response to a petition for rehearing en banc in *United States v. Jermon Rodriguez Clark*, No. 24-40830, due in the Fifth Circuit on August 28, 2025.[1]  Counsel was unable to work on the response in this case until those three items were filed.  Since then, counsel has worked exclusively on the response in this case.

Agofsky's amended motion is 482 pages long.  Subtracting the items that the parties agree are moot, the current response will relate to all or part of approximately 280 pages.  Currently, counsel is more than halfway through the amended response, but will not be able to file it by the due date.  Updating the government's initial response, which was filed in 2010, is more time-consuming than usual.  The initial response was prepared and filed by a lawyer with the Capital Crimes Unit at the Department of Justice in Washington, D.C.  That lawyer left government service years ago, and the government no longer has anything other than a PDF version of the initial response.  It has not converted easily into Microsoft Word, the word processing program now used by DOJ.  Moreover, the undersigned has two medical appointments on September 23 and another on September 29.

Thus, counsel moves for an extension in this case.  Counsel should be able to complete the amended response and have it reviewed and filed in 30 days.

### III.  Certificate of Conference

The undersigned conferred by email with Sam Welch, counsel for Agofsky, on

---

[1] Counsel also has an initial response due to another Section 2255 filed in a capital case, *Joseph Ebron v. United States*, No. 1:14-CV-539, that (after one extension) is due on October 2, 2025. Counsel is going to seek an extension in that case, too.

**Motion for Extension, Page 3**

September 22, 2025, and he does not oppose the requested extension up to and including October 29, 2025.

## IV.  Conclusion

For the reasons stated above, the United States respectfully requests a 30-day extension of time in which to file a response to Agofsky's amended Section 2255 motion, to and including October 29, 2025.

Respectfully submitted,

Jay R. Combs
Acting United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on September 22, 2025, this document was served by the Court's ECF system on Claudia Van Wyk and Sam Welch, counsel for Agofsky.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion for Extension, Page 4**