IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | Civil No. 1:07-CV-511 |
| V. | § | Criminal No. 1:03-CR-173 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

## I.  Proceedings

On January 17, 2008, Movant Shannon Wayne Agofsky filed a motion to vacate, set aside, or correct sentence under Section 2255.  2255 Doc. 38-40.  Agofsky filed an amended motion with exhibits on October 6, 2008.  2255 Doc. 51-56.  On September 9, 2009, Agofsky filed a Supplement to Defendant's Amended Motion for Relief from Judgement Pursuant to 28 U.S.C. § 2255.  2255 Doc. 105.  The presiding judge ordered the government to respond, 2255 Doc. 57, and the government filed a response on February 26, 2010, 2255 Doc. 124, 126.

The case was transferred to this Court in 2016, and the Court ordered Agofsky to file an amended motion, which would serve as the operative motion in this case.  2255 Doc. 190.  The Court further instructed the government not to respond until directed to. 2255 Doc. 190.  Agofsky filed his amended motion on June 17, 2022.  2255 Doc. 191, 194.  The motion had 487 countable pages.

Motion to Exceed Page Limit - Page 1

On December 23, 2024, Agofsky's death sentence was commuted to life imprisonment without the possibility of parole.  Trl. Doc. 269; 2255 Doc. 201.  The Court then entered an order directing Agofsky to identify any claims in his amended Section 2255 motion that still present a live case or controversy.  2255 Doc. 202.  Agofsky responded, identifying four claims that he believes remain viable in whole and three other claims that remain viable in part.  2255 Doc. 207 at 8-10.  He listed three claims as moot. *Id.* at 9.

On May 30, 2025, the Court ordered the government to file an amended response to the remaining claims in Agofsky's amended motion.  2255 Doc. 210.  The response is complete and has 202 countable pages.  Therefore, the government moves for permission to exceed the page limit.

## II.  Grounds for Motion

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions and the initial responsive pleadings thereto[] shall not exceed … one hundred pages in death penalty cases, excluding attachments."  The government has diligently edited its response to Agofsky's motion, but it cannot adequately respond to his claims in one hundred pages.  Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b).  The government assures the Court that its response will not exceed 202 pages, excluding the cover sheet, tables, certificates and exhibits.

## III.  Certificate of Conference

The undersigned conferred by email with Claudia Van Wyk, counsel for Agofsky, on December 10, 2025.  She does not oppose this motion.

**Motion to Exceed Page Limit - Page 2**

## IV.  Conclusion

The government moves for leave to file a response to Agofsky's amended Section 2255 motion that does not exceed 202 pages, excluding the cover sheet, tables, certificates and exhibits.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY
Eastern District of Texas

JOSEPH R. BATTE
ASSISTANT UNITED STATES ATTORNEY

/s/ Traci L. Kenner
TRACI L. KENNER
ASSISTANT UNITED STATES ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on December 11, 2025, this document was served by the Court's ECF system and by email on Samuel Welch, Jennifer A Merrigan, and Claudia Van Wyk, counsel for Agofsky.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion to Exceed Page Limit - Page 3**