**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

SHANNON WAYNE AGOFSKY                  §
                                       §
    Movant,                            §
                                       §
v.                                     §          CIVIL ACTION NO. 1:07-cv-511
                                       §
UNITED STATES OF AMERICA,              §
                                       §
    Respondent.                        §

**O R D E R**

Pending before the Court is the Government's Unopposed Motion to Exceed Page Limit (Docket No. 218). The Government is seeking permission to file the brief in accordance with Local Rule CV-3(b) . Its proposed responsive pleading is approximately 202 pages, excluding the cover sheet, tables, certificates and exhibits. Movant was permitted to file a brief that is 487 pages long, excluding the cover sheet, tables, certificates and exhibits. (Docket Nos. 191, 194). The Government's motion is reasonable. It is therefore

**ORDERED** that the Government's motion to file brief in excess of 100 pages (Docket No. #218) is **GRANTED** . The Government's proposed responsive pleading shall not exceed 202 pages, excluding the cover sheet, tables, certificates and exhibits.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of January, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE