**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

SHANNON WAYNE AGOFSKY,

    Movant,

    **v.**

UNITED STATES OF AMERICA,

    Respondent.

No. 1:07-cv-511

CAPITAL CASE

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Mr. Agofsky respectfully submits this unopposed request for a sixty-day extension of the deadline to file his reply in support of his motion for relief from judgment. If granted, his reply would be due April 10, 2026.

### I.    Relevant Proceedings

In December of 2024, Mr. Agofsky's death sentence was commuted to a sentence of life imprisonment. Dkt. No. 201. At the Court's request, Dkt. No. 202, the parties identified the issues in Mr. Agofsky's motion for relief from judgment (Dkt. No. 194) that were not rendered moot by the grant of clemency. Dkt. Nos. 208, 209. The Court then ordered the government to file a response to Mr. Agofsky's petition within 90 days. Dkt. 210. The government requested and received two unopposed motions for extension of time, Dkt. Nos. 213–16, and the case was stayed for a "period of time commensurate with the duration of the lapse in appropriations" that occurred in October and November of 2025. Dkt. 217. The government's 202-page response was filed December 11, 2025, Dkt. No. 219, 195 days after the Court's order. *See* Dkt. 209.

## II.    Grounds for Motion

This motion is justified by the complexity of the proceedings, the length of the briefing, and counsel's other obligations. As alluded to in the government's recent motions for extension of time, Dkt. No. 213 at 3, Dkt. No. 215 at 3, this case is complex. It involves dozens of eyewitnesses, eight prior incidents, and multiple claims of both trial and appellate ineffective assistance of counsel. Drafting the reply also requires addressing outstanding evidentiary disputes. The briefing is extensive. *See* Dkt. No. 219. Like the government, *see, e.g.,* Dkt. No 213 at 3, the undersigned has faced challenges relating to the passage of time (e.g., difficulty locating copies of trial exhibits), and has been delayed by other obligations, including those related to a December presentation to the Capital Case Section in Washington D.C. and the filing of a petition for panel rehearing and rehearing en banc in the Seventh Circuit. *See Agofsky v. Baysore,* No. 24-1067, Dkt. No. 67 (7th Cir. Jan. 8, 2026).

## III.    Certificate of Conference

On January 15, 2026, the undersigned contacted counsel for the United States, Traci Kenner, to ask whether the United States would oppose Mr. Agofsky's motion for extension of time. Ms. Kenner indicated that the United States does not oppose Mr. Agofsky's motion.

## IV.    Conclusion

For the reasons stated above, Mr. Agofsky respectfully requests an unopposed 60-day extension of time in which to file his reply in support of his motion for relief from judgment, up to and including April 10, 2026.

/s/ Sam Welch
SAM WELCH
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of PA.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
sam_welch@fd.org

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Traci Lynne Kenner, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702, traci.kenner@usdoj.gov; and Joseph Robert Batte, U.S. Attorney's Office-Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701, joe.batte@usdoj.gov.

/s/ Sam Welch
SAM WELCH
*Counsel for Movant*