### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY,

    Movant,

    v.

UNITED STATES OF AMERICA,

    Respondent.

No. 1:07-cv-511

CAPITAL CASE

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SCHEDULING ORDER

Upon consideration of Movant Agofsky's Unopposed Motion for Extension of time, it is hereby ORDERED that the Motion is GRANTED. Movant Agofsky shall file a reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C § 2255, ECF No. 194, no later than April 10, 2026.