## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY                    §
                                         §
             Movant,                     §
                                         §
v.                                       §        CIVIL ACTION NO. 1:07-cv-511
                                         §
UNITED STATES OF AMERICA,                §
                                         §
             Respondent.                 §

## ORDER

Pending before the Court is the Movant's Unopposed Motion for Extension of Time (Dkt. No. 221). The Movant seeks a 60-day extension of the deadline to file his reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255 (Dkt. No. 194). The Movant's motion is reasonable. It is, therefore,

**ORDERED** that the Movant's Unopposed Motion for Extension of Time (Dkt. No. 221) is **GRANTED.** The Movant is directed to file his reply on or before April 10, 2026.

**IT IS SO ORDERED.**

**SIGNED this 11th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE