Case 1:07-cv-00511-ALM Document 223-1 Filed 02/24/26 Page 1 of 1 PageID #: 5483

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | Civil No. 1:07-CV-511 |
| V. | § | Criminal No. 1:03-CR-173 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The parties have advised the Court that neither side has the original trial exhibits from Movant Shannon Wayne Agofsky's 2004 jury trial. The government, however, has unofficial photocopies of most of its trial exhibits, which it is willing to disclose to Agofsky under the following conditions: (1) the government cannot guarantee that these are exact copies of what was introduced at trial, and (2) because most or all of the exhibits may be under seal, the copies should be treated as if they are sealed. Agofsky agrees and joins in the motion for disclosure.

After considering the joint motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Joint Motion to Disclose Unofficial Copies of Government's Trial Exhibits is GRANTED. The government is permitted to disclose to Agofsky the unofficial copies of the government's trial exhibits that are in its possession under the terms outlined above, to which the parties agree.