IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

SHANNON WAYNE AGOFSKY §
§
Movant, §
§
v. §   CIVIL ACTION NO. 1:07-cv-511
§
UNITED STATES OF AMERICA, §
§
Respondent. §

## ORDER

Pending before the Court is the Joint Motion to Disclose Unofficial Copies of Government's Trial Exhibits filed by Respondent and Movant Shannon Wayne Agosfsky (Docket No. 223). The parties have advised the Court that neither side has the original trial exhibits from Movant Agofsky's 2004 jury trial. However, Respondent has unofficial photocopies of most of its trial exhibits. The parties thus seek permission for Respondent to disclose to Movant Agosfsky the unofficial copies of Respondent's trial exhibits. Respondent is willing to disclose the unofficial photocopies of most of its trial exhibits to Movant Agofsky under the following conditions: (1) Respondent cannot guarantee that the unofficial photocopies are exact copies of what was introduced at trial, and (2) because most or all of the exhibits may be under seal, the copies should be treated as if they are sealed. Movant Agofsky agrees to the conditions outlined above and joins in the motion for disclosure.

Upon consideration, the joint motion is reasonable. It is, therefore,

**ORDERED** that the Joint Motion to Disclose Unofficial Copies of Government's Trial Exhibits (Docket No. 223) is **GRANTED.** Respondent is permitted to disclose to Movant Agosfsky the unofficial copies of the government's trial exhibits that are in its possession provided that Respondent cannot guarantee that the unofficial copies are exact copies of what was introduced at trial, and the parties shall treat the unofficial copies as if they are sealed.

**SIGNED this 26th day of February, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE