# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | |
|---|---|
| **SHANNON WAYNE AGOFSKY,** | |
| Movant, | No. 1:07-cv-511 |
| **v.** | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Movant Shannon Agofsky respectfully submits this unopposed request for a sixty-day extension of the deadline to file his reply in support of his motion for relief from judgment. If granted, his reply would be due June 9, 2026.

### I.    Relevant Proceedings

In December of 2024, Agofsky's death sentence was commuted to a sentence of life imprisonment. Dkt. No. 201. At the Court's request, Dkt. No. 202, the parties identified the issues in Agofsky's motion for relief from judgment (Dkt. No. 194) that were not rendered moot by the grant of clemency. Dkt. Nos. 208, 209. The Court then ordered the government to file a response to Agofsky's petition within 90 days. Dkt. 210. The government requested and received two unopposed motions for extension of time, Dkt. Nos. 213–16, and the case was stayed for a "period of time commensurate with the duration of the lapse in appropriations" that occurred in October and November of 2025. Dkt. 217. The government's 202-page response was filed December

11, 2025, Dkt. No. 219, 195 days after the Court's order. *See* Dkt. 209. Movant's reply is currently due April 10. Dkt. No. 222.

## II.    Grounds for Motion

This motion is justified by the complexity of the proceedings, the length of the briefing, and counsel's existing obligations. As alluded to in the government's recent motions for extension of time, Dkt. No. 213 at 3; Dkt. No. 215 at 3, this case is complex. It involves dozens of eyewitnesses, eight prior incidents, and multiple claims of both trial and appellate ineffective assistance of counsel. The briefing is extensive. *See* Dkt. No. 219.

Additional difficulties have arisen due to the passage of time. Many of the documents and files are decades old. The undersigned has been working with the government to obtain copies of trial exhibits, *see* Dkt. Nos. 213 at 3; 223; 224, and is continuing efforts to locate and compile remaining records from trial.

Finally, counsel has been delayed by other obligations. The undersigned has reply briefs due on April 14 (*Stephenson v. Mays*, 3:14-cv-414 (E.D. Tn.) (capital case)), and May 2 (*Lindsay v. Kuffman*, 2:21-cv-211 (E.D. Pa.)), a sentencing scheduled on May 6 (*United States v. Smith*, 2:25-cr-176 (E.D. Pa.)), and an amended federal habeas petition due May 25 (*Baumhammers v. Harry, et al.*, 2:14-cv-1022-NBF). Should the undersigned seek *certiorari* in *Agofsky v. Baysore*, No. 24-1067 (7th Cir.), the petition will be due April 23. Mr. Welch is also assisting with active capital-eligible prosecutions in Philadelphia and Washington D.C. (as well formerly capital-

eligible prosecutions in New York City and Puerto Rico) and has work-related travel scheduled April 14 and 15 (Detroit, MI) and May 11, 12, and 13 (Los Angeles, CA).

Ms. Van Wyk is newly assigned to a capital case in Riverside County, California, that is currently scheduled for a seven-day hearing beginning June 16, 2026, to present statistical and historical evidence of racial disparities in capital charging and sentencing under the California Racial Justice Act, Cal. P.C. § 745.  See *People v. Guzman,* Superior Court of California, County of Riverside, No. BAF2000270.  She is also newly assigned to the development of litigation challenging the Justice Department's recent proposed rule radically modifying its certification process for fast-tracking federal habeas review in capital cases. *See Certification Process for State Capital Counsel Systems*, 91 Fed. Reg. 12,525 (Mar. 16, 2026) (to be codified at 28 CFR Part 26); *see also Bland v. Bondi*, No. 25-cv-03499 (D.D.C.).

### III.    Certificate of Conference

On April 2, 2026, the undersigned contacted counsel for the government, Traci Kenner, to ask whether the government would oppose Mr. Agofsky's motion for extension of time. Ms. Kenner indicated that the government does not oppose Mr. Agofsky's motion.

## IV.    Conclusion

For the reasons stated above, Mr. Agofsky respectfully requests an unopposed 60-day extension of time in which to file his reply in support of his motion for relief from judgment, up to and including June 9, 2026. /s/ Sam Welch

SAM WELCH
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
sam_welch@fd.org

*Counsel for Movant*

Date: April 3, 2026

4

## CERTIFICATE OF SERVICE

I certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following: Traci Lynne Kenner, U.S. Attorney's Office, 110 North College, Suite 700, Tyler, TX 75702, traci.kenner@usdoj.gov; and Joseph Robert Batte, U.S. Attorney's Office-Beaumont, 350 Magnolia, Suite 150, Beaumont, TX 77701, joe.batte@usdoj.gov.

/s/ Sam Welch
SAM WELCH
*Counsel for Movant*