**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| SHANNON WAYNE AGOFSKY | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07-cv-511 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Pending before the Court is the Movant's Unopposed Motion for Extension of Time (Dkt. No. 225). The Movant seeks a 60-day extension of the deadline to file his reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255 (Dkt. No. 194). The Movant's motion is reasonable. It is, therefore,

**ORDERED** that the Movant's Unopposed Motion for Extension of Time (Dkt. No. 221) is **GRANTED**. The Movant is directed to file his reply on or before June 9, 2026.

**IT IS SO ORDERED.**

**Signed this _____, 2026.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE