**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

SHANNON WAYNE AGOFSKY,　　　　§
　　　　　　　　　　　　　　　　§
　　　Movant,　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　§　　　CIVIL ACTION NO. 1:07-cv-511
　　　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA,　　　§
　　　　　　　　　　　　　　　　§
　　　Respondent.　　　　　　　　§

## <u>ORDER</u>

Pending before the Court is the Movant's Unopposed Motion for Extension of Time (Dkt. No. 225). The Movant seeks a 60-day extension of the deadline to file his reply in support of his Motion for Relief from Judgment Pursuant to 28 U.S.C. § 2255 (Dkt. No. 194). The Movant's motion is reasonable. It is, therefore,

**ORDERED** that the Movant's Unopposed Motion for Extension of Time (Dkt. No. 225) is **GRANTED.** The Movant is directed to file his reply on or before June 9, 2026.

**SIGNED this 7th day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE